CERTIFICATE OF GOOD STANDING
ISSUED BY THE DISCIPLINARY CLERK
FOR AND ON BEHALF OF
THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **ALEXA GABRIELA SALAS,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on November 18, 2024 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  04-23-2025

*Mark McCall*

Mark McCall
Associate Disciplinary Clerk

COGS2057FB726BD7

## DISCIPLINARY HISTORY

It is hereby certified that as of April 23, 2025, there are no disciplinary charges[1] or complaints[2] pending, nor have any ever been filed against, **ALEXA GABRIELA SALAS,** an active member of the State Bar of Arizona with Bar No. 039722.



DATED this 04-23-2025

*Mark McCall*
Mark McCall
Associate Disciplinary Clerk

COGS205737D688C6

---

[1] "Charge means any allegation or other information of misconduct or incapacity brought to the attention of the State Bar. See Rule 46(f)4, Ariz. R. Sup. Ct.
[2] "Complaint" means a formal complaint prepared and filed with the disciplinary clerk. See Rule 46(f)7, Ariz. R. Sup . Ct.