Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                              Defendants. | 3:25-cv-05536-VC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        August 28, 2025<br>Time:       10:00 a.m.<br>Courtroom: Courtroom 4<br>Judge:      Hon. Vince Chhabria<br>Trial Date: Not set<br>Action Filed: July 1, 2025 |

**PLAINTIFF STATES' MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Civil Local Rule 7-11, Plaintiff States California, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington respectfully request leave to file a memorandum of up to 25 pages in support of their motion for a preliminary injunction. Plaintiff States' proposed brief is attached.

There is good cause to grant Plaintiff States' request for an extension of the 15-page limit set forth for substantive motions under this Court's Standing Order, ¶ 35, because additional pages are necessary to fully address the issues at hand in this matter. This case arises out of Defendants the U.S. Department of Health and Human Services (HHS) and Secretary Robert F. Kennedy, Jr.'s unprecedented decision in June, 2025, to transfer State Medicaid data files containing millions of individuals' highly sensitive personal health information, without any public notice and over the objections of career civil servants at the Centers for Medicare & Medicaid Services (CMS), to Defendant the Department of Homeland Security (DHS). The States seek an order temporarily enjoining future similar Medicaid data transfers, and prohibiting use of that data for immigration enforcement, or other similar purposes, pending final judicial review of Defendants' actions.

Addressing the basis for Plaintiff States' challenge to Defendants' conduct and the need for preliminary injunctive relief requires more than 15 pages. There are twenty states as Plaintiffs. The actions of Defendants implicate the Spending Clause, Administrative Procedure Act, and the Social Security Act, as well as various federal regulations. Medicaid itself is "incredibly complicated," involving a "vast statutory scheme." *California v. Azar*, 501 F.Supp.3d 830, 833 (N.D. Cal. 2020). The manner in which Medicaid "operates depends on the state, and on the particular services provided." *Id.* All of these aspects, in tandem, raise a number of complicated legal issues necessitating extended briefing.

Compounding the complexity of this matter, the Plaintiff States each face their own irreparable harm. This is because Defendants have already transferred and disclosed the personal

1

Plaintiffs' Mot. To Exceed Page Limitation for Mot. for Prelim. Inj. (3:25-cv-05536-VC)

information of residents of some of the Plaintiff States, but not of others. And some of the Plaintiff States have been asked by CMS to submit large productions of confidential Medicaid data for ongoing program reviews; these Plaintiff States reasonably fear that their confidential Medicaid data will be unlawfully shared by CMS with DHS if this Court does not intervene before that data submission. These circumstances necessitate additional explanation in the memorandum. Significant public interests are also at stake in this litigation.

Finally, Defendants do not oppose this motion. *See* Boergers Decl., ¶¶ 12-13.

For all of these reasons, Plaintiff States respectfully request that the Court grant Plaintiff States leave to file the attached 25 page memorandum in support of their concurrently filed motion for a preliminary injunction.

Dated: July 11, 2025

Respectfully submitted,

ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General

/s/ *Kathleen Boergers*
KATHLEEN BOERGERS

*Attorneys for Plaintiff State of California*

2

Plaintiffs' Mot. To Exceed Page Limitation for Mot. for Prelim. Inj. (3:25-cv-05536-VC)

*Additional Counsel*

KRISTIN K. MAYES
Attorney General for the State of Arizona
ALEXA G. SALAS
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

PHILIP J. WEISER
Attorney General for the State of Colorado
RYAN LORCH
Senior Assistant Attorney General
SAM WOLTER
Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Ryan.lorch@coag.gov
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

KWAME RAOUL
Attorney General for the State of Illinois
HARPREET KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7127
sherief.gaber@ilag.gov
harpreet.khera@ilag.gov

AARON M. FREY
 Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for the State of Maine*

WILLIAM TONG
Attorney General of Connecticut
JANELLE MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov

*Attorneys for Plaintiff State of Connecticut*

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for Plaintiff State of Maine*

KATHLEEN JENNINGS
Attorney General for the State of Delaware
IAN R. LISTON
Director of Impact Litigation
JENNIFER KATE AARONSON
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
DAVID D. DAY
Special Assistant to the Attorney General
Kalikoʻonālani D. Fernandes
Solicitor General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov

3

ANTHONY G. BROWN
Attorney General for the State of Maryland
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorneys for the State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for the State of Massachusetts
KATHERINE DIRKS
Chief State Trial Counsel
ETHAN W. MARKS
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV
Special Counsel
RABIA MUQADDAM
Special Counsel for Federal Initiatives
ZOE LEVINE
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR
Special Counsel

kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

KEITH ELLISON
Attorney General for the State of Minnesota
KATHERINE J. BIES (CA Bar No. 316749)
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
Attorney General for the State of Nevada
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
ESTEFANIA PUGLIESE-SAVILLE
ELIZABETH R. WALSH
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
elizabeth.walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

Plaintiffs' Mot. To Exceed Page Limitation for Mot. for Prelim. Inj. (3:25-cv-05536-VC)

28 Liberty St. New York, NY 10005
(929) 638-0447
mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General for the State of Rhode Island
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorneys for the State of Rhode Island*

DAN RAYFIELD
Attorney General State of Oregon
BRIAN S. MARSHALL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Attorney(s) for Plaintiff State of Oregon*

*Attorneys for the State of New Mexico*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802)828-3171
Ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

NICHOLAS W. BROWN
Attorney General of Washington
ZANE MULLER
WILLIAM MCGINTY
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

*Attorneys for Plaintiff State of Washington*

5

Plaintiffs' Mot. To Exceed Page Limitation for Mot. for Prelim. Inj. (3:25-cv-05536-VC)