UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Civil Action No. 3:25-cv-05536 |

### DECLARATION OF SARAH ADELMAN

I, Sarah Adelman, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am the Commissioner of the New Jersey Department of Human Services ("DHS"). I have been employed as Commissioner since January 2021.

2. I am a resident of the State of New Jersey. I am over the age of 18 and have compiled the information in the statements set forth below through personal knowledge, through DHS personnel who have assisted me in gathering this information from our agency, and on the basis of documents that have been reviewed by me. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

3. DHS is New Jersey's largest State agency, serving approximately 1.9 million New Jersey residents under NJ FamilyCare. DHS administers social services for many people in New Jersey including but not limited to older residents, individuals, and families with low incomes;

people with developmental disabilities, or late-onset disabilities; people who are blind, visually impaired, deaf, hard of hearing, or deaf-blind; parents needing child care services, child support and/or healthcare for children; people who are dealing with addiction and mental health issues; and families facing catastrophic medical expenses for their children. Through DHS's eight divisions, the agency provides programs and services designed to assist eligible individuals and families with economic and health challenges.

NJ FamilyCare

4. Within DHS, the Division of Medical Assistance and Health Services ("DMAHS"), administers several programs that enable qualifying New Jersey residents to access free or low-cost healthcare coverage.

5. NJ FamilyCare is publicly-funded health insurance. It includes New Jersey's partially federally funded Medicaid and Children's Health Insurance Program ("CHIP") programs, as well as coverage of other populations using only state funds. NJ FamilyCare provides comprehensive healthcare coverage for a wide range of services, including primary care, hospitalization, laboratory tests, x-rays, prescriptions, mental health care, dental and vision care, preventive screenings, mental health services, and substance use services.

6. Eligibility for NJ FamilyCare health insurance programs, including eligibility for Federal-State Medicaid and CHIP, depends in part on age, immigration status, and household income.

7. Individuals eligible for NJ FamilyCare include U.S. citizens and non-citizens with various immigration statuses. Many beneficiaries lived in mixed status households, e.g., families with both citizen and non-citizen members.

8. Income eligibility for NJ FamilyCare generally depends upon income and family size. In general, children under the age of 18 meet the income eligibility requirement for Federal-State Medicaid in New Jersey if their household's modified adjusted gross income ("MAGI") is less than 147% of the federal poverty level ("FPL"). Adults who are over the age of 18 and under the age of 65 meet the income eligibility requirement for Federal-State Medicaid if their household's MAGI is less than 138% of FPL. Pregnant women generally meet the income eligibility requirement for Federal-State Medicaid if their household's MAGI is less than 199% of

FPL. Children under the age of 18 meet the income eligibility requirement for CHIP in New Jersey if their household's MAGI is more than 147% but less than 355% of the FPL. Pregnant women generally meet the income eligibility requirement for CHIP in New Jersey if their household's MAGI is more than 199% but less than 205% of FPL.

9. Enrollment in NJ FamilyCare has a positive impact on public health in the state. Individuals enrolled in NJ FamilyCare are more likely to receive preventative care services. This reduces the need for more intensive health care treatments, including emergency care, as illnesses develop. It also reduces the financial burden on health care providers from providing care to uninsured individuals and ensures that households are not left with medical bills that they are unable to pay. In addition, sick New Jerseyans with health insurance coverage are more likely to see a health care provider and receive treatment, limiting the spread of infectious illnesses across the state.

10. Having insurance coverage also makes it less likely that New Jerseyans will have to visit an emergency room to treat preventable illnesses because it is more likely that they will receive medical care before a treatable medical issue becomes an emergency. This reduces the resource strain and uncompensated care burden on hospitals.

## Federal Funding

10. The amount of federal funding New Jersey receives for health care it provides NJ FamilyCare members varies by federal program but generally represents between 50% and 90% of New Jersey's total health care expenditures for individuals covered by Federal-State programs. The specific federal funding rate that applies depends on the member's age, household income, immigration status, and the health care service provided.

11. DHS is the largest healthcare purchaser in New Jersey as NJ FamilyCare covers almost twenty percent of the state's population. NJ FamilyCare currently has a total enrollment of over 1.87 million individuals.

Data Sharing Between DHS and CMS

12. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, New Jersey routinely shares certain categories of personal information regarding NJ FamilyCare enrollees with the federal government, including CMS.

