ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF KARI ARMIJO IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 28, 2025<br>Time:          10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:        Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF KARI ARMIJO,
## SECRETARY OF THE NEW MEXICO HEALTH CARE AUTORITY

I, Kari Armijo, declare as follows:

1. I am a resident of the State of New Mexico. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Cabinet Secretary for the New Mexico Health Care Authority (HCA).

3. HCA is the single state agency responsible for administering New Mexico's Medicaid program, Turquoise Care. Turquoise Care provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Turquoise Care's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. HCA's mission is to improve the overall health and well-being of all New Mexicans.

4. HCA is the largest healthcare purchaser in New Mexico as New Mexico Medicaid covers almost forty percent of the state's population. In total, as of July 9, 2025, New Mexico Medicaid insures approximately 796,076 people which include 334,200 children under twenty-one (21) years of age; 389,740 adults between the ages of twenty-one (21) and sixty-four (64); and 72,136 members age sixty-five (65) and older.

5. Turquoise Care is authorized and funded in part through a Medicaid federal-state partnership. New Mexico administers Turquoise Care pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS). HCA receives the federal

Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Turquoise Care's expenditures on eligible enrollees.

6. Most Turquoise Care enrollees are eligible for coverage paid for by joint federal and state funding. HCA uses FFP funding to pay for a significant portion of Turquoise Care's insurance coverage, while New Mexico covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. In accordance with federal law, New Mexico uses federal funding to treat life threatening emergencies for Medicaid applicants who do not have a qualifying immigration status. Emergency Medicaid covers life-threatening medical emergencies, including prenatal labor/delivery, delivery, and postpartum care for pregnant individuals.

8. New Mexico has State Plan authority to provide Medicaid to citizens and nationals of the United States and certain non-citizens consistent with requirements of Sections 1902(a)(46)(B), 1903(v)(2)(A) and 1903(v)(4) of the Social Security Act, 8 CFR Part 245A of the Immigration and Nationality Act, and 42 CFR 435.406, 435.956, 440.255(c), including emergency services in accordance with 42 CFR 440.255(c).

**Data Sharing Between HCA and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, New Mexico routinely shares certain categories of personal information regarding Turquoise Care enrollees with the federal government, including CMS.

10. HCA additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and

eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Turquoise Care member enrolled in a federally authorized plan. These plans include enrollees who receive only emergency Medicaid or state-only Turquoise Care. New Mexico's most recent transfer of data to T-MSIS occurred on June 10, 2025. The next report will be sent on July 15, 2025.

11. New Mexico also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. These data productions typically involve the submission of claims and eligibility data, either in aggregate form or at the individual transaction level. The data may include information on service utilization, beneficiary eligibility codes, program enrollment, and payment details, formatted to align with federal audit protocols or CMS-defined technical specifications. Recent audits include RY22 PERM Review (period of review: July 1, 2020 – June 30, 2021; RY25 PERM Review (period of review: July 1, 2023 – June 30, 2024); MEQC Review (period of review January 1, 2023 - June 30, 2022); and the Unwinding Audit (period of review: April 1, 2024 – April 30, 2024).

12. HCA relies on CMS to protect the confidentiality and security of the Medicaid data of its members and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program, CMS' own regulations for the release of Medicare and Medicaid information to the general public (42 C.F.R. §401.105) and to State and Federal agencies (42 C.F.R. §401.134) specifically the Privacy Rule of 1974 to safeguard members' data from invasions of privacy; the terms of the Interconnection Security Agreement (ISA) between HCA and CMS which establishes responsibilities for both parties to protect the privacy and

security of the data and information being transferred via T-MSIS; and all other applicable privacy and data protection laws and regulations.

13.     HCA has assured members that their Turquoise Care/Medicaid data, including immigration status information, will only be used to manage and pay for their health care treatment, to administer Turquoise Care, and for other purposes allowed by the Health Insurance Portability and Accountability Act (HIPAA) and other applicable privacy laws. These public communications do not inform applicants and enrollees that their information may be used for immigration enforcement purposes as HCA was unaware that this was a possibility.

14.     HCA has had interactions with CMS concerning claims and eligibility data as further described in #16 below to support CMS' Financial Management Review (Control Number 06-MS-2020-NM-01) and HCA's expenditure reporting. In 2019, CMS initiated a Financial Management Review (FMR) of New Mexico's Medicaid program, focused on Emergency Medical Services for Aliens (EMSA) claims for federal fiscal year 2018. CMS requested detailed eligibility and claims data to support its review, and New Mexico responded with a series of data submissions and written responses between late 2019 and 2020.

15.     In 2025, CMS reengaged New Mexico regarding the 2019–2020 Financial Management Review (FMR) focused on Emergency Medical Services for Aliens (EMSA) claims.  In response, HCA is preparing to share revised claims and eligibility data with CMS by July 14, 2025 in response to CMS' Financial Management Review (Control Number 06-MS-2020-NM-01) of services reported and claimed to treat emergency medical conditions for non-citizens lacking satisfactory immigration status by HCA reported on the Medicaid Expenditure report, Form CMS-64 for federal fiscal year (FFY) 2018.

16. I am aware of an article published by the Associated Press (https://apnews.com/article/medicaid-deportation-immigrants-trump-4e0f979e4290a4d10a067da0acca8e22) reporting that CMS had provided deportation officials with personal data—including the immigration status—on millions of Medicaid enrollees. The article cited internal CMS communications indicating that data originally submitted for administrative or audit purposes was being repurposed to support actions taken by the United States Department of Homeland Security concerning undocumented immigrants. According to the article, this shift occurred without prior notice to states or modification of existing reporting requirements. This account raises serious concerns about transparency, scope of authority, and the misuse of state-submitted Medicaid data.

**Harm from Disclosure of Turquoise Care PII Data to DHS**

17. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS will cause substantial harm to the state of New Mexico and, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, will negatively impact the state in the following ways:

18. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, it is reasonably foreseeable that immigrants may hesitate to get the physical or behavioral care that they need.

19. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from the Turquoise Care program. Some people will also avoid critical preventative care and necessary medical treatment, and in

some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

20. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in New Mexico. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

21. These adverse health impacts will further strain HCA's resources and budget. To the extent their treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

22. These poor health outcomes will also harm the overall health of all residents, by both straining New Mexico's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

23. Many New Mexico residents live in remote areas of the State where the only available healthcare is provided by small rural hospitals and clinics that rely on Medicaid dollars to remain open.  Cuts to Medicaid funding or reduced usage by Medicaid enrollees will result in many of these facilities being forced to close, reducing access to needed care for thousands of New Mexicans.

24. New Mexico hospitals must treat patients regardless of their ability to pay. It is reasonably foreseeable that state-run hospitals will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the emergency Medicaid program.

25. Overall, CMS's disclosure undermines the Medicaid program. In order to properly serve Medicaid enrollees, trust is essential. If members cannot trust that their personal information will be protected and handled appropriately, they will be less likely to seek needed care and negative healthcare outcomes will result.

26. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Turquoise Care's ability operate and will cause further irreparable harm if not mitigated and repaired.

Dated this 9th day of July 2025

_____
Kari Armijo, Cabinet Secretary
New Mexico Health Care Authority