IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., <br><br> PLAINTIFFS, <br><br> V. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL., <br><br> DEFENDANTS. | Dkt. No.: 3:25-cv-05536-VC <br><br> DECLARATION OF AMIR BASSIRI |

**AMIR BASSIRI**, declares under penalty of perjury, pursuant to 28 U.S.C. Section 1746, as follows:

1. I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Deputy Commissioner of the Office of Health Insurance Programs ("OHIP") at the New York State Department of Health (the "Department" or "DOH") and I have been the New York State Medicaid Director since April 2022. In these roles, I am responsible for the policy direction, day-to-day strategy, operations, and management for all public health insurance programs. I joined the Department in 2019 as Chief of Staff to the Medicaid Director, and immediately prior to becoming the Medicaid Director, I served as the Deputy Medicaid Director and Deputy Commissioner of OHIP. Prior to working with the Department, I worked as Senior Policy Advisor for Health in the Governor's Office under the Deputy Secretary of Health and Human Services.

3. New York State Department of Health's (NYSDOH) Office of Health Insurance Programs administers several programs through the NY State of Health Marketplace that enable qualifying New York residents to access free or low-cost healthcare coverage.

4. New York's Medicaid program provides health coverage to approximately 7 million low-income New Yorkers. New York has elected to use state-only funds to provide comprehensive coverage, irrespective of immigration status, to certain New Yorkers aged 65 and over, and to New Yorkers in need of postpartum care (within 12 months post-pregnancy). Comprehensive Medicaid coverage funded by state and federal dollars is also available to some immigrants subject to the five-year bar and some persons residing under color of law (PRUCOL). In addition, New York administers emergency Medicaid benefits that provide emergency care and services to individuals regardless of their immigration status funded by state and federal dollars. New York also provides prenatal care up to labor and delivery for pregnant individuals, regardless of their immigration status, with state and federal funding support through a conception-to-end of pregnancy CHIP State Plan (NY-23-0034-CHIP and NY-23-0034A-CHIP).

5. New York's Medicaid program is authorized by the U.S. Centers for Medicare and Medicaid Services (CMS), and it is funded in part through a Medicaid federal-state partnership. NYSDOH receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of New York's expenditures on eligible enrollees and Medicaid administrative costs.

6. Most New York Medicaid enrollees are eligible for coverage paid for by joint federal and state funding. New York uses FFP funding to pay for a significant portion of Medicaid insurance coverage, while the state covers the remaining costs. To qualify for FFP

funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, such as lawful permanent residency (potentially subject to a five-year waiting period for benefits). These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. For applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers life-threatening medical emergencies, including labor and delivery for pregnant individuals through a conception-to-end of pregnancy CHIP State Plan (NY-23-0034-CHIP and NY-23-0034A-CHIP).

8. In addition, New York has authorized a stand-alone program that provides full Medicaid benefits (including coverage for routine doctor visits, screenings and preventive care, lab tests, medication and medical supplies) to low-income New Yorkers aged 65 and older regardless of their immigration status. New York uses only state dollars to pay for medical services received under this program.

**Data Sharing Between NYSDOH and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, New York routinely shares certain categories of personal information regarding Medicaid enrollees with the federal government, including CMS.

10. For example, NYSDOH responds to occasional CMS requests for additional information about the state's Medicaid claims and the use of federal dollars. NYSDOH also uses the DHS SAVE database to check the immigration status of Medicaid applicants, and to ensure that the state is only using federal dollars to provide Medicaid services to enrollees with eligible immigration status.

11. Additionally, NYSDOH submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Medicaid member enrolled in a federally authorized plan. These reports include enrollees where there was a claim paid for an emergency service for an individual qualified for emergency Medicaid. NYSDOH's most recent transfer of data to T-MSIS included May 2025 data and occurred on June 19, 2025.

12. NYSDOH also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. Examples of some of the recently conducted reviews include a quarterly review of Federal Medical Assistance Percentage (FMAP) which also examined consumer eligibility pertaining to the date of service of the claim (4/1/24-6/30/24), a GAO survey of NYSDOH's process for identifying and preventing duplicate health insurance benefits for Medicaid enrollees (10/1/22-9/30/23) and Payment Error Rate Measurement (PERM), a triennial payment review to identify, report and reduce improper payments which also includes an examination of consumer eligibility determinations (7/1/22-6/30/2023).

13. New York relies on CMS to protect the confidentially and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program.

