Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                      Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ASHLEY BERLINER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:        10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed:  July 1, 2025 |

## DECLARATION OF ASHLEY BERLINER

I, Ashley Berliner, declare as follows:

1. I am a resident of the State of Vermont. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am currently serving as the interim Medicaid Director for the State of Vermont and am also the Director of Medicaid Policy for Vermont's Agency of Human Services (AHS).

3. AHS is the single state agency responsible for administering Vermont's Medicaid program. Vermont Medicaid provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Vermont Medicaid coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. AHS' mission is to improve the health and well-being of all individuals, families, and communities across Vermont.

4. AHS is one of the largest healthcare payers in Vermont with Medicaid covering 32% of the state's population. In total, Vermont Medicaid insures approximately 200,000 people, including about 65,000 children, 45,000 seniors and people with disabilities, and 85,000 non-disabled, working age Vermonters.

5. Vermont Medicaid is authorized and funded in part through a Medicaid federal-state partnership. Vermont administers Vermont Medicaid pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS) and its 1115 Global Commitment Demonstration waiver approved by CMS. AHS receives the federal Medicaid

funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Vermont Medicaid's expenditures on eligible enrollees.

6. Most Vermont Medicaid enrollees are eligible for coverage paid for by joint federal and state funding. AHS uses FFP funding to pay for a significant portion of Medicaid's insurance coverage, while Vermont covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. In accordance with federal law, Vermont uses federal funding to treat life threatening emergencies for Medicaid applicants who do not have a qualifying immigration status. Emergency Medicaid covers life-threatening medical emergencies, including prenatal labor/delivery, delivery, and postpartum care for pregnant individuals.

**Data Sharing Between AHS and CMS**

8. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Vermont routinely shares certain categories of personal information regarding Medicaid enrollees with the federal government, including CMS.

9. AHS submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Vermont Medicaid member enrolled in a federally authorized plan.

10. Vermont also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. Most recently, Vermont

participated in the annual Single State Audit that encompassed claims and eligibility data with CMS, filed in March of 2025.

11.     AHS relies on CMS to protect the confidentiality and security of the Medicaid data of its members and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program. This includes: CMS' own regulations for the release of Medicare and Medicaid information to the general public (42 C.F.R. §401.105) and to State and Federal agencies (42 C.F.R. §401.134) specifically; the Privacy Rule 1974 to safeguard members' data from invasions of privacy; and all other applicable privacy and data protection laws and regulations.

12.     AHS has assured members that their Medicaid data, including immigration status information, will only be used to administer Medicaid. Further, AHS specifically stated the following in communications around non-citizen Medicaid applications: "The current Federal laws that prohibit state Medicaid agencies (including Vermont Health Connect) from using information of applicants/enrollees if it is not related to administration of the Medicaid program, which includes sharing information with the US Department of Homeland Security (OHS), are long standing protections of personal information. That being said, DVHA cannot predict changes the new administration could propose to federal law. If the new administration proposes changing federal law or practice, DVHA will update this information on its website."
These public communications do not inform applicants and enrollees that their information may be used for immigration enforcement purposes.

13.     On June 13, 2025, an article published by the Associated Press reporting that CMS had indeed shared confidential Medicaid data with DHS, including the personally

identifiable information (PII) of millions of Medicaid beneficiaries. The reporting stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

**Harm from Disclosure of Medicaid PII Data to DHS**

14. Based on my experience, although Vermont was not mentioned in the article, any unauthorized disclosure of confidential data by CMS to DHS would harm the state of Vermont. Despite inquiries with CMS, CMS has been unable to confirm that Vermont Medicaid data has not been shared with DHS. Unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, any unauthorized disclosure will to negatively impact the state in the following ways:

15. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, AHS has received numerous inquiries from media, social service agencies, and advocacy organizations asking about Medicaid data sharing with DHS.

16. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from Medicaid. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access in Vermont.

17. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Vermont. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and

increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

18. These adverse health impacts will also impact Vermont's resources and budget. To the extent their treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

19. These poor health outcomes will also harm the overall health of all residents, by both straining Vermont's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

20. Vermont hospitals must treat patients regardless of their ability to pay and will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the emergency Medicaid program.

21. Vermont is committed to ensuring that only qualified individuals are enrolled in Medicaid and follows all applicable federal requirements for enrollment.

22. Vermont is also committed to ensuring that Medicaid is protected from fraud, waste and abuse. Vermont has its own investigation units and cooperates with the federal government in its investigations into allegations of fraud, waste and abuse.

I declare under penalty of perjury that the foregoing is true and correct.

DATED and SIGNED this 10th day of July 2025, at Charlotte, Vermont.

_____
ASHLEY BERLINER
Vermont State Interim Medicaid Director
and Director of Medicaid Policy