ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON, | 3:25-cv-05536-VC<br><br>**DECLARATION OF TIMOTHY H. DELLIT, M.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 28, 2025<br>Time:          10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:         Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |
| Plaintiffs, | |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, | |
| Defendants. | |

## DECLARATION OF TIMOTHY H. DELLIT, M.D.

I, Timothy H. Dellit, declare as follows:

1.     I am a resident of the State of Washington. I am over the age of 18 and have personal knowledge of all the facts set forth below through personal knowledge as well as though University of Washington (UW) personnel who have assisted me in gathering this information from our institution. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2.     I am the Chief Executive Officer of UW Medicine, Executive Vice President for Medical Affairs, and Paul G. Ramsey Endowed Dean of the UW School of Medicine. I have held that position since 2023. I served previously as Chief Medical Officer for UW Medicine, Executive Vice Dean for Clinical Affairs for the School of Medicine, Vice President for Medical Affairs for UW, and President of UW Physicians, the physician group practice for faulty in the School of Medicine. I earned my medical degree from Cornell University Medical College and am board-certified in Infectious Diseases.

3.     UW Medicine is the clinical, research, and educational health system affiliated with the University of Washington. UW Medicine includes multiple hospitals, clinics, a faculty practice plan, and the University of Washington School of Medicine, one of the top-ranked medical schools in the country. UW Medicine as a whole serves a large and diverse patient population, providing care to millions of individuals across the region each year.

4.     Among the hospitals we operate are the University of Washington Medical Center – Montlake, University of Washington Medical Center – Northwest and Harborview Medical Center. Harborview Medical Center is publicly owned by King County, but it is

operated by UW Medicine under a long-term agreement with the University of Washington Board of Regents.

5.      Harborview is the designated safety-net hospital for King County and serves as the only Level I adult and pediatric trauma center for Washington, Alaska, Montana, and Idaho. As part of its public mission, Harborview is required to provide care to all patients regardless of their ability to pay, and it prioritizes care for vulnerable populations including the uninsured, underinsured, individuals experiencing homelessness, and people with behavioral health needs.

6.      During the fiscal year 2024, UW Medical Centers and Harborview Medical Center together received 1,088,980 clinic visits from patients, 46,940 patient admissions, and 132,173 emergency room visits. There were 4,295 births at UW Medical Centers. Our patients include those with private insurance, Medicare, Medicaid, and many who are uninsured or otherwise lack access to regular health care. In accordance with Washington State's charity care law, [1] UW Medicine provides free or discounted care to low-income patients based on income, not citizenship or immigration status. That care includes all medically necessary services offered by UW Medical Center and Harborview Medical Center.

7.      Our hospitals also comply with federal laws such as the Emergency Medical Treatment and Labor Act (EMTALA), which require emergency care to be provided to anyone in need, regardless of insurance or immigration status.

8.      We do not ask patients to disclose their immigration status in order to receive care, and we do not report patient information to immigration authorities. We treat all patients who seek care, including undocumented immigrants, refugees, and other non-citizens.

---

[1] Charity care covers "medically necessary hospital health care rendered to indigent persons when third-party coverage, if any, has been exhausted, to the extent that the persons are unable to pay for the care or to pay deductibles or coinsurance amounts required by a third-party payer, as determined by the department." Wash. Rev. Code § 70.170.020.

9.      Non-citizens are often reluctant to engage with formal services of all kinds, including health care services, because of their immigration status. This has negative consequences both for the non-citizens themselves, who often fail to receive timely or preventative care that would prevent worse health outcomes, and for the State health system overall, which is required by law to provide for their care. Late diagnoses are harmful to patients and costly to the health care system, as are avoidable emergency rooms trips that could have been prevented with earlier non-emergency interventions.

**UW Medicine Patients Rely on AEM**

10.      Medicaid eligibility depends, in part, on immigration status. However, the Alien Emergency Medical program (AEM) permits coverage for certain medical services regardless of immigration status. This program covers certain costs associated with emergency related services, end stage renal treatment, and new cancer diagnoses. UW Medicine provides these services to patients.

11.      UW Medicine employs approximately thirty-five financial counselors to assist patients, including those eligible for AEM. Financial counselors interview patients and determine appropriate insurance opportunities, refer uninsured patients for possible Medicaid eligibility, and if appropriate help patients start the UW Medicine Financial Assistance applications. During this financial counseling screening, Financial Counselors would provide assistance to eligible patients applying for Washington Apple Health, which automatically enrolls eligible patients in AEM. Enrollment helps to relieve uninsured patients of the burden of medical debt as well as to provide UW Medicine partial reimbursement for services it provides. Financial counseling can occur at any time during a patient's healthcare journey—before services are scheduled, during those services, as well as after services have been provided.

12.     Patients enrolled in AEM represent a significant portion of UW Medicine patients. For Fiscal Year 2025, UW Medicine had 8,216 patient care encounters with individuals enrolled in AEM. Those visits resulted in $90.6 million in total revenue for UW Medicine. UW Medicine and UW Physicians received approximately $17.6 million in payment from AEM programs for services provided to patients who qualified.

13.     UW medicine Patients enroll in AEM using the Washington Apple Health Application. Currently, UW Medicine has approximately $18 million in pending AEM or emergency care applications. This represents uncompensated accounts receivable (services already provided) that UW Medicine believes meet eligibility for reimbursement under AEM.

**The CMS Disclosure Will Harm UW Medicine by Deterring Eligible Patients from Enrolling in AEM and Getting Care**

14.     On June 13, 2025, media outlets began reporting that Medicaid files—including confidential personal data—were transferred by CMS en masse to the Department of Homeland Security, including data from residents of Washington. Based on my experience, I believe that the reported unauthorized disclosure of confidential data by CMS to DHS has already harmed UW Medicine and, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, will continue to the negatively impact the state in the following ways:

15.     News reports about CMS' disclosure is certain to impair UW Medicine's mission to treat patients and is likely to increase costs by reducing the amount of timely diagnosis and preventative care that patients receive as well as the number of uninsured patients UW Medicine treats who are eligible for AEM, but will choose not to enroll. Patients who fear that their enrollment information and immigration status will be used for immigration enforcement will be

deterred from enrolling in Apple Health and AEM, threatening to convert some or all of the $90 million UW Medicine receives through AEM into losses for uncompensated care.

16.     The disclosure has already inflicted reputational harm on UW Medicine in light of the representations that we make to our patients concerning how their data will be used. We tell patients that their personal data, including information that may reflect their immigration status, will not be shared for purposes of immigration enforcement, based on longstanding HHS policy. HHS's abrupt and unannounced elimination of that policy will cause patients to lose trust in UW Medicine and be less likely to seek care, with all of the negative consequences that follow from that reluctance.

I declare under the penalty of perjury under the laws of the United States and of the State of Washington that the above is true and correct to the best of my knowledge.

Signed this 8th day of July 2025 at Seattle, Washington.


TIMOTHY H. DELLIT, M.D.
Chief Executive Officer
UW Medicine