ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services**; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security**,**<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ADELA FLORES-BRENNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:         10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:         Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF ADELA FLORES-BRENNAN

I, Adela Flores-Brennan, declare as follows:

1. I am a resident of the State of Colorado. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am currently the Medicaid director within the Colorado Department of Health Care Policy and Financing (HCPF). HCPF is the single state agency responsible for administering Health First Colorado, Colorado's Medicaid program. I have served in this role since July 2022. In my role as Medicaid director, I'm familiar with the daily operations of HCPF and Health First Colorado, Colorado's Medicaid program.

3. Health First Colorado provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Health First Colorado's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. HCPF's mission is to improve the overall health and well-being of Colorado Medicaid members.

4. HCPF is the largest healthcare purchaser in Colorado as Health First Colorado covers almost forty percent of the state's population. In total, Health First Colorado insures approximately 1.2 million people. This constitutes 22% of all Coloradans and 39% of all of Colorado children.

5. Health First Colorado is authorized and funded in part through a Medicaid federal-state partnership. Colorado administers Health First Colorado pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan,

approved by the U.S. Centers for Medicare and Medicaid Services (CMS). HCPF receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Health First Colorado's expenditures on eligible enrollees.

6. Most Health First Colorado enrollees are eligible for coverage paid for by joint federal and state funding. HCPF uses FFP funding to pay for a significant portion of Health First Colorado's insurance coverage, while Colorado covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. In accordance with federal law, Colorado treats life threatening emergencies for Medicaid applicants who do not have a qualifying immigration status. Emergency Medicaid covers life-threatening medical emergencies, including prenatal labor and delivery, and postpartum care for pregnant individuals.

**Data Sharing Between HCPF and CMS**

8. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Colorado routinely shares certain categories of personal information regarding Health First Colorado enrollees with the federal government, including CMS.

9. HCPF additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Health First Colorado member enrolled in a federally authorized plan.  These plans include enrollees who receive only emergency Medicaid.

Colorado's most recent transfer of data to T-MSIS occurred on June 16, 2025 and contained May 2025 data.

10. Colorado also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. Currently, Colorado is undergoing a federal audit as part of the RY 2026 Payment Error Rate Measurement (PERM) program. On January 15, 2025, the Department submitted Quarter 3 Medicaid and CHIP claims and associated member-level data—including name, date of birth, address, State ID, Case ID, and program enrollment—to CMS's Statistical Contractor, Lewin. A subsequent Quarter 4 data submission is scheduled for July 15, 2025. Since May 1, 2025, the Department has also submitted eligibility documentation for 34 member cases to the PERM Eligibility Review Contractor, including income verification, eligibility determination forms, and supporting documents. In addition, the contractor has been granted access to the state's eligibility system (CBMS) to support the review process.

11. HCPF relies on CMS to protect the confidentiality and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program.

12. Relying on CMS's representations, HCPF collects and submits to CMS protected personal health information (PHI) and personally identifiable information (PII) from Health First Colorado Members, including members receiving Emergency Medicaid Services. It submits this data under the expectation that this information will not be shared for purposes outside the administration of the Medicaid program. Based on this expectation, HCPF publicly represents to current and prospective Health First Colorado Members, through stakeholder materials and

meetings, that PHI and PII will only be collected and shared for Medicaid eligibility and administration purposes.

13. On June 6, 2025, HCPF received a data request from CMS. This request asked for significant amounts of data related to furnished Emergency Medicaid Services. It also requested data related to Colorado's state-only health programs.

14. CMS represented in the request that it "will be reviewing claims for FFP submitted by the state to ensure that only claims for FFP that meet all applicable statutory requirements for individuals without a satisfactory immigration status are included within the state's" claims submission to the federal government.

15. The email does not cite any evidence or concerns about HCPF improper use of federal dollars as related to "individuals without a satisfactory immigration status." Nor does the email cite any evidence or concerns regarding Colorado state-only health care programs.

16. Shortly after receiving the request, I started hearing rumors that CMS was sharing Medicaid data with DHS. This rumor was confirmed on June 13, 2025, when an article published by the Associated Press reported that CMS had indeed shared confidential Medicaid data with DHS. The article stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr., ordered CMS staff to provide this data to DHS over the objections of those staff members.

**Harm from Disclosure of Health First Colorado PII Data to DHS**

17. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS has already harmed the state of Colorado and, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, will continue to negatively impact the state in the following ways:

18. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, HCPF has received significant outreach from Colorado's immigrant rights communities expressing fear and concern over Colorado's collection and sharing of Medicaid information with CMS and whether it is safe to access health care services. This concern is being voiced by lawfully present immigrants and mixed status families in which there are both immigrant and citizen family members.

19. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from Health First Colorado and state-only programs, which the Colorado General Assembly authorized. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

20. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people with certain medical conditions. Deferring care can result in late-stage disease detection, renal failure, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

21. These adverse health impacts will further strain HCPF and Colorado state resources and budget. To the extent their treatment is left uncompensated, the resulting healthcare costs will ultimately be shifted to the broader healthcare delivery system and the state.

22. These poor health outcomes will also harm the overall health of all residents, by both straining Colorado's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

23. Moreover, Colorado hospitals must treat patients regardless of their ability to pay. These hospitals will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the emergency Medicaid program. If hospitals are required to provide significant, uncompensated emergency care, already strained hospitals will further suffer. This will especially harm rural hospitals and Colorado's safety-net hospitals.

24. Overall, CMS's disclosure undermines the Medicaid program. It is crucial that Coloradans trust that their data will not be disclosed for purposes other than the administration of the Medicaid program. Without this trust, Coloradans may not enroll in Health First Colorado and enrolled members may delay seeking vital healthcare services.

25. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Colorado's ability to operate and will cause further irreparable harm if not mitigated and repaired.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on July 9, 2025, at Denver, Colorado.

_____
Adela Flores-Brennan