# Exhibit C

| | |
|---|---|
| **From:** | Fotinos, Charissa (HCA) |
| **To:** | drew.snyder@cms.hhs.gov |
| **Cc:** | Lindeblad, MaryAnne (HCA) |
| **Subject:** | Washington State Health Care Authority \| Apple Health (Medicaid) Data |
| **Attachments:** | Outlook-wp3m15hj.png |
| | HCA Message to CMS on Data Issue 06.24.2025_DS_.pdf |

Dear Mr. Snyder

On June 13, 2025, the Associated Press reported that the Centers for Medicare and Medicaid Services (CMS) had provided data regarding Washington state Medicaid clients to immigration officials at the Department of Homeland Security (DHS). The purpose of this letter is to clarify the nature and extent of the data that CMS provided and the legal basis for the transfer.

The Health Care Authority (HCA), the single state Medicaid agency in Washington, takes very seriously its obligation to retain the privacy of health care and other information about its clients. We are alarmed at the prospect that CMS may have violated federal law, and the long-standing historical understanding between HCA and CMS, by providing client data to DHS.

Please let us know the following:

Did CMS, as reported in the news article, transfer Medicaid client data to DHS?

Can you provide us with a copy of the June 6, 2025, memo signed by Sara Vitolo that the news article mentioned?

If CMS did transfer data to HHS, when did that occur?

Why did CMS make the transfer?

What was the purpose of the transfer?

Was data transferred from CMS to DHS for all Medicaid clients in Washington State, or just a subset of clients? If the latter, which subset?

What are the sources or databases that CMS used to gather the data that it transferred?

Did the transfer include any protected health information or personally identifiable information (as HIPAA defines those terms)?

Which person or agency asked or told CMS to transfer the data?

Does CMS have any plans to complete additional transfers to DHS? If so, when, and why?

What are the statutes and regulations that allow for these data transfers from CMS to DHS?

We appreciate your prompt attention to this important matter.

Sincerely,

Charissa

**Charissa Fotinos, MD, MSc**
Medicaid & Behavioral Health Medical Director
Medicaid Services Administration
Pronouns: she/her



STATE OF
WASHINGTON
**HEALTH CARE AUTHORITY**
626 8th Avenue, SE • P.O. Box 45502 • Olympia, Washington 98504-5502

June 24, 2025

Drew Snyder
Deputy Administrator and Director
Centers for Medicare & Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Dear Mr. Snyder

On June 13, 2025, the Associated Press reported that the Centers for Medicare and Medicaid Services ("CMS") had provided data regarding Washington state Medicaid clients to immigration officials at the Department of Homeland Security ("DHS").  The purpose of this letter is to clarify the nature and extent of the data that CMS provided and the legal basis for the transfer.

The Health Care Authority ("HCA"), the single state Medicaid agency in Washington, takes very seriously its obligation to retain the privacy of health care and other information about its clients.  We are alarmed at the prospect that CMS may have violated federal law, and the long-standing historical understanding between HCA and CMS, by providing client data to DHS.  Please let us know the following:

Did CMS, as reported in the news article, transfer Medicaid client data to DHS?

Can you provide us with a copy of the June 6, 2025, memo signed by Sara Vitolo that the news article mentioned?

If CMS did transfer data to HHS, when did that occur?

Why did CMS make the transfer?

What was the purpose of the transfer?

Drew Snyder
Deputy Administrator and Director
June 23, 2025
Page 2

Was data transferred from CMS to DHS for all Medicaid clients in Washington State, or just a subset of clients? If the latter, which subset?

What are the sources or databases that CMS used to gather the data that it transferred?

Did the transfer include any protected health information or personally identifiable information (as HIPAA defines those terms)?

Which person or agency asked or told CMS to transfer the data?

Does CMS have any plans to complete additional transfers to DHS? If so, when, and why?

What are the statutes and regulations that allow for these data transfers from CMS to DHS?

We appreciate your prompt attention to this important matter.

Sincerely,

*[signature: Charissa Fotinos MD, MSc]*

Charissa Fotinos, MD, MSc
Medicaid and Behavioral Health Medical Director


cc:     MaryAnne Lindeblad, BSN, MPH, Acting Director, EXO, HCA