ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,** <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security, <br><br> Defendants. | 3:25-cv-05536-VC <br><br> **DECLARATION OF MEGHAN GROEN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: August 28, 2025 <br> Time: 10:00 a.m. <br> Courtroom: Courtroom 4 <br> Judge: Hon. Vince Chhabria <br> Trial Date: Not set <br> Action Filed: July 1, 2025 |

## DECLARATION OF MEGHAN GROEN

I, MEGHAN GROEN, declare as follows:

1. I am a resident of the State of Michigan. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Senior Chief Deputy Director for Health Services at the Michigan Department of Health and Human Services (MDHHS). In this role, I am Michigan's Medicaid director.

3. MDHHS is responsible for providing services and administering programs to improve the health, safety, and prosperity of the residents of the State of Michigan. One of these programs is Michigan's Medicaid program, typically referred to as Michigan Medicaid.

4. Michigan Medicaid provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Michigan's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. MDHHS' mission is to improve the overall health and well-being of all Michiganders.

5. Michigan Medicaid covers more than twenty-five percent of the state's population. In total, MDHHS insures approximately 2.6 million people, including over 1 million children—almost half of all of Michigan's kids—and almost half a million seniors and people with disabilities.

6. Michigan Medicaid is authorized and funded in part through a Medicaid federal-state partnership. MDHHS administers Medicaid pursuant to broad federal requirements as well

as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS). MDHHS receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Michigan's expenditures on eligible enrollees.

7. Most Michigan Medicaid enrollees are eligible for coverage paid for by joint federal and state funding. MDHHS uses FFP funding to pay for a significant portion of Medicaid insurance coverage, while Michigan covers the remaining costs. To qualify for "full scope" federally funded Medicaid, among other eligibility requirements, an enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency.

8. For Michigan Medicaid applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies through Emergency Services Only (ESO) Medicaid. Pregnant and postpartum women, who are eligible for ESO, are also eligible for limited coverage through Michigan's MOMS program, which provides coverage for outpatient prenatal services and pregnancy-related postpartum services for two months after the pregnancy ends, including, but not limited, to inpatient labor and delivery, radiology and ultrasound, laboratory service, doula and home visiting, behavioral health and substance use disorder services.

**Data Sharing Between MDHHS and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Michigan routinely shares certain categories of personal information regarding Michigan Medicaid enrollees with CMS.

10. For example, Michigan uses the CMS Portal (T-MSIS Operations Dashboard) and its MDHHS/CHAMPS systems to submit and verify Medicaid data like enrollment, claims, and demographics to the federal T-MSIS system.

11. MDHHS submits monthly Transformed Medicaid Statistical Information System (T-MSIS) files to CMS that include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Michigan Medicaid enrollee including those receiving emergency-only Medicaid. MDHHS's most recent transfer of data to T-MSIS occurred on June 26 and 27, 2025.

12. Michigan also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

13. MDHHS relies on CMS to protect the confidentially and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program. MDHHS enforces strict state-level confidentiality rules: Medicaid client data cannot be shared outside authorized uses and only under defined conditions and employees are prohibited from sharing individually identifiable information without authorization.

14. Relying on CMS's representations, MDHHS operates its Medicaid program under the good-faith belief that data submitted to the T-MSIS and other federal systems will be used solely for Medicaid program administration and oversight. Michigan depends on CMS to maintain data integrity, privacy, and security safeguards under HIPAA and the Privacy Act; to limit redisclosure of personally identifiable information to only those uses authorized under federal law; and accurately allocate federal Medicaid funding based on enrollment and claims data submitted via T-MSIS.

15. MDHHS communicates clearly to Medicaid enrollees that their personal information will be kept confidential and secure, and used only to determine eligibility and administer benefits. This is reinforced through enrollment materials and consent forms stating that information is protected under federal and state law; notices on the MDHHS website and paper applications referencing privacy protections under HIPAA and Privacy statements and public assurances during Medicaid redetermination and renewal outreach efforts, particularly in 2023–2024 during the unwinding of continuous coverage. Enrollees are not advised that their information may be shared with immigration enforcement authorities or for purposes unrelated to Medicaid administration.

