Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                              Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF PETER HADLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:        10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

# DECLARATION OF PETER HADLER

I, Peter Hadler, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct:

1. I am a Deputy Commissioner of the Connecticut Department of Social Services. I have personal knowledge of the facts set forth in this declaration, and if required to testify, would and could competently do so.

2. I submit this Declaration in support of the States' Motion for a Preliminary Injunction.

**Professional Background**

3. I am the Deputy Commissioner for the Connecticut Department of Social Services (DSS). I have been employed in this position since April 2023 and have been employed by DSS since January 2012. I am responsible for executive level program and policy oversight including administration of the Low Income Home Energy Assistance Program (LIHEAP), the Supplemental Nutrition Assistance Program (SNAP), the Temporary Assistance for Needy Families (TANF) block grant, the Community Services Block Grant (CSBG), the Social Services Block Grant (SSBG) and numerous other public assistance programs. I also oversee eligibility policy and enrollment determinations for the Medicaid program, the Children's Health Insurance Program (CHIP), and state funded medical assistance programs.

4. I am an attorney with a juris doctor degree from Boston University and am admitted to the bar in both Connecticut and New York

5. Medicaid is the federally matched medical assistance program under Title XIX of the Social Security Act. CHIP is the federally matched medical assistance program under Title XXI of the Social Security Act. The programs operate as a state and federal partnership with states

1

funding a portion of the programs (usually starting at 50%). In Connecticut, Medicaid, CHIP and other medical assistance programs are collectively called "HUSKY Health" or simply "HUSKY." HUSKY provides comprehensive health care coverage to State residents, including preventative care, inpatient and outpatient services, behavioral health services and many other health care services.

6. DSS is the designated single state agency responsible for administering Connecticut's Medicaid program and Children's Health Insurance Program (CHIP), federal programs regulated by the U.S. Department of Health and Human Services. Medicaid and CHIP are jointly funded by both state and federal dollars, though at different rates, as explained herein. DSS also administers some state funded health care programs, including the State HUSKY program (which provides coverage for children up to 15 years of age who do not qualify for Medicaid or CHIP due to immigration status).

7. "HUSKY" is an umbrella term or "brand name" for all Connecticut State medical assistance programs, including Medicaid, CHIP and state-funded coverage. DSS is Connecticut's Medicaid authority and functions as one of the largest providers of health coverage in Connecticut. It is a leader in ensuring Connecticut residents have access to high-quality, affordable health care, and it is committed to whole-person care, integrating physical and behavioral health services for better results and healthier communities in Connecticut. DSS provides health care for over 1 million state residents annually through HUSKY.

8. Within DSS, approximately 1,000 State employees and hundreds of contracted staff are responsible for determining eligibility, providing customer service, and managing policy for the majority of state and federal medical assistance programs serving over 1 million Connecticut residents. In addition to providing direct access to the Medicaid and CHIP programs through

HUSKY, DSS administers the Supplemental Nutrition Assistance Program, the Temporary Assistance for Needy Families block grant, and a number of other public assistance programs.

9. Medicaid eligibility is comprised of three income methodologies: Modified Adjusted Gross Income (MAGI) methodology, non-MAGI methodology, and categorical eligibility (for example, SSI recipients receiving state supplement cash assistance or Foster Care/Adoption support coverage). Programs with eligibility determined under MAGI rules include coverage for adults aged 19-64, pregnant women, families, and children. Programs with eligibility determined under non-MAGI rules include coverage for aged, blind, or disabled populations, including long-term services and supports programs. Categorical eligibility means that a person is granted coverage based on their categorical relationship to the program.

