ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security**,**<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF MICHAEL LEVINE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 28, 2025<br>Time:         10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:        Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF MICHAEL LEVINE

I, Michael Levine, declare as follows:

1. I am a resident of the State of Massachusetts. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the state Medicaid Director for MassHealth, the Massachusetts State Medicaid program and Children's Health Insurance Program (CHIP), and Undersecretary for the Massachusetts Executive Office of Health and Human Services (EOHHS).

3. EOHHS is the single state agency responsible for administering MassHealth. MassHealth provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. MassHealth's coverage includes medical, dental, mental health and substance use treatment, long-term services and supports, and long-term care. MassHealth's mission is to improve the health outcomes of our members and their families through services which sustainably and equitably promote health, well-being, independence, and quality of life.

4. MassHealth insures approximately 2 million people, including over 720,000 children and 525,000 seniors and people with disabilities.

5. Medicaid is a joint state and federal program.  Massachusetts administers the Medicaid program, known in Massachusetts as MassHealth, pursuant to federal law and regulations as well as the terms of its federally approved State Plan and its Section 1115 Demonstration Project.  MassHealth receives a federal Medicaid funding contribution, known as

"Federal Financial Participation" (FFP), which covers an average of 55% of MassHealth's expenditures on eligible enrollees.

**Data Sharing Between EOHHS and CMS**

6.  Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Massachusetts routinely shares certain categories of personal information regarding MassHealth enrollees with the federal government, including the Centers for Medicare and Medicaid Services (CMS).

7.  For example, MassHealth submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every MassHealth member enrolled in a federally authorized plan.

8.  Massachusetts also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. Recent audit requests for information include an HHS Office of Inspector General's audit of Medicaid opioid treatment program services in Massachusetts and an ongoing Payment Error Rate Measurement Audit.

9.  EOHHS relies on CMS to protect the confidentiality and security of the Medicaid data it provides about MassHealth members and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program. For example, federal regulations at 42 C.F.R. § 401.105 and 42 C.F.R. § 401.134 govern the release of data to the public and state and federal agencies. 42 C.F.R. § 401.105 prohibits the disclosure of information by CMS where the Freedom of Information Act exempts disclosure or where disclosure would be prohibited by

another statute, such as the Privacy Act of 1974. 42 C.F.R. § 401.134 allows the disclosure of certain types of Medicaid information to state and federal agencies which are "lawfully charged with the administration of a program receiving grants-in-aid under Title V and XIX of the Social Security Act for the purpose of administration of those titles…" or which are "lawfully charged with the duty of conducting an investigation or prosecution with respect to possible fraud or abuse against a program receiving grants-in-aid under Medicaid, but only for the purpose of conducting such an investigation or prosecution… provided that the agency has filed an agreement with CMS that the information will be released only to the agency's enforcement branch and that the agency will preserve the confidentiality of the information received and will not disclose that information for other than program purposes."

10. EOHHS has numerous agreements with CMS regarding the exchange of information between the parties for activities such as eligibility determinations which have their own privacy and security safeguards preventing unauthorized use or disclosure of the exchanged information. On information and belief, none of these agreements would permit CMS to disclose or disseminate MassHealth data, including immigration status information, to other federal agencies in contravention of existing law.

**Harm from Disclosure of MassHealth Data to DHS**

11. EOHHS has assured members that their MassHealth data, including immigration status information, will only be used to manage and pay for their health care and treatment, to run MassHealth, to obtain more benefits for members, and for other purposes allowed by the Health Insurance Portability and Accountability Act (HIPAA) and other applicable privacy laws. A true and correct copy of the Notice of Privacy Practices provided by EOHHS to MassHealth members in 2025 is attached as **Exhibit A**. EOHHS public communications do not inform

applicants and enrollees that their information may be used for immigration enforcement purposes. EOHHS is unaware of any previous similar use of data for those purposes.

12. Based on publicly reported news, I am aware that Medicaid programs from other states have reason to believe CMS has shared their members' private data with federal immigration officials improperly. I am concerned that CMS may do the same with MassHealth data, though I am not aware that has occurred to date.

13. If CMS were to disclose the confidential data of MassHealth members to DHS, it would likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. It also would breach the trust between MassHealth and its members.

I declare under penalty of perjury under the laws of the Commonwealth of Massachusetts and the United States of America that the foregoing is true and correct.

Dated: July 11, 2025

*Mike Levine*

Michael Levine