Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                        Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ADRIANA MENDOZA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:        10:00 a.m.<br>Courtroom: Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

**DECLARATION OF Adriana Mendoza**

I, Adriana Mendoza, declare as follows:

1. I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated in this declaration, except to those matters stated on information and belief, which I believe to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the Benefits Supervisor at the Safety Net Project ("SNP"), an independent project of the Urban Justice Center, a nonprofit 501(c)(3) organization incorporated in the State of New York. I have worked at the Safety Net Project since 2016. As Benefits Supervisor my responsibilities include supervising our benefits advocacy work, maintaining relationships and coordinating legal clinics with community partners, and working directly with community members in need of benefits advocacy assistance. SNP provides free legal services to low and no-income households at legal clinics located at food pantries, soup kitchens, and community health centers throughout New York City. We advise, assist, and represent New York City's most vulnerable members who have questions about, or issues with, public benefits programs, including Public Assistance, SNAP, and Medicaid, as well as provide a range of housing and homelessness legal services.

3. We additionally conduct policy work in coordination and partnership with the Safety Net Activists, a volunteer group of community members with personal experience with poverty, homelessness, and the public benefits system. Almost all of our members receive Medicaid benefits.

4. SNP has a long history of doing this work assisting low income individuals of all citizenship and immigration statuses to access eligible benefits that improve their lives, well-

being and health. In the past decade alone, we worked on over 5,600 cases where we assisted individuals with their Public Assistance cases, almost all of which include Medicaid access.

5. SNP is committed to providing high-quality, culturally competent services to immigrant communities. Our six staff members who focus on benefits advocacy all speak another language in addition to English, with 5 speaking Spanish fluently and the sixth speaking fluent Tagalog. We frequently use translation services for languages not spoken by staff, including French, Urdu, Mandarin, and Arabic. Community members frequently ask us about the possible immigration consequences of accessing various public benefits. As such, we regularly provide information and Know Your Rights materials to our clients to help address and answer these concerns. We also have conducted Know Your Rights presentations on these issues in the past given the importance of these concerns to immigrant communities looking to access benefits.

6. Trust is critical to our ability to work effectively with our clients in assisting them to access benefits. Immigrant communities, in particular, have many reasons to mistrust social service and legal service agencies, as unfortunately, there are many agencies that fail to follow through on promised services or may provide incorrect information inadvertently due to the complex nature of the public benefits and immigration systems. This is in addition to companies that outright seek to defraud immigrants and take advantage of them in order to take their money.

7. Trust is particularly critical when people also have other marginalized identities, such as people experiencing homelessness, transgender people, people with substance use disorders, people with HIV, and others. People in these marginalized groups similarly have often been failed by systems time and time again. Building a trusting relationship requires demonstrating that SNP can follow through effectively and provide clear and accurate

information. Without this trust, clients may not feel comfortable sharing needed information with us and engaging fully in our services, preventing us from achieving our goal of helping them access benefits.

8. SNP has relied, throughout its history of providing benefits advocacy and providing services to its clients, on assurances from the federal government as well as New York State's Department of Health and the City of New York assuring us that individuals' personal health information will only be used for determining eligibility and other uses for administration of the Medicaid program. Our clients frequently ask us questions specifically about how their personal information will be used; these assurances, which we pass on to our clients, are vital to building trust.

9. SNP witnessed the impact and chilling effect that public charge rule changes caused back in 2018. Clients were less willing to apply for and recertify their benefits out of fear that their information would affect future immigration applications or would be shared for immigration enforcement purposes. Similarly, SNP now is already receiving numerous questions from both clients and partner organizations regarding the risks of information sharing across government agencies.

10. Healthcare, and access to eligible medical services is one of the main concerns of our clients.

11. Our clients always believed that Medicaid was "safe" and that even when they were afraid to enroll in other benefits for which they could be eligible, they would often apply to Medicaid because of their understanding that the program would keep their personal information confidential, and it would not be used for purposes other than determining eligibility and administration.

12. In June 2025 SNP became aware of reporting by the Associated Press that the United States Department of Health and Human Services shared several states' confidential Medicaid enrollee data with the Department of Homeland Security (DHS), including names, addresses, and other identifiable information. SNP is concerned that the federal government will use New York State data to locate and deport members of the communities we support.

13. We have already observed concern from our clients and members about the federal government's use of benefits data for immigration enforcement and other unrelated purposes.

14. Most recently, several clients approached us at one of our legal clinics near a homeless shelter in the Bronx and asked us questions about whether they could safely apply for public benefits such as Public Assistance or Medicaid without fear that their personal information could be disclosed for immigration enforcement or used to deny subsequent immigration applications. All of them had obtained work authorizations and were pursuing pending immigration claims. One of them spoke about the difficult situation that immigrants find themselves in now where it feels like even accessing basic public benefits could lead to immigration consequences, including deportation. We know that many immigrant residents of this shelter have urgent health issues, yet some of them now fear that accessing the care they need could lead to their removal.

15. SNP is unable, in light of the reporting about HHS' disclosure of Medicaid data to ICE, to provide satisfactory answers to clients, degrading the trust that we have worked hard to build with our clients and undermining our clients' trust in these programs.

16. Even if DHS does not ultimately use this information to deport our clients, I believe the public's awareness of the data transfer has and will continue to instill fear in our

client communities, resulting in our clients avoiding enrollment in Medicaid as well as other federal benefits. If the Department of Health and Human Services committed publicly to refrain from providing data for purposes other than program administration, and if the Department of Homeland Security committed publicly to refrain from using patient health data to deport immigrants, this would help ease SNP's clients anxieties and assist us in providing assistance to them.

17. The potential of immigration enforcement consequences being triggered by enrolment in benefits programs that immigrants are lawfully eligible for impacts the choices that people make, the questions they ask, the advice they need, and the decisions that they ultimately make about their healthcare.

I declare under the penalty of perjury that the foregoing is true and correct. Executed July 11, 2025.

_____
Adriana Mendoza