Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                        Plaintiffs,<br><br>      v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                        Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF RYAN B. MORAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:            August 28, 2025<br>Time:           10:00 a.m.<br>Courtroom:   Courtroom 4<br>Judge:          Hon. Vince Chhabria<br>Trial Date:    Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF RYAN MORAN:

I, Ryan B. Moran, declare as follows:

1. I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Deputy Secretary for Healthcare Financing, also known as the Medicaid Director, at the Maryland Department of Health ("MDH"). I hold a Doctor of Public Health degree (DrPH) from the Johns Hopkins Bloomberg School of Public Health in Baltimore, Maryland, a masters degree in health services administration from Xavier University in Cincinnati, Ohio, and bachelor of science degree in public policy and business administration from the University of Charleston in Charleston, West Virginia. I have extensive experience in the fields of public health and health services administration.

3. MDH is the single state agency responsible for administering the Maryland Medical Assistance Program (also known as "Maryland Medicaid" or "Medicaid"). Maryland Medicaid provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Maryland Medicaid coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. MDH's mission is to improve the overall health and well-being of all Marylanders.

4. Maryland Medicaid covers almost twenty-five percent of the state's population. In total, Maryland Medicaid insures approximately 1.5 million people, including more than 640,000 children— almost half of all of Maryland's kids—and more than 300,000 seniors and people with disabilities.

5. Maryland Medicaid is authorized and funded in part through a Medicaid federal-state partnership. Maryland administers Medicaid pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services ("CMS"). MDH receives the federal Medicaid funding contribution, known as Federal Financial Participation ("FFP"), which covers a percentage of Maryland Medicaid's expenditures on eligible enrollees.

6. Maryland Medicaid enrollees are eligible for coverage paid for by joint federal and state funding. MDH uses FFP funding to pay for a significant portion of insurance coverage, while Maryland covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residence.

7. For Maryland Medicaid applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers life-threatening medical emergencies, including labor and delivery for pregnant individuals.

8. Consistent with Federal law, Maryland affords the above-referenced emergency Medicaid coverage for immigrants who are otherwise eligible for Medicaid. Coverage extends from when the individual enters the hospital until the individual's emergency medical condition is stabilized.  Additionally, under the state's Healthy Babies Equity Act of 2022, Maryland Medicaid provides comprehensive health benefits from prenatal to four months of postpartum coverage to individuals who are pregnant with income up to 259% of the federal poverty level ("FPL"), who would be eligible for Medicaid benefits except for immigration requirements. The

program is authorized under different parts of the Children's Health Insurance Program ("CHIP"). *See* Md. Code. Ann. Health-Gen. §15-103(a)(2)(xviii).

**Data Sharing Between MDH and CMS**

9.  Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Maryland routinely shares certain categories of personal information regarding Maryland Medicaid enrollees with the federal government, including CMS.

10. For example, MDH maintains the personal data of Medicaid enrollees through the Medicaid Management Information System ("MMIS"), while the Maryland Health Benefit Exchange ("MHBE") and Maryland Benefits maintains the integrated eligibility system and statewide eligibility information database. Maryland Medicaid enrollees' personal data is available to CMS through the Transformed Medicaid Statistical Information System ("T-MSIS").

11. Maryland additionally submits monthly reports to CMS through the T-MSIS, a system used by CMS to collect and standardize Medicaid and CHIP data across states. These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Maryland Medicaid member enrolled in a federally authorized plan. These plans include enrollees who receive only emergency Medicaid. Maryland's most recent transfer of data to T-MSIS occurred on June 21, 2025.

12. MDH relies on CMS's representations that it will protect the confidentiality and security of the Medicaid data and follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program.

13. On June 13, 2025, an article published by the Associated Press reported that CMS had shared confidential Medicaid data with the U.S. Department of Homeland Security ("DHS"). The report stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of Medicaid officials.

**Harm from Disclosure of Medi-Cal PII Data to DHS**

14. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS has already harmed the state of Maryland and, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, will continue to negatively impact the state in the following ways:

15. CMS' disclosure will likely result in a significant chilling effect for immigrants, their children and other family members discouraging them from seeking medically necessary healthcare. Approximately 7 percent of Maryland children are U.S. citizens with at least one undocumented parent.

16. This chilling effect will result in individuals foregoing benefits for which they are eligible or seeking to disenroll themselves and their families from the Maryland Medicaid. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

17. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Maryland. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and

increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

18. These adverse health impacts will further strain MDH's resources and budget. Deferred care often leads to more instances of high-cost emergency room and hospital visits and exacerbated conditions that then cost more to treat. For instance, less prenatal care increases the risk of pregnancy and delivery complications that can lead to longer hospital stays and more intensive courses of treatment. Those with mental health needs that forego treatment or medications are more likely to end up in crisis in an emergency room for treatment. To the extent their treatment is left uncompensated, the cost will ultimately be shifted to the broader healthcare delivery system and the state.

19. These poor health outcomes will likely create a broader public health threat in harming the overall health of all residents, by both straining Maryland's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

20. Like other hospitals, State-run hospitals must treat patients regardless of their ability to pay. These hospitals, and thus the State, will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the emergency Medicaid program.

21. Overall, CMS's disclosure undermines the Medicaid program, the health and well-being of Maryland Medicaid members, and the population health of the state of Maryland. Under federal law, Maryland Medicaid members expect that the information they provide to the state and health care providers for the provision of health coverage and services is protected. When that information is used by the federal government for purposes that are unrelated to health care, such as immigration enforcement, that erodes critical trust in both the government

and in our health care system. Lower trust in our health care system is expected to lead people to forgo health care coverage and services they are eligible for. This will lead to more trips to the emergency room, higher mortality rates, higher health care system costs for all Marylanders, and higher rates of infectious disease.

22. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Maryland's ability to operate and will cause further irreparable harm if not mitigated and repaired.

DATED this __9__ day of July, 2025, in  Baltimore, Maryland

*Ryan B. Moran*

Ryan Moran, Ph.D.
Deputy Secretary for Healthcare Financing
Maryland Department of Health