**DECLARATION OF JUDY MOHR PETERSON**

I, Judy Mohr Peterson, declare as follows:

1. I am a resident of the State of Hawaiʻi. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I serve as the Medicaid Director for the State of Hawaiʻi. I have been in this role since July 2015. Prior to that, I served as the Medicaid Director for the Oregon Health Authority in the State of Oregon (2009 - June 2015).

3. As the Medicaid Director, I am responsible for executive-level oversight and administration of State of Hawaii's Medicaid program.

4. The Department of Human Services is the single state agency responsible for administering the State of Hawaiʻi Medicaid program, Med-QUEST, through its Med-QUEST Division. The Med-QUEST provides low-income individuals with medical assistance for comprehensive healthcare coverage and access to affordable, integrated, and high-quality healthcare at no or low cost. Med-QUEST's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. Med-QUEST's mission is to empower Hawaii's residents to improve and sustain wellbeing by developing, promoting, and administering innovative and high-quality healthcare programs with aloha.

5. Med-QUEST is one of the largest healthcare purchasers in Hawaiʻi as Med-QUEST covers nearly one third of the state's population. In total, Med-QUEST provides medical assistance to approximately 400,000 people, including 150,000 children, or about half of

Hawaii's (keiki/children), 60,000 seniors and people with disabilities, and 190,000 working-age adults.

6. Med-QUEST is authorized and funded in part through a Medicaid federal-state partnership. Hawaiʻi administers Med-QUEST pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS). Med-QUEST receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Med-QUEST's expenditures on eligible enrollees.

7. Most Med-QUEST enrollees are eligible for coverage paid for by joint federal and state funding. Med-QUEST uses FFP funding to pay for a significant portion of Med-QUEST's medical assistance coverage, while Hawaiʻi covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

8. For Med-QUEST applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers a life or limb threatening medical emergency, including labor and delivery for pregnant individuals.

**Data Sharing Between Med-QUEST and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Hawaiʻi routinely shares certain categories of personal information regarding Med-QUEST enrollees with the federal government, including CMS.

10. For example, Med-QUEST submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Med-QUEST enrollee, including those receiving emergency-only Medicaid. Hawaii's most recent transfer of data to T-MSIS occurred on June 16, 2025.

11. Hawaiʻi also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

12. Med-QUEST relies on CMS to protect the confidentiality and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program. Med-QUEST enforces strict state-level confidentiality rules through its administrative rules as required by 42 C.F.R. Part 431, Subpart F. Based on these understandings, Med-QUEST shares information and data with CMS for purposes of receiving FFP. Med-QUEST does so in compliance with the Health Insurance Portability and Accountability Act (HIPAA), the implementing regulations for HIPAA, and privacy regulations such as 42 C.F.R. Part 2, as a part of maintenance and operations of Hawaii's Medicaid program. Med-QUEST takes these data stewardship responsibilities seriously and works to ensure that only the minimum necessary information is shared.

13. Med-QUEST communicates clearly to Medicaid enrollees that their personal information will be kept confidential and secure, and used only to determine eligibility and administer benefits. This is reinforced through enrollment materials and consent forms stating that information is protected under federal and state law, and assurances that all of the

information will be kept private and secure, as required by law; notices on the Med-QUEST website, QUEST member handbook, and paper applications referencing privacy protections under HIPAA and Privacy statements, and public assurances during Medicaid redetermination and renewal outreach efforts, particularly in 2023–2024 during the unwinding of continuous coverage. Enrollees are not advised that their information may be shared with immigration enforcement authorities or for purposes unrelated to Medicaid administration. A true and correct copy of the Member Handbook is attached as Exhibit A.

14. In 2025, Med-QUEST maintained routine communication with CMS through monthly submissions per standard procedures. As of June 16, 2025, Hawaii's T-MSIS data passed all critical, high-priority, and expenditure-focused quality measures on CMS's Operations Dashboard.

**Harm from Disclosure of Medi-Cal PII Data to DHS**

15. On June 13, 2025, an article published by the Associated Press reporting that CMS had indeed shared confidential Medicaid data with DHS, including the personally identifiable information (PII) of millions of California, Illinois, Washington, and the District of Columbia. The reporting stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

16. As far as Med-QUEST is aware, CMS has not disclosed Medicaid PII data for Hawaiʻi Medicaid enrollees to date.

17. However, based on my experience, I believe that the unauthorized disclosure of confidential data from other states by CMS to DHS has already harmed the State of Hawaiʻi by

4

creating a significant chilling effect for immigrants and their family members, discouraging them from seeking medically necessary healthcare and Medicaid enrollment.

18. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, Med-QUEST's outreach staff have met with community advocates and their community outreach partners to reinforce the information about the disclosure and has assured them that no Hawaii data was included to the best of our knowledge at the time. The outreach staff are well aware of the chilling effect this could have on the immigrant communities served by Med-QUEST having experienced numerous requests to terminate legitimate coverage as a result of the introduction of the Public Charge rule several years prior.

19. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from the Med-QUEST. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

20. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Hawaiʻi. By managing chronic conditions (e.g., diabetes, hypertension) early, it can improve health, and prevent expensive hospitalizations, while deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease.

21. These adverse health impacts will further strain Hawaii's scarce resources and budget. To the extent their treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

22. These poor health outcomes will also harm the overall health of all residents, by both straining Hawaii's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

23. Hospitals are legally obligated to treat patients regardless of their ability to pay for emergency medical care. When individuals receive care at hospitals and cannot pay or refuse to enroll in Medicaid given the chilling effect of federal policies, the uncompensated care costs are pushed onto hospitals already operating on slim margins, potentially impacting service capacity and resulting in budget cuts, staffing reductions, and increased service costs for all individuals receiving care at the facility. This is especially difficult for rural and critical access hospitals that are the sole providers in their communities.

24. Overall, CMS's apparent disclosure undermines the Medicaid program by decreasing the trust of QUEST members and other stakeholders in the integrity of our program and the ability to keep their personal health information protected.

25. In January of this year, Hawaii's Medicaid program received an inquiry from one of the major hospitals asking about Med-QUEST's responsibility to report on immigration status. The inquiry stated "As you may imagine we are getting questions from families regarding their legal status. There is a real fear regarding their personal security with the new administration. I wondered if you could share what [Med-QUEST's] responsibility/stance is in terms of reporting immigration status? If a family member applies for a one time emergent coverage for their child- is the team at [Med-QUEST] required to report? Is there an actual policy that does not mandate

or allow this reporting?" If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Hawaii's ability operate and will cause further irreparable harm if not mitigated and repaired.

_____
JUDY MOHR PETERSON, PhD.
Administrator, Med-QUEST Division
Department of Human Services
State of Hawai'i