Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                          Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services**; U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security**,**<br><br>                          Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF KRISTIN PONO SOUSA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 28, 2025<br>Time:         10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:        Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

# DECLARATION OF RHODE ISLAND STATE MEDICAID DIRECTOR

I, Kristin Pono Sousa, Rhode Island State Medicaid Director declare as follows:

1. I am a resident of the State of Rhode Island. I am over the age of eighteen (18) and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Rhode Island State Medicaid Director

3. EOHHS is the single state agency responsible for administering the Rhode Island Medicaid Program and provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. EOHHS' coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. EOHHS' mission is to improve the overall health and well-being of all Rhode Islanders.

4. EOHHS is one of the largest healthcare purchasers in Rhode Island as EOHHS covers almost a third (1/3) of the State's population. In total, EOHHS insures approximately 314,000 beneficiaries, including approximately 112,000 children—more than half of all of Rhode Island children—54,000 aged blind and disabled individuals, 27,000 seniors over the age of sixty-five (65), and 82,000 Rhode Islanders who are low-income adults between the ages of eighteen (18) and sixty-four (64).

5. EOHHS is authorized and funded in part through a Medicaid federal-state partnership. Rhode Island administers Rhode Island Medicaid pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan,

approved by the U.S. Centers for Medicare and Medicaid Services (CMS). EOHHS receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of the Rhode Island Medicaid Program's expenditures on eligible enrollees.

6. Most Rhode Island Medicaid Program enrollees are eligible for coverage paid for by joint federal and state funding. Consistent with federal Medicaid requirements, EOHHS uses FFP funding to pay for a significant portion of Rhode Island Medicaid's insurance coverage, while Rhode Island covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. For Rhode Island Medicaid applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers life-threatening medical emergencies, including labor and delivery for pregnant individuals.

**Data Sharing Between EOHHS and CMS**

8. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Rhode Island routinely shares certain categories of personal information regarding Rhode Island Medicaid enrollees with the federal government, including CMS.

9. For example, Rhode Island participates in the triannual Payment Error Rate Measurement (PERM) audit of the Rhode Island Medicaid program, last reviewed in 2023 and scheduled to be reviewed in 2026.

10. EOHHS additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and

eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Rhode Island Medicaid member enrolled in a federally authorized plan.  These plans include enrollees who receive only emergency Medicaid. Rhode Island's most recent transfer of data to T-MSIS occurred on June 18, 2025.

11. Rhode Island also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

12. EOHHS relies on CMS to protect the confidentiality and security of the Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS' own prohibition on disclosure except as required for the purposes of administering the Medicaid program. CMS and EOHHS are expected to adhere to federal laws governing the confidentiality and security of personally identifiable information, including HIPAA and FERPA, among other laws. EOHHS has established policies and procedures to comply with and enforce data-security requirements to ensure personally identifiable Medicaid data cannot be shared for unauthorized uses.

13. EOHHS' commitment to protecting the privacy and security of personally identifiable information is made clear to Medicaid enrollees in enrollment materials and publicly available notices.

**Harm from Disclosure of the Rhode Island Medicaid Program to DHS**

14. On June 13, 2025, an article published by the Associated Press reported that CMS had indeed shared confidential Medicaid data with DHS. *See Trump Administration Gives Personal Data of Immigrant Medicaid Enrollees to Deportation Officials*, Associated Press (Updated June 14, 2025), https://apnews.com/article/medicaid-deportation-immigrants-trump-4e0f979e4290a4d10a067da0acca8e22. The reporting stated that two (2) top advisers to the

Secretary of Health and Human Services, Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

15. CMS' potential disclosure could result in a negative effect on immigrants and their family members discouraging them from seeking medically necessary healthcare.

16. This effect could result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from the Rhode Island Medicaid Program. Some people could also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This potentially could unwind years of federal and state investments in expanding health coverage access and increase healthcare expenditures to both the State of Rhode Island and CMS.

17. Overall, CMS's disclosure could undermine federal and state healthcare confidentiality laws, the Medicaid program, the public trust and reliance upon the confidentiality of health records.

18. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented betrayal of public trust in the healthcare delivery system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 9, 2025

*Kristin Pono Sousa*
Kristin Pono Sousa
RI Medicaid Program Director
Rhode Island EOHHS