Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF MICHELLE PROBERT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:        10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

**DECLARATION OF MICHELLE PROBERT**

I, Michelle Probert, declare as follows:

1. I am a resident of the State of Maine. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I have been the Director of the Office of MaineCare Services (OMS) since February 2019 and served here in a prior role as Director of Strategic Initiatives from 2011 to 2014. I have a master's degree in public policy from the University of California, Berkeley. I grew up in Maine and live in Maine with my family now.

3. OMS is the single state agency responsible for administering MaineCare, Maine's Medicaid and Children's Health Insurance Program (CHIP) Program. MaineCare provides free or low-cost comprehensive health insurance and other health benefits to Mainers who meet certain requirements, largely based on income, disability, or age. MaineCare helps to ensure that Maine people are able to access the critical health services, both preventative and emergency, which enable them to live healthy, safe, and resilient lives. MaineCare's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care services.

4. MaineCare covers one in four Mainers, and more than 50% of Maine's children. In total, MaineCare provides comprehensive health coverage under Medicaid, CHIP, and a small state-funded health coverage program, to nearly 400,000 Mainers, including more than 38,000 people with disabilities and 5,000 children with special health care needs.

5. MaineCare's Medicaid and CHIP programs are authorized and funded through a federal-state partnership. OMS administers MaineCare's Medicaid and CHIP programs pursuant

to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare & Medicaid Services (CMS). MaineCare receives the federal Medicaid and CHIP funding contributions, known as "Federal Financial Participation" (FFP), which cover a percentage of MaineCare's expenditures on eligible enrollees.

6. OMS uses FFP funding to pay for a significant portion of MaineCare's insurance coverage, while the State of Maine covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have another qualifying immigration status per federal Medicaid law, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid or CHIP.

7. Emergency Medicaid covers emergency medical conditions, including labor and delivery for pregnant individuals. For Medicaid applicants who do not have a qualifying immigration status, federal Medicaid law authorizes the use of federal funding to treat emergency medical conditions.

8. Pursuant to 22 M.R.S. § 3174-FFF, Maine has elected to use state-only funds to provide a program that offers MaineCare-like services to all children who are residents of the state who would otherwise qualify for Medicaid or CHIP but for their non-qualified immigration status.

**Data Sharing Between Maine and the Federal Government for Medicaid Administration**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid and CHIP funding, OMS routinely shares certain categories of personal information regarding MaineCare enrollees with the federal government, including CMS.

10. There are a variety of federal statutes and regulations that impose a legal duty on the state to report data to CMS on a regular basis and to respond to specific requests for data. Maine routinely provides CMS with data in response to Medicaid and CHIP supplemental reviews and audits for federal oversight purposes.

11. OMS submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS) as a Fee-for-Service (FFS, non Managed Care) Medicaid program. T-MSIS data includes individual member information such as full name, date of birth, enrollment dates, unique identifiers including Social Security Numbers (SSN), home address, phone number, citizenship status & immigration status, etc. These reports include every MaineCare member enrolled in Maine's Medicaid or CHIP program. In addition, these reports include enrollees who are eligible to receive emergency Medicaid and also individuals who receive - services for non-qualified immigrants funded with state-only dollars. Maine's most recent transfer of data to T-MSIS occurred on June 9, 2025.

12. OMS relies on CMS to protect the confidentiality and security of Medicaid and CHIP data and other confidential information the state shares with CMS and to follow federal laws and regulations regarding redisclosure of that data, such as the federal Department of Health and Human Services (HHS)'s own prohibition on disclosure except as required for the purposes of administering the Medicaid program.

13. The Maine Office for Family Independence (OFI) determines eligibility for MaineCare. OFI completes required federal reporting using the Systematic Alien Verification for Entitlements (SAVE) program to verify the immigration status of individuals applying for benefits. SAVE is administered by U.S. Citizenship and Immigration Services (USCIS). USCIS states that they do not share information provided in SAVE requests to be used in administrative

(non-criminal) immigration enforcement purposes. Information-gathering actions from the federal government, especially regarding immigration status, have been changing rapidly. USCIS told all SAVE users recently that it is in the process of enhancing and expanding the SAVE database, although we do not have specific details or more information on what that means.

