ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF FRANCISCO J. SILVA IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:           August 28, 2025<br>Time:          10:00 a.m.<br>Courtroom:   Courtroom 4<br>Judge:         Hon. Vince Chhabria<br>Trial Date:    Not set<br>Action Filed:  July 1, 2025 |

## DECLARATION OF FRANCISCO J. SILVA

I, Francisco J. Silva, declare as follows:

1. I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional Background**

2. I am the President and Chief Executive Officer (CEO) of the California Primary Care Association (CPCA). I have held this position since February 2022. As President and CEO, my responsibilities include overseeing CPCA's strategic direction, operations, and external engagement on behalf of California's community health centers (CHCs).

**Organizational Background**

3. CPCA represents nearly, 2,300 non-profit CHC sites that provide care to 6.2 million unique patients each year, more than two-thirds of whom are enrolled in Medi-Cal. Community health centers are committed to providing comprehensive, high quality health care to everyone that walks through their doors, in a compassionate and culturally sensitive manner.

4. CHCs include federally qualified health centers (FQHCs), community clinics, free clinics, rural health clinics, migrant health centers, Indian health service clinics, and family planning clinics. Services include comprehensive primary and preventive care, women's health, dental, mental health, substance use treatment, health education, outreach and enrollment, pharmacy and more.

5. CPCA provides technical assistance, training, and policy and advocacy support to CHCs across California. CPCA assists CHCs in improving clinical quality, care team integration, enhanced patient support and wrap around services. CPCA also supports CHCs in navigating and

understanding the licensure process in California as well as rate setting and audits. CPCA hosts and staffs numerous workgroups, peer networks, and committees to promulgate information as well as to facilitate best practice sharing.

6. The CHCs CPCA supports provide critical services for immigrant communities by offering accessible and affordable healthcare services. In addition to medical, dental, and behavioral health care, CHCs often serve as trusted community hubs, providing culturally and linguistically appropriate services, connecting patients to food, housing, and legal resources, and helping individuals navigate complex public systems. These services are especially important for immigrant communities as they already risk several negative health outcomes stemming from the social determinants of health they experience daily.

7. CPCA has led extensive outreach efforts through its Medi-Cal Health Navigators Project, a statewide initiative in partnership with the California Department of Health Care Services, to support communities facing systemic barriers to care, including immigrant communities. Through direct outreach, media campaigns, and partnerships with 98 CHCs and 9 regional clinic associations, the project has helped over 78,000 individuals enroll in Medi-Cal and provided health navigation support to more than 300,000 individuals accessing or utilizing health services. CHCs engaged in this work have implemented culturally and linguistically tailored strategies, including bilingual staff, multilingual materials, community ambassador programs, and partnerships with legal aid organizations, to reduce fears related to immigration status and ensure patients feel safe seeking preventive and essential care. These efforts have been critical in building trust and improving access to care and public health for all in the community, particularly the underserved populations across the state.

8.      As part of CPCA's outreach, we have heard from our member CHCs that their patients rely on official communications from CMS and California's Medi-Cal program assuring them that their personal health information will only be used for determining eligibility and for administration of the Medicaid program. These assurances are vital to building trust with the communities our CHCs serve.

9.      CPCA heavily emphasizes the importance of gaining and maintaining patient trust when communicating with the CHCs we support. CPCA provides training and technical assistance on patient privacy, patient safety, and strategies to ensure CHCs are seen as trusted healthcare providers and pillars of their communities. It is important for members of the public, especially immigrant communities, to feel safe when accessing healthcare from our providers. Misinformation regarding the risks of receiving medical care can spread rapidly creating fear and reluctance to seek necessary medical care until absolutely necessary, and often far too late to avoid serious injury or even death.

**Medicaid Data Sharing & Impact**

10.     On June 13, 2025, CPCA became aware of reporting by the Associated Press that the United States Department of Health and Human Services shared confidential California Medicaid enrollee data with the Department of Homeland Security (DHS), including names, addresses, and other identifiable information. While CPCA is unaware of the ultimate purpose for this data transfer, CPCA is concerned the federal government will use this data for non-healthcare related purposes, including to locate, target, and detain patients seeking health care services and support.

11.     CPCA has already received feedback from CHC leaders, outreach staff, and partner organizations expressing concern that the data transfer has created fear and confusion

among patients. Several CHCs have reported that patients are worried that their personal information could be shared with immigration authorities, leading to hesitation or refusal to seek care, including critical follow-up care, or to enroll for health care coverage.

12. Based on my communications with CHC leaders across California and knowledge of the communities they provide services to, I believe that the June 2025 data transfer has already created and will continue to create a chilling effect. Many people will disenroll from Medicaid or avoid enrolling themselves, or their family members, including family members who are citizens or are lawfully present, for benefits they are entitled to. Even worse, many people will avoid seeking necessary medical care, even emergency medical services, fearing that any information they share with their medical provider will be available to DHS and used to deport them. Many people will also avoid primary and preventive care, including prenatal visits, ultimately suffering negative health consequences that were completely avoidable.

13. CPCA is aware of reports from immigrant Californians who are already anxiously weighing the benefits of applying for Medi-Cal against the risk of discovery and deportation because they applied for Medi-Cal. They are even weighing the risk of visiting a CHC given the recent federal immigration raids targeting health clinics in California. Organizations are already advising their patients to make this calculation to avoid placing them at risk.

14. When patients are afraid to seek care, they miss critical opportunities for prevention, early intervention, and treatment. This can lead to worsened health outcomes, including advanced disease progression, complications during pregnancy, avoidable hospitalizations, and even preventable deaths. Trust is essential to public health. When patients feel safe with their providers, they are more likely to get vaccinated, undergo screenings, and follow medical guidance that protects both their health and the health of their communities.

Eroding that trust makes it harder to contain the spread of communicable diseases, including measles, polio, and sexually transmitted infections, and undermines decades of progress in making preventive care more accessible, especially for vulnerable populations.

15. These negative impacts threaten to reverse the significant investments CPCA has made to expand coverage and access through programs like the Medi-Cal Health Navigators Project and our advocacy to expand access to quality health care by increasing funding for Medi-Cal and supporting the healthcare providers who serve California's most underserved communities. CPCA has dedicated substantial resources to help CHCs support their patients—particularly those from historically marginalized communities—with enrolling in and retaining health coverage, navigating complex systems, and building trust in their healthcare providers. Undermining that trust not only directly undermines CPCA's mission to strengthen California's CHCs, it compromises health outcomes in all communities across the state.

16. If patients lose Medicaid coverage or avoid seeking care due to fear or loss of trust in the healthcare system, CHCs will face significant financial strain from rising uncompensated care costs. Many CHCs already operate on razor-thin margins, and further losses in coverage and trust could lead to a decline in the use of CHC services, and as a result could force CHCs to implement reductions in services, staff layoffs, or, in some cases, clinic closures. These impacts would not only destabilize the safety net by jeopardizing access to care for entire communities, it would also reverse hard-won gains in access for California's most vulnerable populations.

17. Even if the federal government does not use this information for immigration enforcement purposes, mere awareness of the data transfer has created a chilling effect, unless

DHS commits publicly to not using this information, so CHC providers can assure their patients they are safe.

18. In sum, I believe this data transfer has created fear and confusion among our California patients and has led to hesitancy and refusal to seek critical health care and enroll in health care coverage. This chilling effect jeopardizes public health by deterring entire communities from seeking timely medical attention.

I declare under the penalty of perjury the foregoing is true and correct and that this declaration was executed on July 10, 2025, in Sacramento, California.

_____

Francisco J. Silva