Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security**,**<br><br>                    Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF MARSHALL WILMOT IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:         August 28, 2025<br>Time:        10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

**DECLARATION OF ARIZONA**

I, Marshall Wilmot, declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am a Deputy Assistant Director for Systems Support in the Division of Member and Provider Services at AHCCCS.

3. AHCCCS is Arizona's Medicaid agency that offers health care programs to serve Arizona residents who meet certain income and other requirements. AHCCCS's mission is to help Arizonans live healthier lives by ensuring access to quality healthcare across all Arizona communities.

4. AHCCCS is the largest insurer in Arizona, covering more than two million people. It uses federal, state, county, and other funds to provide health care coverage to Arizona's Medicaid population.

5. AHCCCS is authorized and funded in part through a Medicaid federal-state partnership. Arizona administers AHCCCS pursuant to broad federal requirements as well as the terms of its Section 1115 Waiver and "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS). AHCCCS receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of AHCCCS's expenditures on eligible enrollees.

6. Most AHCCCS enrollees are eligible for coverage paid for by joint federal and state funding. AHCCCS uses FFP funding to pay for a significant portion of AHCCCS's

coverage, while Arizona covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. AHCCCS provides emergency health care services through the Federal Emergency Services Program (FESP) for qualified and nonqualified aliens, as specified in 8 U.S.C. §§ 1611 *et seq.* who meet all requirements for Title XIX eligibility as specified in the State Plan except for citizenship.

8. An "Emergency medical or behavioral health condition" for a FESP member means a medical condition (including labor and delivery) or a behavioral health condition manifesting itself by acute symptoms of sufficient severity, including extreme pain, such that the absence of immediate medical attention could reasonably be expected to result in:

(1) Placing the member's health in serious jeopardy;

(2) Serious impairment to bodily functions;

(3) Serious dysfunction of any bodily organ or part; or

(4) Serious physical harm to self or another person (for behavioral health conditions).

**Data Sharing Between AHCCCS and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Arizona routinely shares certain categories of personal information regarding AHCCCS enrollees with the federal government, including CMS.

10. AHCCCS uses the Department of Homeland Security (DHS)'s SAVE database to verify individuals' eligibility for federally-funded Medicaid services for those individuals with an immigration status.

11. AHCCCS additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every AHCCCS member enrolled in a federally authorized plan. These plans include enrollees who receive federal emergency services under FESP in Arizona. Arizona's most recent transfer of data to T-MSIS occurred on June 16, 2025.

12. Arizona also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

13. AHCCCS relies on CMS to protect the confidentiality and security of the Medicaid data of its members and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program.

14. AHCCCS has assured members that their Medicaid data, including immigration status information, will only be used for official purposes unless AHCCCS seeks their specific written authorization. One such official purpose that AHCCCS outlines in the Medical Assistance Eligibility Policy Manual – 1602.C(1) is that members' information may be released to other State and "Federal agencies, such as the U.S. Department of Health and Human Services and the Social Security Administration, related to the administration of AHCCCS programs."

**Harm from Potential Disclosure of AHCCCS PII Data to DHS**

15. Based on my experience, I believe that the overbroad disclosure of confidential AHCCCS members' data held by CMS to DHS for purposes unrelated to Medicaid administration or another lawful purpose, including immigration enforcement, would harm the state of Arizona in the following ways:

16. CMS's disclosure would result in a significant chilling effect for immigrants and their family members, discouraging them from seeking to apply for eligibility with AHCCCS.

17. This chilling effect would result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from AHCCCS. Some people would also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury.

18. The chilling effect from this disclosure would also increase the risk of adverse health impacts for people in Arizona. Deferring care can result in late-stage disease detection, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

19. These adverse health impacts may further strain AHCCCS's resources and budget. To the extent their treatment is left uncompensated, those costs would ultimately shift to the broader healthcare delivery system and the state.

20. These poor health outcomes would also harm the overall health of all residents, by both straining Arizona's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

21. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If impacted, this disclosure would cause significant harm to AHCCCS's ability operate and would cause further irreparable harm if not mitigated and repaired.

*Marshall R Wilmot*
Marshall R Wilmot (Jul 10, 2025 15:29 PDT)
_____
Marshall Wilmot

Date: July 10, 2025