Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                      Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ANDREW WILSON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:          August 28, 2025<br>Time:         10:00 a.m.<br>Courtroom:  Courtroom 4<br>Judge:        Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF ANDREW WILSON

I, Andrew Wilson, declare as follows:

1. I am a resident of the State of Maryland. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Director of the Division of Medicaid and Medical Assistance (DMMA) within Delaware's Single State Agency, Delaware Health and Social Services (DHSS). I have been in the position since December 2023.

3. DHSS is the single state agency responsible for administering the Delaware Medicaid program. DMMA is the division within DHSS that manages the program. Delaware Medicaid provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Its coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. DHSS' mission is to improve the quality of life for Delaware's citizens by promoting health and well-being, fostering self-sufficiency, and protecting vulnerable populations.

4. DHSS is the largest healthcare purchaser in Delaware as it covers almost 25 percent of the state's population. In total, Delaware Medicaid insures approximately 250,000 people, including 90,000 children—about 40 percent of Delaware's kids—tens of thousands of seniors, people with disabilities, and working Delawareans.

5. Delaware Medicaid is authorized and funded predominantly through a Medicaid federal-state partnership. Delaware administers its program pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan,

approved by the U.S. Centers for Medicare and Medicaid Services (CMS). DHSS receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of the program's expenditures on eligible enrollees.

6. Most enrollees are eligible for coverage paid for by joint federal and state funding. DHSS uses FFP funding to pay for a significant portion of the program's insurance coverage, while Delaware covers the remaining costs. To qualify for FFP funding, among other eligibility requirements, the enrollee must either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals qualify for what is referred to as "full scope," federally funded Medicaid.

7. In accordance with federal law, Delaware uses federal funding to treat life-threatening emergencies for Medicaid applicants who do not have a qualifying immigration status. Emergency Medicaid covers life-threatening medical emergencies, including prenatal labor/delivery, delivery, and postpartum care for pregnant individuals.

**Data Sharing Between DHSS and CMS**

8. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Delaware routinely shares certain categories of personal information regarding Delaware Medicaid enrollees with the federal government, including CMS.

9. For example, DHSS transmits enrollee information to the Centers for Medicare & Medicaid Services (CMS) via secure federal portals, including the CMS Enterprise Portal and the Federal Data Services Hub, which supports eligibility verification and program integrity efforts. Additionally, data may be shared with the Department of Homeland Security's Systematic Alien Verification for Entitlements (SAVE) program to verify immigration status when applicable.

.

10. DHSS additionally submits monthly reports to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These reports include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every member enrolled in a federally authorized plan. These plans include enrollees who receive only emergency Medicaid. Delaware's most recent transfer of data to T-MSIS occurred on June 27, 2025.

11. Delaware also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes. For instance, in August 2024, a CMS contractor initiated reviews of three of Delaware's Medicaid Managed Care Plans to assess their safeguards against fraud, waste, and abuse. In connection with this audit, which currently remains active, Delaware was asked to provide program integrity information such as contracts, data analytics, and investigations. Additionally, Delaware recently responded to information requests concerning non-emergency medical transportation in connection with a separate audit that began in April 2024 and concluded in September 2024.

12. DHSS relies on CMS to protect the confidentiality and security of the Medicaid data of its members and to follow federal laws and regulations regarding redisclosure of that data. These include HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program, CMS' regulations for the release of Medicare and Medicaid information to the general public (42 C.F.R. §401.105) and to State and Federal agencies (42 C.F.R. §401.134)—specifically, the Privacy Rule 1974 to safeguard members' data from invasions of privacy—and all other applicable privacy and data protection laws and regulations.

13. DHSS has assured Delaware Medicaid members that their personal information—including any immigration-related data—is used solely to administer the Medicaid program and pay for health care services. Publicly available notices from DMMA explain that enrollee data is protected by the Health Insurance Portability and Accountability Act (HIPAA) and relevant state laws, and may only be used or disclosed for treatment, payment, health care operations, or other purposes expressly permitted by law. These communications do not indicate that enrollee information may be shared for immigration enforcement purposes, and there is no indication that DHSS was aware of any such potential use.

14. On June 13, 2025, an article published by the Associated Press reported that CMS had indeed shared confidential Medicaid data with DHS. The reporting stated that two top advisers to Secretary of Health and Human Services Robert F. Kennedy Jr. ordered CMS staff to provide this data to DHS over the objections of those staff members.

**Harm from Potential Disclosure of Delaware Medicaid PII Data to DHS**

15. Based on my experience, I believe that any unauthorized disclosure of confidential data by CMS to DHS will, unless DHS publicly agrees to refrain from using this personal data for immigration or other law enforcement purposes, negatively impact Delaware in the following ways:

16. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare.

17. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from Delaware Medicaid. Some people will also avoid critical medical treatment, and in some cases may even avoid emergency

medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

18. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Delaware. Deferring emergency care or avoiding labor and delivery can result adverse health effects during pregnancy and childbirth, overdose, and death.

19. These adverse health impacts will further strain Delaware resources and budget. Medicaid plays a critical role in reducing long-term costs by ensuring access to preventive and timely care—for example, access to labor and delivery services improves birth outcomes, reducing the incidence of costly childhood complications. When individuals delay care or go untreated, conditions worsen, and the cost of uncompensated treatment ultimately shifts to hospitals, commercial insurers, and the state's general fund—undermining both fiscal sustainability and public health outcomes.

20. These poor health outcomes will also harm the overall health of all residents, by both straining Delaware's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

21. A loss of Medicaid funding would directly harm Delaware's hospitals, particularly those serving high volumes of low-income patients. Medicaid reimbursements help offset the cost of uncompensated care, support emergency and maternity services, and stabilize rural care. Without these dollars, hospitals could be forced to reduce staffing, scale back critical services such as labor and delivery. Over time, this financial strain could widen health disparities, increase pressure on emergency departments, and reduce access to timely care—especially in underserved areas of the state.

22. Overall, CMS's disclosure or threat of disclosure undermines the Medicaid program. Trust is essential for Medicaid to function: individuals must feel safe providing accurate and complete information in order to access timely, appropriate care. When enrollees fear their personal information may be used against them or shared beyond health care purposes, they may delay enrollment, avoid care, or disengage from the system altogether. This erosion of trust compromises public health, increases uncompensated care costs, and impairs the state's ability to administer Medicaid equitably and efficiently.

23. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Delaware's ability to operate and will cause further irreparable harm if not mitigated and repaired.

Sincerely,

Date: July 9, 2025                                              _____(signature)

Name: Andrew Wilson
Title: Director, Division of Medicaid and
       Medical Assistance
       Delaware Health and Social Services