ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH
Deputy Attorneys General
State Bar No. 347029
 1515 Clay Street Suite 2000, P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone: (510) 879-0296
 E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,<br><br>                      Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br>                      Defendants. | 3:25-cv-05536-VC<br><br>**PLAINTIFFS' MOTION TO SHORTEN TIME FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

Pursuant to Civil Local Rule 6-3, Plaintiff States California, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington (Plaintiff States) submit this motion to shorten the briefing schedule for their proposed Motion for a Preliminary Injunction, which is being filed simultaneously.

Plaintiffs are seeking preliminary relief to preserve the status quo while this case moves forward. They ask the Court to enter a preliminary injunction: (1) prohibiting Defendants from transferring Medicaid data files containing personally identifiable, protected health information to DHS, DOGE, or any other federal agency; and (2) prohibiting Defendants from using such data for purposes of immigration enforcement, population surveillance, or other similar purposes. Because of the imminent risk of harm to the States if Defendants engage in further unlawful conduct, Plaintiffs seek expedited briefing on this request.

Although Plaintiffs believe that time is of the essence for multiple reasons, of particular urgency is the fact that four of the Plaintiff States (New York, Colorado, Minnesota and Oregon) have been asked by CMS to produce confidential Medicaid data in response to a CMS review by July 30, 2025. These data requests are similar if not identical to earlier requests made to California, Illinois, Washington state and Washington, D.C. CMS reportedly shared these earlier data productions with the Department of Homeland Security (DHS), apparently for use in immigration enforcement activities, over the objections of CMS career staff.[1] Plaintiffs

---

[1] *See* Kimberly Kindy and Amanda Seitz, *Trump administration gives personal data of immigrant Medicaid enrollees to deportation officials*, Associated Press (updated June 14, 2025), available at https://apnews.com/article/medicaid-deportation-immigrants-trump-4e0f979e4290a4d10a067da0acca8e22.

1

reasonably fear that these new data submissions will similarly (and unlawfully) be shared with DHS against the States' wishes.

Therefore, Plaintiffs are seeking a hearing on their motion for preliminary relief that is as close as possible to the pending July 30 deadline set by CMS. In the alternative, Plaintiffs have proposed that they could agree to a later hearing date, if in return CMS agreed to extend its deadline for submission of data by the Plaintiff States in response to pending quarterly data review requests until after the Court has ruled on Plaintiffs' motion for a preliminary injunction.

As detailed in the attached supporting declaration of Plaintiffs' counsel, the parties have met and conferred in good faith, but were not able to reach agreement on these issues prior to the filing of this motion on the evening of July 11, 2025. However, Defendants have provided the following statement of their position to present to the Court:

> Defendants appreciate Plaintiffs' good faith efforts to confer with them on the scheduling of this motion. As of the time of this filing, Defendants have yet to obtain necessary approvals to agree to a continuance of the July 30 data submission deadline that would permit agreement by the parties to a proposed hearing date of August 7. Defendants will notify the Court (through notice filed on this Court's docket) no later than 2 PM PT on Monday, July 14, if they can obtain such approvals and reach a scheduling agreement that the parties have been negotiating. If agreement is reached, the parties propose the following schedule.
>
> - Defendants' opposition: July 25
> - Plaintiffs' response: July 31
> - Hearing: August 7
>
> If no agreement is reached, Defendants state that they take no position on Plaintiffs' motion.

If the parties cannot agree to this brief extension of pending CMS deadlines, then Plaintiffs propose the following schedule:

- Defendants' opposition: July 23
- Plaintiffs' response: July 29, at 12:00 pm PST.
- Hearing: July 31.

2

**The Court Should Expedite Plaintiffs' Preliminary Injunction Motion Due to the Concrete Risk of Imminent Harm**

"This Court may grant a motion to shorten time where the moving party identifies 'the substantial harm or prejudice that would occur if the Court did not change the time.'" *Noble v. Kiewit Pac. Co.*, No. C 08-00666 SI, 2008 WL 413754, at *1 (N.D. Cal. Feb. 13, 2008) (quoting Civ. Local Rule 6-3(a)(3)). As noted above, Defendants have requested further data transfers from some of the Plaintiff States by July 30, which is before the normal briefing and hearing schedule for a preliminary injunction on notice would be completed.[2] In addition, all the Plaintiff States routinely provide confidential Medicaid data to CMS as part of their ordinary administration of Medicaid programs. An expedited briefing and hearing schedule is needed so that Plaintiff States may make these data productions without subjecting themselves to further risk that Defendants will unlawfully use these data sets for immigration enforcement, surveillance or other improper purposes.

In addition, HHS has confirmed public reports that it has *already* shared some of the Plaintiff States' confidential Medicaid data with DHS. For example, an HHS spokesperson told National Public Radio (NPR) that the agency had shared Medicaid data with DHS and claimed "it was part of an effort by CMS Director Mehmet Oz to crack down on states 'that may be misusing federal Medicaid funds to subsidize care for illegal immigrants.'"[3] But as explained in

---

[2] *See* Local Rule 7-2(a) ("Except as otherwise ordered or permitted by the assigned Judge or these Local Rules . . . all motions must be filed, served and noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days after filing of the motion."); Local Rule 7-3(a) ("The opposition must be filed and served not more than 14 days after the motion was filed."); Local Rule 7-3(c) ("The reply to an opposition must be filed and served not more than 7 days after the opposition was due.").

