AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH *Plaintiff(s)* <br> v. <br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Security of *Defendant(s)* | Civil Action No.  3:25-cv-05536 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Health and Human Services, 200 Independence, S.W., Washington, DC 20201
Robert F. Kennedy Jr., in his official capacity as Secretary of HHS, 200 Independence, S.W., Washington, DC 20201
U.S. Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0485
Kristi Noem, in her official capacity as Secretary of DHS, 245 Murray Lane, SW, Mail S

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rob Bonta, Attorney General
Anna Rich, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Floor
Oakland, CA  94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

07/02/2025

*CLERK OF COURT*
*Mark B. Busby*

Date: _____07/01/2025_____      Felicia Brown

*Signature of Clerk or Deputy Clerk*

Civil Action No. **3:25-cv-05536-VC**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **U.S. Department of Health and Human Services**
**was received by me on  July 11, 2025**

☐ I personally served the  on the individual at  on

☐ I left the  at the individual's residence or usual place of abode with   ,a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the  to  , who is designated by law to accept service of process on behalf of   on   ;or

☑ other *(specify)*: By mailing **SUMMONS & LIST OF DOCUMENTS BELOW** to the individual by USPS Certified Mailing with tracking number **9589 0710 5270 1475 6134 88** to **200 Independence Avenue, Southwest, Washington, D.C. 20528** from **Los Angeles, CA** on **7/11/2025**.

*My fees are $ for travel and $  for services, for a total of $ 94.00*

*I declare under penalty of perjury that this information is true.*

*Date:* **7/11/2025**

_____
*Server's signature*

**Jovante Lewis**
*Printed name and title*
**Ace Attorney Service, Inc.**
**800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
**Phone: (213) 623-3979 / Fax: (213) 623-7527**
**Registration No.:  / County:**
*Server's Address*

Additional information regarding attempted service, etc.:

In addition to the SUMMONS, the LIST OF DOCUMENTS BELOW were served:

"COMPLAINT;

STANDING ORDER FOR CIVIL CASES BEFORE JUDGE VINCE CHHABRIA;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

NOTICE OF ELIGIBILITY FOR VIDEO RECORDING

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Department of Health and Human Services,
Hubert Humphrey Building,
200 Independence Avenue, S.W.,
Washington, DC 20201

9590 9402 8152 3030 4917 14

2. Article Number (Transfer from service label)

9589 0710 5270 1475 6134 88

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $
☐ Return Receipt (electronic)         $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required            $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To: United States Dept. of Health & Human Services
Street and Apt. No., or PO Box No.: 200 Independence Ave, S.W.
City, State, ZIP+4: Washington, DC 20201

9589 0710 5270 1475 6134 88

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions