AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH<br>*Plaintiff(s)*<br>v.<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR., in his official capacity as Secretary of Health and Human Services; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Security of<br>*Defendant(s)* | Civil Action No. 3:25-cv-05536 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Health and Human Services, 200 Independence, S.W., Washington, DC 20201
Robert F. Kennedy Jr., in his official capacity as Secretary of HHS, 200 Independence, S.W., Washington, DC 20201
U.S. Department of Homeland Security, 245 Murray Lane, SW, Washington, DC 20528-0485
Kristi Noem, in her official capacity as Secretary of DHS, 245 Murray Lane, SW, Mail S

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rob Bonta, Attorney General
Anna Rich, Deputy Attorney General
Office of the Attorney General
1515 Clay St., 20th Floor
Oakland, CA 94612

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  07/02/2025

*Felicia Brown*

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-05536

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
ANNA RICH
Deputy Attorneys General
State Bar No. 230195
   1515 Clay Street Suite 2000, P.O. Box 70550
   Oakland, CA 94612-0550
   Telephone: (510) 879-0296
   E-mail: Anna.Rich@doj.ca.gov

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; et al.,** | CASE NO: **3:25-cv-05536-VC** |
| Plaintiff(s), | |
| VS. | **PROOF OF SERVICE** |
| **US DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al.,** | |
| Defendant(s), | |

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    I am employed by Ace Attorney Service, Inc. in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is: 800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017.

On **July 2, 2025**, I personally served the document(s) as described below:

    SUMMONS;

    COMPLAINT;

    STANDING ORDER FOR CIVIL CASES BEFORE JUDGE VINCE CHHABRIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING

on the interested parties in this action by delivering a copy of said document(s) to the party listed below:

United States Attorney General
950 Pennsylvania Avenue, Northwest
Washington, DC 20530

☑ **(By Mail)** I am readily familiar with the firm`s practice of collection and processing correspondence by certified mailing. Under that practice it would be deposited with U.S. Postal Service Certified Mailing with tracking number 9589 0710 5270 1475 6132 97 on that same day with tracking number and postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on July 7, 2025 at Los Angeles, CA.

      Jovante Lewis
      PRINT NAME                               (SIGNATURE)

UNITED STATES DISTRICT COURT
CASE #: 3:25-cv-05536-VC
CASE NAME: STATE OF CALIFORNIA; et al. VS US HSS; et al.

Order#: 2465922/PO

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

OFFICIAL USE

| Certified Mail Fee | |
|---|---|
| $ | |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) $ | |
| ☐ Return Receipt (electronic) $ | Postmark |
| ☐ Certified Mail Restricted Delivery $ | Here |
| ☐ Adult Signature Required $ | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | |
| $ | |
| Total Postage and Fees | #2465922 |
| $ | |

Sent To: U.S. Attorney General DOJ
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: Washington, DC 20530

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

7025 6132 1475 5270 0713 9589