ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH
Deputy Attorneys General
State Bar No. 347029
1515 Clay Street Suite 2000, P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0296
E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON,**

Plaintiffs,

**v.**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,

Defendants.

3:25-cv-05536-VC

**STIPULATION TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

| | |
|---|---|
| Proposed Date: | August 7, 2025 |
| Time: | 10:00 a.m. |
| Courtroom: | Courtroom 4 |
| Judge: | Hon. Vince Chhabria |
| Trial Date: | Not set |
| Action Filed: | July 1, 2025 |

To resolve Plaintiffs' pending Motion to Shorten Time (ECF No. 44), and pursuant to Local Rules 6-1(b), 6-2(a), and 7-12, the parties hereby ask the Court to so order the parties' agreed-upon briefing and hearing schedule for Plaintiffs' proposed Motion for a Preliminary Injunction. In support of this stipulated agreement, the parties submit the following:

1. Plaintiffs are moving for a preliminary injunction that would (1) prohibit Defendants from transferring the States' Medicaid data files containing personally identifiable, protected health information to the Department of Homeland Security (DHS), DOGE, or any other federal agency; (2) prohibit Defendants from using such data for purposes of immigration enforcement, population surveillance, or other similar purposes; and (3) provide any additional preliminary relief that the Court deems proper and the interests of justice may require.

2. Plaintiffs are moving for this relief on the grounds that Defendant U.S. Department of Health and Human Services' (HHS) Centers for Medicare and Medicaid Services (CMS) has transferred the States' confidential Medicaid data to DHS, apparently for use in immigration enforcement activities, in violation of the U.S. Constitution's Spending Clause and the Administrative Procedure Act. Defendants have publicly taken the position that this data transfer was permitted under federal law.

3. As set forth in more detail in the declaration from counsel for Plaintiff the State of New York in support of Plaintiffs' Motion to Shorten Time (ECF No. 44-1), Plaintiffs seek an expedited hearing on this motion for multiple reasons. Plaintiffs believe that they are being subjected to ongoing harm by Defendants' actions, and that time is of the essence in seeking relief for those harms. In particular, Plaintiff States are concerned about the harms that would result if they transmitted additional productions of confidential Medicaid data to CMS (including quarterly review data submissions with a stated deadline of July 30, 2025) without assurances

that these productions will not be shared with other government agencies. Plaintiff States reasonably fear that their confidential Medicaid data will be shared by CMS with DHS (which Plaintiffs believe to be unlawful) if this Court does not intervene before those new data submissions.

4. For these reasons, as well as other reasons stated in their motion papers, Plaintiff States filed their motion for a preliminary injunction on Friday, July 11, 2025, along with motions seeking to expand page limits for their memorandum of law and a motion to shorten time for hearing that motion.

5. After meeting and conferring in good faith, counsel for the parties have agreed to the following proposed briefing and hearing schedule for Plaintiffs' motion for a preliminary injunction:

a. Defendants' opposition papers are due on or before Friday July 25.

b. Plaintiffs' reply papers are due on or before Thursday July 31.

c. Oral argument on Plaintiffs' motion will be heard on Thursday August 7.

6. As part of this agreement, Defendants have agreed that any confidential Medicaid data transmitted by the Plaintiff States in response to quarterly review data requests or any other data request made by CMS as part of its administration and review of state Medicaid programs (but excluding T-MSIS data transmissions) as of the date of this stipulation will not be shared by HHS with DHS or any other federal agency until after the Court has heard and ruled on Plaintiffs' motion for a preliminary injunction.

7. For the good cause explained above, the parties request that the Court approve the schedule outlined above.

Dated: July 14, 2025

Respectfully submitted,

ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General

/s/ *Kathleen Boergers*
KATHLEEN BOERGERS
Supervising Deputy Attorney General

*Attorneys for Plaintiff State of California*

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *Michael J. Gerardi*
MICHAEL J. GERARDI
D.C. Bar. #1017949
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L St. NW
Washington, D.C. 20005
(202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

Counsel for Government Defendants

*Additional Counsel for Plaintiffs*

KRISTIN K. MAYES
Attorney General for the State of Arizona
ALEXA G. SALAS
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

WILLIAM TONG
Attorney General of Connecticut
JANELLE MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov

*Attorneys for Plaintiff State of Connecticut*

PHILIP J. WEISER
Attorney General for the State of Colorado
RYAN LORCH
Senior Assistant Attorney General
SAM WOLTER
Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Ryan.lorch@coag.gov
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for Plaintiff State of Maine*

KWAME RAOUL
Attorney General for the State of Illinois
HARPREET KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7127
sherief.gaber@ilag.gov
harpreet.khera@ilag.gov

*Attorneys for the State of Illinois*

KATHLEEN JENNINGS
Attorney General for the State of Delaware
IAN R. LISTON
Director of Impact Litigation
JENNIFER KATE AARONSON
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
brendan.d.kreckel@maine.gov

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
DAVID D. DAY
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Maine*

ANTHONY G. BROWN
Attorney General for the State of Maryland
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorneys for the State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for the State of Massachusetts
KATHERINE DIRKS
Chief State Trial Counsel
ETHAN W. MARKS
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV
Special Counsel
RABIA MUQADDAM
Special Counsel for Federal Initiatives
ZOE LEVINE
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR
Special Counsel
28 Liberty St. New York, NY 10005
(212) 416-8240

*Attorneys for the State of Hawaiʻi*

KEITH ELLISON
Attorney General for the State of Minnesota
KATHERINE J. BIES (CA Bar No. 316749)
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
Attorney General for the State of Nevada
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
ESTEFANIA PUGLIESE-SAVILLE
ELIZABETH R. WALSH
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
elizabeth.walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General for the State of Rhode Island
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorneys for the State of Rhode Island*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802)828-3171
Ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

DAN RAYFIELD
Attorney General State of Oregon
BRIAN S. MARSHALL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Attorney(s) for Plaintiff State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington
ZANE MULLER
WILLIAM MCGINTY
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

*Attorneys for Plaintiff State of Washington*