Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **State of California; State of Arizona; State of Colorado; State of Connecticut; State of Delaware; State of Hawaii; State of Illinois; State of Maine; State of Maryland; Commonwealth of Massachusetts; State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of Oregon; State of Rhode Island; State of Vermont; State of Washington,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**U.S. Department of Health and Human Services; Robert F. Kennedy, Jr.,** in his official capacity as Secretary of the U.S. Department of Health and Human Services; **U.S. Department of Homeland Security; Kristi Noem,** in her official capacity as Secretary of Homeland Security,<br><br>                      Defendants. | 3:25-cv-05536-VC<br><br>**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO SHORTEN TIME FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Before the Court is the parties' stipulated agreement to resolve Plaintiffs' Motion to Shorten Time for Plaintiffs' Motion for Preliminary Injunction. After reviewing the Stipulation and Plaintiffs' Motion to Shorten Time, and good cause having been shown, it is hereby ordered that:

- Defendants' opposition papers are due on or before Friday July 25.
- Plaintiffs' reply papers are due on or before Thursday July 31.
- Oral argument on Plaintiffs' motion will be heard on Thursday August 7.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July ____, 2025

_____
The Honorable Vince Chhabria

1

[PROPOSED] ORDER GRANTING Stipulated Mot. to Shorten Time for Plfs.' Mot. for Prelim. Inj.
(3:25-cv-05536-VC)