UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.              ,

Plaintiff(s),

v.

U.S. DHHS, et al.                        ,

Defendant(s).

Case No. 3:25-cv-05536-VC

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Brendan Kreckel              , an active member in good standing of the bar of
the State of Maine              , hereby respectfully apply for admission to practice pro hac
vice in the Northern District of California representing: the State of Maine              in the
above-entitled action. My local co-counsel in this case is Anna Rich              , an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.  Local co-counsel's bar number is: 230195              .

6 State House Station, Augusta, ME 04333

MY ADDRESS OF RECORD

207-626-8800

MY TELEPHONE # OF RECORD

brendan.d.kreckel@maine.gov

MY EMAIL ADDRESS OF RECORD

1515 Clay St., Oakland, CA 94612

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

510-879-0296

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Anna.Rich@doj.ca.gov

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 006196              .

A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0              times in the 12 months
preceding this application.

United States District Court
Northern District of California

1     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2 the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3 Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4 Dated: July 9, 2025                      Brendan Kreckel

5                             APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of Brendan Kreckel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 15, 2025

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE