UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.              ,

Plaintiff(s),

v.

U.S. Dept. of HHS, et al.              ,

Defendant(s).

Case No. 3:25-cv-05536

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Heidi Parry Stern_____, an active member in good standing of the bar of

Nevada_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: State of Nevada_____ in the

above-entitled action. My local co-counsel in this case is Anna Rich_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 230195_____.

1 State of Nevada Way, Ste 100, LV, NV 89119
MY ADDRESS OF RECORD

(702) 486-3420
MY TELEPHONE # OF RECORD

HStern@ag.nv.gov
MY EMAIL ADDRESS OF RECORD

1515 Clay St., Oakland, CA 94612-1499
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 879-0296
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Anna.Rich@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 8873_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 7/16/25 _____                    Heidi Parry Stern _____

5                                                       APPLICANT

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11      IT IS HEREBY ORDERED THAT the application of  Heidi Parry Stern _____  is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated: _____

16

17    _____

18                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28