Nicole Schneidman (SBN 319511)
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org
*Attorney for Protect Democracy Project*

*Additional counsel listed on signature page*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| STATE OF CALIFORNIA, et al., | 3:25-cv-05536-VC |
|---|---|
| *Plaintiffs*, | **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY ELECTRONIC FRONTIER FOUNDATION, ELECTRONIC PRIVACY INFORMATION CENTER, AND PROTECT DEMOCRACY PROJECT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| *Defendants.* | Date: August 7, 2025<br>Time: 10:00 a.m.<br>Courtroom: Courtroom 4<br>Judge: Hon. Vince Chhabria<br>Trial Date: Not set<br>Action Filed: July 1, 2025 |

  The Electronic Frontier Foundation, the Electronic Privacy Information Center, and the Protect Democracy Project move for leave to file the attached brief as amicus curiae in the above-captioned matter, in support of Plaintiffs' pending Motion for Preliminary Injunction (Dkt. 42-2, 43).

1

Proposed amici are non-profit legal advocacy organizations with missions dedicated, in whole or in part, to safeguarding privacy rights against digital intrusion. Their proposed brief explains the legal framework, the background of other data demands and disclosures undertaken by federal agencies in recent months, and the strong public interest in ensuring that federal agencies abide by applicable privacy requirements.

On July 17, 2025, the undersigned contacted counsel for all parties to seek their position on amici's filing. All parties consent to the Court's allowing filing of the brief.

A proposed order is attached.

Dated: July 18, 2025

Respectfully submitted,

PROTECT DEMOCRACY PROJECT

*/s Nicole Schneidman*
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org
*Attorney for Protect Democracy Project*

ELECTRONIC FRONTIER FOUNDATION
Adam Schwartz (SBN 309491)
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
adam@eff.org
*Attorney for Electronic Frontier Foundation*

ELECTRONIC PRIVACY INFORMATION CENTER
Alan Butler (SBN 281291)
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140
butler@epic.org
*Attorney for Electronic Privacy Information Center*