Nicole Schneidman (SBN 319511)
PROTECT DEMOCRACY PROJECT
P.O. Box 341423
Los Angeles, CA 90034-9998
(202) 579-4582
nicole.schneidman@protectdemocracy.org
*Attorney for Protect Democracy Project*

Adam Schwartz (SBN 309491)
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333
adam@eff.org
*Attorney for Electronic Frontier Foundation*

Alan Butler (SBN 281291)
ELECTRONIC PRIVACY
INFORMATION CENTER
1519 New Hampshire Ave, N.W.
Washington, D.C. 20036
(202) 483-1140
butler@epic.org
*Attorney for Electronic Privacy Information Center*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> *Defendants.* | 3:25-cv-05536-VC <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY ELECTRONIC FRONTIER FOUNDATION, ELECTRONIC PRIVACY INFORMATION CENTER, AND PROTECT DEMOCRACY PROJECT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

The motion of Electronic Frontier Foundation, Electronic Privacy Information Center, and Protect Democracy Project to file an amicus curiae brief in support of Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

**SO ORDERED**.

_____
Hon. Vince Chabbria
U.S. District Court Judge