13. Federal and state laws provide protections to safeguard enrollee data by limiting the use of beneficiaries' information for purposes directly connected with administering the State plan. New Jersey abides by these standards in order to protect a covered individual's identifiable health information.

14. DHS submits monthly data files to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). T-MSIS contains certain required data elements necessary to support administration of the Medicaid program at the federal level. In particular, these submissions are required to include demographic and eligibility information, including but not limited to, name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every NJ FamilyCare member enrolled in a program that receives federal financial participation.

15. New Jersey also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

16. DHS relies on CMS to protect the confidentiality and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own

prohibition on disclosure except as required for the purposes of administering the Medicaid program.

17. As part of New Jersey's responsibilities to enrollees, the state must notify enrollees if and when a breach occurs and provide them with notice to our privacy practices, because such a breach may compromise their privacy.

<u>Harm from Disclosure of State Medicaid PII Data to U.S. DHS</u>

18. Upon information and belief, the Medicaid and CHIP data that several states have submitted to CMS has already been disclosed to U.S. DHS and Immigration and Customs Enforcement. New Jersey is a state with a large immigrant population, including Medicaid enrollees, who rely on the confidentiality of their medical data. U.S. DHS has not made clear which states' data has been shared or if other states' data will be shared. Because of the myriad effects of the unauthorized disclosure of confidential data by CMS to U.S. DHS, New Jersey has already been harmed. Unless U.S. DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, New Jersey will continue to be negatively impacted in the following ways:

19. CMS's disclosure of confidential medical information has a substantial likelihood of causing a significant chilling effect for New Jersey residents, including but not limited to immigrants and their family members, and discouraging them from seeking medically necessary healthcare. As a result, individuals are substantially likely to forgo benefits for which they are eligible or disenroll themselves and their families from the federal-state healthcare program, NJ FamilyCare, altogether.

20. For fear of having their private data unlawfully shared, it is substantially likely that at least some New Jersey residents will forgo critical preventative care and necessary medical

treatment, and in some cases may decline emergency medical services, threatening death or serious injury. Such a result would unwind years of investment in expanding health coverage and access.

21. Should this come to pass, New Jersey will incur greater costs in conducting statutorily-required outreach to enroll families and children in federally-funded programs because it will be more difficult to encourage enrollment where doing so threatens the disclosure and potential misuse of confidential medical information.

22. Moreover, the chilling effect of CMS's disclosure is substantially likely to increase the risk of adverse health impacts for New Jersey residents. A decrease in insurance coverage for eligible individuals can result in increased emergency room visits for preventable illness because they may be less likely to seek treatment earlier before treatable medical issues become an emergency.

23. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease.  Each of these harms could be prevented with early access to screening and treatment.  Research indicates that delayed or no prenatal care increases risks for both mother and baby, including for preterm birth, low birth weight, and labor complications. The costs of emergency services such as those described likely outweigh costs the state would incur for preventative care for those same individuals. These adverse health impacts would further strain State resources and budget. To the extent their treatment is left uncompensated, the cost of such treatment will ultimately be shifted to the broader healthcare delivery system and the State.

24. Like other hospitals, State-run hospitals must treat patients regardless of their ability to pay. State-run hospitals will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the

emergency Medicaid program. Furthermore, the increase in uncompensated care that all hospitals and healthcare facilities may experience as a result of eligible individuals declining to enroll in Federal-State Medicaid and CHIP risks the closure of healthcare facilities altogether. Such closures would impact all New Jersey residents who need healthcare services.

25. The failure to obtain or maintain benefits and resulting deleterious health outcomes may result in downstream consequences, such as increased absenteeism in the workplace or an increased reliance on state-funded benefits.

26. In sum, CMS's disclosure of confidential medical information undermines the NJ FamilyCare program. Our healthcare system requires trust—between providers and patients, between hospitals and providers, between all these groups and the State, which administers health insurance to our most vulnerable populations. Any loss of trust in that system is substantially likely to more broadly and detrimentally impact our health system and result in: individuals forgoing benefits for which they are eligible; poor patient outcomes when patients cannot be honest and open with their care providers; loss of compliance and lower engagement with health care systems which will have devastating impacts on public health; decreased use of vaccines and other preventative medicine causing increased risks for immunocompromised residents; and increased expenses for the state in outreach as well as reactive (as opposed to preventative) and emergency care for un- and underinsured residents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of July, 2025, in Trenton, New Jersey.

*Sarah Adelman*

Sarah Adelman
Commissioner
New Jersey Department of Human Services