14. NYSDOH is similarly required to maintain the privacy and security of all the Medicaid data collected by the agency. Federal statute and regulations require New York State's plan for administering Medicaid to "restrict the use or disclosure of information concerning

applicants and recipients to purposes directly connected with the administration of the plan." 42 U.S.C. § 1396(a)(7)(A); 42 C.F.R. § 431.300(a). New York State law requires similar safeguards and restrictions for Medicaid data. *See* N.Y. Soc. Serv. Law §§ 367-b(4); 369(4).

15.     Relying on these requirements of federal and state law, and the longstanding policies of CMS, NYSDOH pledges to New York residents that it will maintain the privacy and confidentiality of their private information when they apply for and use the Medicaid program.

16.     For example, NYSDOH discloses on its public website that its Office of Health Insurance Plans (OHIP) collects Medicaid Confidential Data (MCD), including "names and addresses of Medicaid applicants/recipients, medical services provided, social and economic conditions or circumstances, NYSDOH evaluation of personal information, medical data, including diagnosis and past history of disease and disability, any information regarding income eligibility and amount of Medicaid payment, income information and information regarding the identification of third parties."[1]  This website promises that: "The NYS Medicaid program may only release this information for specific purposes that will administer the NYS Medicaid program. Federal and NYS law ensures that MCD may only be used to administer the Medicaid Program."[2]

17.     To enforce this promise, NYSDOH requires authorized users of the NY State of Health (NYSOH) system (New York State's official health plan marketplace) to agree to the highest standards of data security and privacy. Authorized users must attest to their understanding that unauthorized access to the NYSOH system, or misuse of Confidential

---

[1] *See* NYSDOH, *OHIP Security and Privacy* (Revised: February 2023), https://health.ny.gov/health_care/medicaid/redesign/dos/index.htm.

[2] *Id.*

Medicaid Data, is subject to criminal and civil sanctions under federal and state law, including fines of up to $5000 and/or imprisonment for up to 5 years.[3]

18. New York's application forms for Medicaid and other public benefit programs similarly pledge to keep enrollees' personal information confidential and secure. In exchange, New York asks applicants to consent to the release of their personal medical information "as reasonably necessary" for health plans, providers and others "to carry out treatment, payment, or health care operations." Applicants must also consent to information sharing with "NYSDOH and other authorized federal, state, and local agencies" but only "for purposes of administration of the Medicaid programs."[4]

**Recent CMS Data Requests and Disclosures**

19. On June 6, 2025, CMS sent an email to NYSDOH entitled "New York Quarterly Review for 6/30/2025" in which CMS requested data and narrative responses about New York's use of state and federal Medicaid funds to "ensure that only claims for FFP that meet all applicable statutory requirements for individuals without a satisfactory immigration status are included within the state's Form CMS-64 submissions." CMS requested information for the quarter ending June 30, 2025, and stated that NYSDOH's response to these requests is due on July 30, 2025.

20. Although NYSDOH is used to receiving financial review requests from CMS, we found that this request from CMS was particularly intensive and sought a surprisingly extensive

---

[3] *See* NYSOH, *Rules of Behavior for the New York State of Health Marketplace System* (last visited June 28, 2025), available at https://info.nystateofhealth.ny.gov/sites/default/files/Rules%20of%20Behavior%20for%20NY%20State%20of%20Health.pdf.

[4] *See, e.g.,* NYSDOH, *Health Insurance Application for Older Adults, People with Disabilities and Certain Other Populations*, available at https://www.health.ny.gov/forms/doh-4220.pdf (last visited June 28, 2025).

amount of granular information given the proposed short turnaround time. Nonetheless, we are working with the goal of providing all the data supporting the claims for FFP submitted by the state in a timely manner. In addition, NYSDOH always remains committed to ensuring that state and federal funds are allocated appropriately, and that New York only seeks federal participation for Medicaid services as permitted by law.

21. NYSDOH is concerned, however, by public reporting that CMS recently sought similarly detailed data productions from other states that use state-only dollars to fund Medicaid services for individuals who do not qualify for federal Medicaid due to the lack of a satisfactory immigration status, and then shared that data with the Department of Homeland Security for use in immigration enforcement efforts.