16. In 2025, MDHHS has maintained routine communication with CMS through monthly submissions per standard procedures. As of June 6, 2025, Michigan's T-MSIS data passed all critical, high-priority, and expenditure-focused quality measures on CMS's Operations Dashboard.

**Harm from Disclosure of Michigan Medicaid PII Data to DHS**

17. On June 13, 2025, an [article](#) published by the Associated Press reporting that CMS had indeed shared confidential Medicaid data with DHS, including the personally identifiable information (PII) of millions of Medicaid beneficiaries from California, Illinois, Washington, and the District of Columbia. The reporting stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

18. As far as MDHHS is aware, CMS has not disclosed Medicaid PII data for Michigan Medicaid enrollees to date.

19. However, based on my experience, I believe that the unauthorized disclosure of confidential data from other states by CMS to DHS has already harmed the State of Michigan by creating a significant chilling effect for immigrants and their family members, discouraging them from seeking medically necessary healthcare and Medicaid enrollment.

20. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, MDHHS has received multiple inquiries from advocacy groups (e.g., Protect MI Care) and civil-rights organizations seeking clarification about what data was shared and under what authority. MDHHS has also received several Freedom of Information Act (FOIA) requests from journalists and legal aid groups requesting copies of the data-sharing agreements, logs of disclosures, and the DHS SAVE-system access records. Additionally, MDHHS has received direct constituent complaints, including emails and calls from Medicaid beneficiaries expressing concern over potential impact on immigration status and request for reassurance of data safety.

21. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from Michigan Medicaid. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury.

22. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Michigan. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal case will lead to increased rates of premature births, low birth weight infants, and congenital defects.

23. These adverse health impacts will further strain scarce resources and budget. For example, effective prenatal care lowers risks of preemie births and NICU stays—each more expensive per capita. Managing chronic conditions (e.g., diabetes, hypertension) early can prevent expensive hospitalizations. Without Medicaid coverage, these costs fall on state healthcare systems, community health centers, and local public health funds, undermining the cost-savings that Medicaid normally delivers. To the extent the treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

24. These poor health outcomes will also harm the overall health of all residents, by both straining Michigan's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

25. Community-wide health suffers when individuals avoid care. The healthcare system will be overload in emergency departments and public clinics. There will be a rising disease transmission risks, particularly for conditions detectable via routine screening as well as delays in addressing infectious outbreaks, due to underutilized testing and treatment services.

26. Additionally, several studies indicate that about 20% of adults in immigrant families avoided public benefits in 2019 due to public-charge fears. See, e.g., Simon Marshall-Shah, Michigan League for Public Policy, *Covering More of Michigan's Children* (Oct. 2021), https://mlpp.org/wp-content/uploads/2021/11/5-year-waiting-period.pdf?utm_source=chatgpt.com. University of Michigan research in Washtenaw County, Michigan, shows immigration raids increased anxiety, reduced healthcare use, and lowered self-rated health among Latino community members. See Paul Flemming and William Lopez, University of Michigan School of Public Health, *Increased Immigration Enforcement and Anti-*

*Immigrant Rhetoric has potential "Chilling Effect" on Health Care Access* (Feb. 1, 2018), available at sph.umich.edu. This research suggests that Michigan's undocumented or mixed-status families may similarly withdraw from Medicaid out of fear.

27.     Hospitals are legally obligated to treat patients regardless of their ability to pay for emergency medical care.  When individuals receive care at hospitals and cannot pay or refuse to enroll in Medicaid given the chilling effect of federal policies, the uncompensated care costs are pushed onto hospitals already operating on slim margins, potentially impacting service capacity and resulting in budget cuts, staffing reductions, and increased service costs for all individuals receiving care at the facility.

28.     Overall, CMS's disclosure undermines the Medicaid program.  Breaches in confidentiality erode trust, undermining the willingness of eligible individuals to enroll or stay covered.  Without trust, Medicaid's core objectives—community health, cost containment, data-driven care, and equitable access—are severely compromised. As a result, there will be lower uptake, higher uncompensated care costs, and weaker public health outcomes.

29.     If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust.  If true, this disclosure has likely already caused significant harm to Michigan's ability operate and will cause further irreparable harm if not mitigated and repaired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 2, 2025

Meghan Groen<br>
Senior Deputy Director<br>
MDHHS