10. Federal Medicaid rules direct states to examine income and residency rules first and then determine whether someone is a citizen or has a qualifying immigration status in order to determine eligibility. Individuals who are undocumented or do not have a lawful, qualifying immigration status are not eligible for Medicaid or most other federally funded DSS administered benefits. The limited exception involves the federal Medicaid program for undocumented or non-qualified non-citizens to receive emergency medical care coverage if they are otherwise eligible for Medicaid. This is also known as Emergency Medicaid. Emergency Medicaid covers emergency health care for a limited set of qualifying emergent medical conditions. Individuals must meet all the income and other requirements of Medicaid. In other words, they must be eligible "but for" their citizenship and immigration status. Individuals who are undocumented or non-qualified can receive Emergency Medicaid services, and the federal matching rate is 50%, meaning that federal funds cover 50% of the cost and state funds cover 50% of the cost.

11. Coverage programs for children are also provided under HUSKY. HUSKY covers all children through age 15, regardless of immigration status, up to 323% of the Federal Poverty Level (FPL), and covers all citizen children and non-citizens with qualifying immigration statuses up to 323% FPL through age 18. Funding for the coverage depends on a child's eligibility for different programs that fall under the HUSKY Health branding, *i.e.* Medicaid, CHIP or State coverage.

12. Below 201% of the FPL, for children who are citizens or qualified immigrants, the funding for this coverage is through Medicaid.

13. Between 201% and 323% of the FPL, for children who are citizens or qualified immigrants, the funding for this coverage comes through CHIP, and some households pay a small premium or copays for coverage. CHIP is a federally matched health coverage program that expands coverage to children above the Medicaid income limit. Connecticut's CHIP offers comprehensive healthcare coverage to children through age 18, who reside in households with incomes between 201% and 323% of the FPL, whereas Medicaid covers eligible children at or below 201% of the FPL.

14. While provided in Connecticut under the name HUSKY, coverage provided under the CHIP program operates separately from Medicaid on the funding side. Historically, CHIP federal match has been 65%. It was increased as high as 88% for a period of time in recent years, but now is at 65%. This means that coverage provided to eligible children under the CHIP funding structure results in federal funds covering a higher portion of the expenses compared to Medicaid, where federal funding normally covers 50% of the expenses.

15. Children who would have been eligible for Connecticut's Medicaid or CHIP-funded coverage programs had they met immigration status requirements receive coverage

4

through the 100% state-funded State HUSKY program. Connecticut law requires such coverage to be provided to all children who apply and are eligible.

16. HUSKY also covers all pregnant women regardless of immigration status with income at or below 263% of the FPL. This is possible because their unborn children are deemed covered at conception, so even though the mother may not have a qualifying immigration status, the child will be born a U.S. citizen and is therefore eligible for services under CHIP from conception through birth. After the child is born, the child (as a U.S. citizen) can remain covered under HUSKY, while the mother is no longer covered under any federal healthcare program, but in Connecticut is provided 12 months of state-funded postpartum coverage.

17. As of 2024, DSS administers Medicaid funded coverage for more than 380,000 children annually in Connecticut, and CHIP funded coverage for approximately 29,000 children in Connecticut. DSS estimates that coverage on a per-child basis costs approximately $3,850 per year on average. For this coverage, Connecticut expended approximately $1,450,000,000 and received $744,000,000 in reimbursement from the federal government under Medicaid and CHIP. With respect to State HUSKY, there were over 20,000 children covered and the State expended approximately $23,000,000 in 2024.

18. Under federal law, DSS must provide Medicaid and CHIP coverage to citizens and qualified noncitizens whose citizenship or qualifying immigration status is verified and who are otherwise eligible. Applications for coverage are processed either through Access Health Connecticut (the state's health insurance marketplace), where eligibility is based on a MAGI determination, or through DSS directly for individuals qualifying under a non-MAGI basis. Citizenship eligibility status is one eligibility factor that DSS must verify for HUSKY coverage.

19.     There are multiple ways that DSS verifies citizenship or immigration status to determine eligibility. For HUSKY applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers life-threatening medical emergencies, including labor and delivery for pregnant individuals.