14. OMS regularly provides [Notice](#) of privacy practices, including descriptions of how and when member data may be used. The situations where OMS may disclose protected health information do not include any scenarios where information would be shared with the Department of Homeland Security's Immigration and Customs Enforcement (ICE) agency. Further, within the OMS privacy notice, OMS states that we will not use or disclose member information in any ways other than described in this Notice unless a member tells us in writing that we can.

15. On June 13, 2025, the Associated Press published an article reporting that CMS had indeed shared confidential Medicaid data with the Department of Homeland Security (DHS), including the personally identifiable information (PII) of millions of Medicaid beneficiaries. The report stated that two top advisers to Robert F. Kennedy Jr., the Secretary of Health and Human Services, ordered CMS staff to provide this data to DHS over the objections of those staff members.

**Harm from Disclosure of MaineCare PII Data to DHS**

16. Based on my experience, I believe that the unauthorized disclosure of confidential data by CMS to DHS has harmed the state of Maine and, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, will continue to negatively impact Maine in the following ways:

4

17. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare. OMS has received anecdotal reports from health care providers of immigrants avoiding or abstaining from health care services due to the chilling effect. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from MaineCare. Some people will also avoid critical preventive care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in Maine to expand health coverage and access. MaineCare's Member Engagement Manager experienced a decline in engagement at a community event in June. The event was coordinated to assist Medicaid beneficiaries to understand and access dental care. Anecdotal community feedback was that the low attendance rate was related to the perceived risk with engaging with the Medicaid program.

18. The effects from this disclosure will also likely increase the risk of adverse health impacts for all people in Maine by straining the State of Maine healthcare delivery system due to increases in uncompensated care, to increased illness and injury due to care avoidance, and due to increased risks of the spread of infection and illness. Adherence to recommended clinical guidelines, such as receiving preventive care and screenings, regularly taking prescribed medications, attending medical appointments at the recommended timeframes, and seeking monitoring services and care for chronic conditions are critical mechanisms to reduce avoidable health care utilization and spending. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

19. The State of Maine relies on the ability to engage with health care providers and MaineCare members to control the costs of its program. Without enrollment in Medicaid and CHIP and the majority financing of these services by the federal government, costs will shift to the broader healthcare delivery system and the state through alternative pathways.

20. MaineCare plays a vital role in funding hospital services in Maine and supporting access to care for a significant portion of the population. Hospitals, including rural hospitals that serve a disproportionate share of the Medicaid population in Maine, must treat patients regardless of their ability to pay. Hospitals, many of which are financially strained will be forced to cover the cost of emergency medical services for eligible individuals who cannot afford to pay for services but who refuse to enroll in the Emergency Medicaid program.

21. Overall, CMS's disclosure of PII undermines the MaineCare program. OMS has invested and continues to invest significant time and resources in building trust in our communities to improve access to health care. Negative attitudes, stereotypes, and biases associated with receiving healthcare through Medicaid, CHIP, and state funding pose an everyday barrier for prospective MaineCare applicants and for members. There are limitations within our system leading to inadequate access to providers and specialists, preconceived social perceptions of what it means to accept government support, and earlier negative experiences with other branches of our government. All of this affects our work to overcome stigma and improve access. Adding the threat of exploitation of personal, protected healthcare data, with potential ramifications for immigration related actions and family unity, significantly sets OMS back in our efforts to build trust in our communities and provide access to medical care.

22. If CMS were to share confidential MaineCare data and other confidential information with DHS for the purposes of immigration enforcement, such a disclosure would

represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to MaineCare's ability to operate and will cause further irreparable harm if not mitigated and repaired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 9, 2025

_____
Michelle Probert
Director of the Office of MaineCare Services