[3] Jude Joffe-Block, *The Trump administration is making an unprecedented reach for data held by states*, NPR (June 24, 2025), https://www.npr.org/2025/06/24/nx-s1-5423604/trump-doge-data-states.

the accompanying motion, this goal does not require sharing confidential Medicaid data with DHS, and in fact CMS has for years reviewed state use of federal Medicaid dollars without violating federal laws and policies governing data privacy and use. Every day that Defendants' unlawful conduct is permitted to stand creates further risk that the confidential Medicaid data of California and other states will be unlawfully used by DHS and ICE to surveil and target Medicaid beneficiaries.

Finally, Plaintiffs have been told that immigrants residing in their states are afraid to enroll in Medicaid or use legally available Medicaid services because they fear that taking care of their health and their families and will leave them vulnerable to DHS's aggressive policing tactics. This chilling effect on individuals' legal use of Medicaid services will harm States. It will shift healthcare costs from preventive care to emergency services that are more expensive to provide. And it will harm the public health in Plaintiff States. It is critical that the Court put an end to these well-founded fears as quickly as possible.

None of these harms should be permitted to stand for any longer than necessary. And given the imminent deadlines for Plaintiffs' data submissions to CMS, judicial economy dictates that the Court address all these issues on the same expedited timetable.

As noted above, in the absence of agreement between the parties, Plaintiffs propose the following schedule:

- o   Defendants' opposition papers are due on or before Wed July 23.
- o   Plaintiffs' reply papers are due on or before Tuesday July 29, at 12:00 pm PST.
- o   Oral argument on Plaintiffs' motion will be heard on Thursday July 31.

If the Court's calendar does not permit the Court to hold a hearing and rule on the Motion for a Preliminary Injunction on this timetable, then, Plaintiffs request, in the alternative, that the

Court issue a temporary restraining order, pending a hearing on the preliminary injunction motion. As demonstrated by Plaintiffs' Motion for a Preliminary Injunction and the supporting declarations, the standards for issuance of a temporary restraining order—a likelihood of success on the merits, a likelihood of irreparable harm in the absence of preliminary relief, the balance of equities, and the public interest—are easily met here. *See Am. Trucking Ass'ns, Inc., v. City of Los Angeles*, 559 F.3d 1046, 1052 (9th Cir. 2009).

Plaintiffs respectfully note that lead counsel for the States is unavailable July 14 and 21-25 (a week when the Court is also unavailable for scheduling new hearings). If the Court were to schedule a hearing during those time periods, however, other counsel for the States would be available to attend.

## Conclusion

For these reasons, the Court should grant Plaintiffs' motion to shorten time, and should order the requested briefing schedule on Plaintiffs' pending motion for a preliminary injunction (which was filed, along with a motion for enlargement of the Court's 15-page limit, on Friday July 11, 2025).

Dated: July 11, 2025				Respectfully submitted,

                                                                                                          ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU


/s/ Anna Rich_____
ANNA RICH
Deputy Attorneys General

*Attorneys for Plaintiff State of California*

*Additional Counsel*

KRISTIN K. MAYES
Attorney General for the State of Arizona
ALEXA G. SALAS
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

PHILIP J. WEISER
Attorney General for the State of Colorado
RYAN LORCH
Senior Assistant Attorney General
SAM WOLTER
Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Ryan.lorch@coag.gov
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

KWAME RAOUL
Attorney General for the State of Illinois
HARPREET KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7127
sherief.gaber@ilag.gov
harpreet.khera@ilag.gov

AARON M. FREY
 Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for the State of Maine*

WILLIAM TONG
Attorney General of Connecticut
JANELLE MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov

*Attorneys for Plaintiff State of Connecticut*

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for Plaintiff State of Maine*

KATHLEEN JENNINGS
Attorney General for the State of Delaware
IAN R. LISTON
Director of Impact Litigation
JENNIFER KATE AARONSON
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
DAVID D. DAY
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

7

ANTHONY G. BROWN
Attorney General for the State of Maryland
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorneys for the State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for the State of Massachusetts
KATHERINE DIRKS
Chief State Trial Counsel
ETHAN W. MARKS
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV
Special Counsel
RABIA MUQADDAM
Special Counsel for Federal Initiatives
ZOE LEVINE
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR
Special Counsel

*Attorneys for the State of Hawaiʻi*

KEITH ELLISON
Attorney General for the State of Minnesota
KATHERINE J. BIES (CA Bar No. 316749)
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
Attorney General for the State of Nevada
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
ESTEFANIA PUGLIESE-SAVILLE
ELIZABETH R. WALSH
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
elizabeth.walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

28 Liberty St. New York, NY 10005
(929) 638-0447
mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General for the State of Rhode Island
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorneys for the State of Rhode Island*

DAN RAYFIELD
Attorney General State of Oregon
BRIAN S. MARSHALL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Attorney(s) for Plaintiff State of Oregon*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802)828-3171
Ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

NICHOLAS W. BROWN
Attorney General of Washington
ZANE MULLER
WILLIAM MCGINTY
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

*Attorneys for Plaintiff State of Washington*