22. We only learned about the risk that confidential Medicaid data could be shared in this manner after June 13, 2025, when the Associated Press published an article reporting that CMS had indeed shared confidential Medicaid data with DHS, including the personally identifiable information (PII) of millions of Medicaid beneficiaries in California and other jurisdictions.[5] The reporting stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

23. Based on the AP's reporting, and what other states and stakeholders have told us about the risk that New York's confidential Medicaid data could be misused by the federal government, we are asking CMS to commit that it will not use any data from the pending

---

[5] *See* Kimberly Kindy & Amanda Seitz, *Trump Administration Gives Personal Data of Immigrant Medicaid Enrollees to Deportation Officials*, AP News (June 14, 2025), https://apnews.com/article/medicaid-deportation-immigrants-trump-4e0f979e4290a4d10a067da0acca8e22.

7

financial review except as needed within HHS to conduct a routine review of claims submitted by New York, and for the purpose of ensuring that claims submitted by NYSDOH for FFP meet all applicable statutory requirements (including that claims submitted on the state's Form CMS-64 for individuals without a satisfactory immigration status are for emergency Medicaid only). We are also asking CMS to commit not to sharing this data with any other agency or entity, including DHS.

**Harm from Disclosure of New York PII Data to DHS**

24. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS would harm the state of New York and, unless DHS publicly agrees or is ordered by the Court to refrain from using this personal data for immigration or other law enforcement purposes, will negatively impact the state in the following ways:

25. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members, discouraging them from seeking medically necessary healthcare because of fear that DHS will receive their personal data and use it to target them for immigration enforcement or surveillance.

26. New York has already seen a declining enrollment and use of legally available public healthcare services in immigrant communities. For example, New York's separate Children's Health Insurance Program (CHIP), Child Health Plus, provides coverage to undocumented children with state-only funds. Since January 2025, New York has seen a decline in enrollment in this population of over 6,000 children. New York's Customer Service Center has been tracking cases where individuals raise concerns about coverage related to their immigration status. The cases show that immigrants are concerned about their program eligibility under potential changes. Application assistors have also reported they are hearing from

consumers who are worried about signing up for or renewing their coverage because of concerns regarding immigration enforcement.

27. This experience has been noted by health care providers and advocates across the country.[6] Studies and reports show that fear of deportation prevents immigrants (documented and undocumented) from seeking timely care, harming individual and community health.[7] For example, in California's Central Coast, pediatric appointment no-shows reportedly surged 30% amid ICE crackdowns, harming children's and maternal health.[8] And at a Chicago nonprofit, according to news reports, applications for public benefits like Medicaid plunged from 50-60 calls a day to just 3-5 calls, as immigrant families withdrew from public systems, even removing citizen children from insurance.[9]

28. This chilling effect will result in New York residents forgoing benefits for which they are eligible, or seeking to disenroll themselves and their families from New York's Emergency Medicaid or other state funded programs. Some people will also avoid critical

---

[6] *See, e.g.,* Kristen Schorsch, *Fearful amid ICE crackdowns, some immigrants are skipping health care*, NPR News (Feb. 10, 2025), available at https://www.npr.org/sections/shots-health-news/2025/02/10/nx-s1-5290063/migrants-chicago-delayed-health-care-immigration-crackdown-fears.

[7] *See, e.g.,* Shannon Schumacher, et al., *KFF Survey of Immigrants: Views and Experiences in the Early Days of President Trump's Second Term*, Kaiser Family Foundation (May 8, 2025), https://www.kff.org/racial-equity-and-health-policy/poll-finding/kff-survey-of-immigrants-views-and-experiences-in-the-early-days-of-president-trumps-second-term/.

[8] *See* Emily Baumgaertner Nunn, Nina Agrawal and Jessica Silver-Greenberg, *Migrants Are Skipping Medical Care, Fearing ICE, Doctors Say*, N.Y. Times (May 8, 2025), available at https://www.nytimes.com/2025/05/08/health/migrants-health-care-trump.html.

[9] Kristen Schorsch, *Fearful amid ICE crackdowns, some immigrants are skipping health care*, NPR News (Feb. 10, 2025), available at https://www.npr.org/sections/shots-health-news/2025/02/10/nx-s1-5290063/migrants-chicago-delayed-health-care-immigration-crackdown-fears.

preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

29. The chilling effect on immigrant communities will likely cause eligible individuals and families not to enroll in Medicaid programs. Even if these people are uninsured, however, they will still need emergency healthcare services. Our state's safety net providers are legally obligated to provide those services, but will incur significant financial costs if they cannot receive Medicaid reimbursement for those cases. NYSDOH will need to provide state funds to keep those safety net providers operating under those conditions.