**Data Sharing Between DHS and CMS**

20.     Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Connecticut routinely shares certain categories of personal information regarding HUSKY enrollees with the federal government, including CMS.

21.     For example, during the medical assistance eligibility review process, Connecticut submits applicant and beneficiary data to the federal data services hub to confirm income, and to the DHS SAVE database to confirm citizenship and immigration status eligibility. During the medical assistance eligibility review process, Connecticut submits applicant and beneficiary data to the federal data services hub (FDSH) to confirm data. The FDSH provides access to multiple federal data sources through a single connection allowing Medicaid agencies to access information from the Social Security Administration (SSA), Department of Homeland Security (DHS), Department of Veterans Affairs (VA), Internal Revenue Service (IRS), and more. For example, citizenship and immigration information that is collected is automatically sent to the FDSH to be validated by the DHS SAVE (Systematic Alien Verification for Entitlements), also known as "Verify Lawful Presence" service. In addition, the SVES (State Verification & Exchange System) returns information about Social Security numbers (SSN). Similarly, Connecticut also uses separate direct interfaces to the same federal data sources for those Medicaid programs for which we do not have access to the FDSH. They are also used to support

6

the SNAP program as the FDSH cannot be used to support that program. There are additional separate services such as the National Change of Address (NCOA) database where we send address data in order to verify address and receive updated address information.

22. DSS additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID number, Social Security number (if provided), and eligibility status, for every HUSKY member enrolled in a federally authorized plan. These reports also include claim transaction data, which can include personal health information. These reports include enrollees who receive only emergency Medicaid. Data submitted to T-MSIS is incredibly comprehensive and includes descriptive details about HUSKY members.

23. Upon information and belief, Connecticut's most recent transfer of data to T-MSIS occurred on or about June 16, 2025.

24. Connecticut also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. The Department is reviewed consistently every three years by CMS through its Payment Error Rate Measurement (PERM) review. The last completed cycle was for PERM review year 2022. The Department is in its final stages for the 2025 PERM review year. Additionally, the Department is subject to periodic federal reviews of certain Medicaid matters. There is no set schedule for these reviews, but examples of recent federal reviews include a Medicaid beneficiary eligibility review, provider payment suspension desk review, and a non-emergency medical transportation desk review.

25. DSS relies on CMS to protect the confidentiality and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own

prohibition on disclosure except as required for the purposes of administering the Medicaid program.

26. In reliance on longstanding confidentiality and security requirements pertaining to the Medicaid program, DSS assures all applicants of the following at application and renewal: "I [the applicant] authorize DSS to check any information regarding anyone's non-citizen status with the U.S. Citizenship and Immigration Services (USCIS). I understand that DSS will not share the information given on this form with USCIS. I also understand that USCIS cannot use this application form to deny admission to the U.S., harm permanent resident status or deport me or anyone I am applying for."

27. In further reliance of these guarantees of confidentiality, in our "rights and responsibilities" portion of our application for benefits, Connecticut DSS assures our applicants that "[a]ll information given on forms, including Social Security numbers, is confidential, except as permitted or required by court order, state, or federal law. With certain exceptions, it will be used only to administer DSS programs. If DSS believes that there is imminent danger to a child's or family's health, safety or welfare, DSS will provide the child's address and telephone number to the Department of Children and Families. For all programs, except Medicaid, DSS will give my address to a law enforcement official to locate me if I am fleeing to avoid prosecution or custody for certain crimes or for violating a condition of probation for certain crimes or if I have information that a law enforcement official needs to do his or her job concerning certain crimes."

28. I am aware that on June 13, 2025, an article published by the Associated Press reporting that CMS had indeed shared confidential Medicaid data with DHS, including the personally identifiable information (PII) of millions of Medicaid beneficiaries. The reporting

stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr., ordered CMS staff to provide this data to DHS over the objections of those staff members.