30. Declining Medicaid enrollment due to this chilling effect would have demonstrable costs for state-run and state-funded hospitals and medical facilities. Like other hospitals, State-run hospitals must treat patients regardless of their ability to pay. These hospitals will be forced to cover the cost of medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in available Medicaid coverage. Medicaid expansion was associated with fewer hospital closures and stronger hospital financial performances.[10] By contrast, the contraction of coverage could harm hospital finances and impact the ability of public hospitals to operate in communities where they predominantly serve lower-income populations.

31. Generally speaking, research shows that cutting Medicaid leads to higher hospital costs and worse patient outcomes. By contrast, expanding Medicaid improves hospitals' financial stability, lowers uncompensated care costs, and leads to better patient outcomes.

---

[10] *See* Lindrooth, Richard C., et al, *Understanding the relationship between Medicaid expansions and hospital closures*, Health Affairs (Jan. 2018), available at https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2017.0976.

32. For example, studies of Medicaid expansion under the ACA demonstrated that this expansion led to a drop in uninsured emergency visits and less reliance on emergency rooms as usual care sources. Instead, emergency visits were more appropriately tied to high-risk conditions.[11] Preventable hospitalizations—which cost the U.S. about $30 billion annually—dropped significantly in expansion states compared to non-expansion states.[12] And a JAMA analysis found that Medicaid expansion was linked to a $2.8 million annual drop in uncompensated care per hospital, and a $3.2 million rise in Medicaid revenue.[13] These data suggest that New York's medical institutions will see an increase in uncompensated emergency care costs if individuals stop enrolling in state-funded Medicaid (and stop receiving preventative and compensated care as a result) due to fears of immigration enforcement.

33. Many uninsured immigrant families will also avoid necessary healthcare, at a cost to their personal health. Preventive services like vaccines, maternal care, and smoking cessation are proven to reduce costs by preventing costly conditions.[14] These poor health outcomes will also harm the overall health of all New York residents, by both straining the state's emergency healthcare delivery system as well as increasing the potential risks of the spread of infection and

---

[11] Madeline Guth, Rachel Garfield, and Robin Rudowitz, *The Effects of Medicaid Expansion under the ACA: Studies from January 2014 to January 2020*, Kaiser Family Foundation (Mar. 17, 2020), available at https://www.kff.org/affordable-care-act/report/the-effects-of-medicaid-expansion-under-the-aca-updated-findings-from-a-literature-review/.

[12] Hefei Wen, et al., *Medicaid Expansion Associated with Reductions In Preventable Hospitalizations*, Health Affairs (Nov. 2019), available at https://www.healthaffairs.org/doi/10.1377/hlthaff.2019.00483.

[13] Fredric Blavin, *Association Between the 2014 Medicaid Expansion and US Hospital Finances*, JAMA (Oct. 11, 2016), available at https://jamanetwork.com/journals/jama/fullarticle/2565750.

[14] *See, e.g.,* Centers for Medicare & Medicaid Services, *Background: The Affordable Care Act's New Rules on Preventive Care* (July 10, 2010), https://www.cms.gov/cciio/resources/fact-sheets-and-faqs/preventive-care-background.

illness. Studies have found that stress related to immigration enforcement may have consequences for pregnant women and their babies in utero.[15]

34. Overall, CMS's potential disclosure of Medicaid data to DHS undermines the Medicaid program, including by undermining the trust of a significant community of immigrant New Yorkers in that program.

35. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust with a lasting impact on individual and public health in New York. If true, this disclosure has likely already caused significant harm to the states' ability to operate their Medicaid programs, and will cause further irreparable harm if not mitigated and repaired.

Dated: July 9, 2025

AMIR BASSIRI

---

[15] *See* Valerie Lacarte, *The Health Costs to Children of Stepped-Up U.S. Immigration Enforcement*, Migration Policy Institute (June 2025), https://www.migrationpolicy.org/news/health-costs-immigration-enforcement; Committee on Health for Underserved Women, *Health Care for Immigrants*, The American College of Obstetricians and Gynecologists (February 2023), https://www.acog.org/-/media/project/acog/acogorg/clinical/files/committee-statement/articles/2023/01/health-care-for-immigrants.pdf?rev=2ead3bda194b447bbffbd8c41f70b95c&hash=1D50C3070F4E7CE6CD29981D45ECE348.