**Harm from Disclosure of HUSKY PII Data to DHS**

29. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS has already harmed the state of Connecticut and, unless DHS publicly agrees to refrain from using personal data of Connecticut residents for immigration or other law enforcement purposes, will continue to the negatively impact the state in the following ways:

30. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members, discouraging them from seeking medically necessary healthcare. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, DSS has received inquiries from healthcare advocates and state legislators regarding the security of personal data that has been provided to DSS.

31. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from HUSKY. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access, and cause harm to our communities and families who lose the collective benefits of healthier state residents, such as greater economic output, reductions in communicable diseases, and more stable families. Undocumented immigrants will be more likely to avoid going to the emergency room or calling an ambulance to seek life-saving treatment—for themselves or for their children—for fear that doing so will make them a target for deportation.

32. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Connecticut. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

33. The data shared through T-MSIS also allows for identification and targeting of some of the state's most vulnerable groups, including unborn babies. This will chill mothers from accessing prenatal care. Those chilled from accessing federally funded prenatal care through CHIP will be more likely to experience adverse health effects during pregnancy and childbirth. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects, all of which produce considerable harm to Plaintiffs, in addition to the worse health outcomes for the child and parent.

34. These adverse health impacts will further strain Connecticut resources and budgets. To the extent treatment is left uncompensated, the cost will ultimately be shifted to the broader healthcare delivery system and the state, increasing financial and operational strain on healthcare providers who are responsible for serving all state residents.

35. In addition, to the extent the disclosure makes noncitizens and other individuals more reluctant to enroll in federally-funded health care programs, DSS will incur greater costs and burdens to conduct statutorily-required outreach efforts to enroll families and children in those federally-funded programs

36. Connecticut has made tremendous strides in reducing the number of uninsured individuals. Many residents, including immigrants, are direct beneficiaries of HUSKY coverage. Connecticut has continued to improve and broaden coverage options for children residing in the

State and worked to streamline the application process and make that process as simple as possible for parents seeking coverage for themselves and their children. This is possible using both state dollars and federal Medicaid and CHIP dollars as appropriate. Uninsured individuals suffer significant negative health impacts and the economic impacts of an increase in the uninsured rate could be severe. Individuals with health insurance that provides preventative care are less likely to need more intensive health care treatments, including emergency care. Health insurance reduces the financial burden on Connecticut health care providers who provide care to uninsured individuals, reduces uncompensated care, and ensures families are not left with medical bills that they are unable to pay. Sick children with health insurance coverage are more likely to see a health care provider and receive treatment, limiting the spread of infectious illnesses across the state.

37. These poor health outcomes will also harm the overall health of all residents, by both straining the Connecticut healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

38. Like other hospitals, state hospitals must treat patients regardless of their ability to pay. State-run hospitals will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the emergency Medicaid program.

39. Overall, CMS's disclosure undermines trust in government with the result that all residents, immigrants or not, fear interacting with government at all to the detriment of public safety and the well-being of all Connecticuters. That trust will likely be irreparably damaged by this data disclosure, especially for undocumented immigrants, who risk deportation as a result of lawfully seeking Medicaid coverage for emergency medical treatment.

40. The disclosure also undermines the Medicaid program. State residents and medical providers entrust DSS, the state Medicaid agency, with the most sensitive of personally identifiable and personal health information. Health records, unique identifiers such as SSNs and dates of birth, communications data such as phone numbers and addresses, are all provided to DSS. If this data is not protected by being strictly limited to the administration of healthcare programs, then effectively no personal data is protected. The only way to stop sharing such data in order to prevent its misuse is to completely stop seeking out and accessing healthcare services, which leads to catastrophic personal and societal health harms.

41. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Connecticut's ability to operate and will cause further irreparable harm if not mitigated and repaired.

I declare under penalty of perjury under the laws of the State of Connecticut and the United States of America that the foregoing is true and correct.

Executed this 8th day of July 2025, in Hartford, Connecticut.

_____

Connecticut Department of Social Services