UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-01275 |

**DECLARATION OF KIMBERLY BRANDT**

Pursuant to 28 U.S.C. § 1746, I, Kimberly Brandt, declare as follows:

1. I am the Deputy Administrator and Chief Operating Officer of the Centers for Medicare & Medicaid Services (CMS), within the U.S. Department of Health and Human Services (HHS).

2. In this role, I have overall responsibility for facilitating the coordination, integration, and execution of CMS policies and activities across CMS components. I also am responsible for promoting and facilitating cooperative corporate decision-making among CMS senior leadership on management, operational, and programmatic cross-cutting issues.

3. This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records and systems of CMS to which I have access in the course of my duties, and information conveyed to me by other knowledgeable CMS employees with whom I work on a regular basis.

## Medicaid Overview

4. Medicaid is a joint federal and state program that helps cover medical costs for some people with limited income and resources. The federal government has general rules that all state Medicaid programs must follow and approves many components of a state's Medicaid program, but each state runs its own program.

5. The Medicaid program is jointly funded by the federal government and states. Federal financial participation (FFP) is the portion of a state's Medicaid expenditures for which the federal government is responsible.

6. Federal law and regulations require that CMS issue advanced funding (through initial grant awards) to states at the beginning of each quarter based on CMS-reviewed state expenditure estimates. 42 U.S.C. § 1396b(d); 42 C.F.R. § 430.30(d)(3). Once the advanced funding request is approved, the state can draw down the federal advance for the allotted amount as costs are incurred. 42 C.F.R. § 430.30(d)(3). The grant award "authorizes the State to draw Federal funds as needed to pay the Federal share of disbursements." 42 C.F.R. § 430.30(d)(3). The state's quarterly federal Medicaid award is only to be used to reimburse Medicaid providers for actual payments. 42 C.F.R. § 430.30 and 45 C.F.R. § 95.13.

7. Those initial awards are reconciled to actual state expenditures following a finalization process that includes quarterly CMS reviews of state-submitted, actual expenditures and state draw downs. The Quarterly Medicaid Statement of Expenditures for the Medical Assistance Program (Form CMS-64) is the accounting statement that each state Medicaid agency submits each quarter to claim FFP for its Medicaid expenditures. 42 C.F.R. § 430.30(c)(1). The Form CMS-64 is a summary of actual recorded expenditures. 42

C.F.R. § 430.30(c)(2). It does not include claim-level information. CMS uses the CMS-64 to reconcile initial grant awards to actual state expenditures.

8. CMS must assure that state expenditures claimed for federal matching funds under Medicaid are programmatically reasonable, allowable, and allocable in accordance with existing federal laws, regulations, and policy guidance. To achieve this, CMS relies primarily upon quarterly reviews of the Form CMS-64. These quarterly reviews are conducted under the authority of 42 U.S.C. § 1396b(d), and accompanying regulations at 42 C.F.R. part 430, subpart C. CMS conducts these reviews every quarter for every state. As part of these reviews, CMS routinely requests additional documents from states.

9. CMS has a standard National CMS-64 Review Guide that is used by staff to ensure consistency of the reviews. The Review Guide targets specific areas on which to focus the review, based on risk, while also providing flexibility for staff and managers to use their professional discretion to expand or curtail the review based on the complexity of the state's program and issues identified during the review process.

10. CMS also performs targeted financial management reviews (FMRs) as part of its annual financial management work plans. The annual work plan provides an organized, structured, and coordinated review process for financial oversight activities. The plans are subject to change should unanticipated higher risk issues develop during the course of the year.

### Transformed-Medicaid Statistical Informational System

11. The Transformed Medicaid Statistical Information System (T-MSIS) is the IT system that houses the national Medicaid dataset. The system of records notice for T-MSIS can be found at 84 Fed. Reg. 2230, 2231 (2019).

12. The T-MSIS data set contains beneficiary eligibility and enrollment data, utilization and cost data, payment data, provider participation, provider qualifications and affiliations, service delivery network and managed care plan data, and third-party liability data.

13. The ingestion of T-MSIS begins with a monthly feed of state data as maintained in their respective state systems such as the Medicaid enterprise systems and/or the managed care organizations supporting the state Medicaid program. The states submit 1,373 distinct data elements as extracted from various state systems.

14. Immigration status is a mandatory data element in T-MSIS. It is contained in the Variable-Demographics-Eligibility file table. An individual can be coded as (1) qualified alien; (2) lawfully present under CHIPRA 214; (3) eligible only for payment for emergency services; or (4) not applicable (U.S. citizen or U.S. national).

15. Since 1972, CMS, or its predecessor the Health Care Finance Administration (HCFA), has required annual submission of reports from States and territories that operate Medicaid programs. Initially, this reporting was performed manually on Form HCFA-2082. Beginning in 1984, States had the option of submitting person-specific eligibility and paid claims files on magnetic tape instead of a printed Form HCFA-2082.This digital option was called the Medicaid Statistical Information System (MSIS). States were required to transition to electronic submission of claims data in the format required by HCFA and consistent with the MSIS beginning on or after January 1, 1999.

16. Immigration status, or similar information, was included as a data element in reporting on T-MSIS (and previously MSIS) since 1999. On HCFA Form 2082, individuals with unsatisfactory immigration status were reported under the "Other" grouping for Bases

of Eligibility.[1] With respect to MSIS reporting, the State Medicaid Manual reports as an MSIS Data Submission Requirement a file of basic demographic information on all eligibles, including basis of eligibility. Adult aliens who are not lawful, permanent residents but who are otherwise qualified and require emergency care were categorized under Other Eligibles.[2] By way of further example, the October 2012 Medicaid and CHIP Statistical Information System (MSIS) File Specs & Data Dictionary references the Data Element Restricted-Benefits-Flag, in which coding requirements include a code for individuals who are eligible for Medicaid or M-CHIP, but only entitled to restricted benefits based on alien status.[3]

17.  CMS can take a range of actions with respect to data quality issues and compliance with regulatory requirements for state Medicaid Enterprise System (MES) modules, along with failure to timely report enrollee encounter data to T-MSIS. In general, CMS strives to work with state Medicaid programs to resolve quality and reporting defects.

18.  As an example, states are eligible for FFP for "operation of a mechanized claims processing and information retrieval system." 42 C.F.R. § 433.116(a); *see also* 42 U.S.C. § 1396b(a)(3)(B). CMS periodically reviews each operational system to validate that all federal requirements continue to be met in order to requalify the system for the Federal matching rate which, in the case of ongoing operation costs, is 75%. *See* 42 C.F.R.

---

[1] Publication 45, The State Medicaid Manual, Chapter 2, Appendix A, available at https://www.cms.gov/regulations-and-guidance/guidance/manuals/paper-based-manuals-items/cms021927 (last accessed Jul. 23, 2025).
[2] Publication 45, The State Medicaid Manual, Chapter 2, Appendix B, available at https://www.cms.gov/regulations-and-guidance/guidance/manuals/paper-based-manuals-items/cms021927 (last accessed Jul. 23, 2025).
[3] Restricted-Benefits-Flag Data Element Name, Medicaid and CHIP Statistical Information System (MSIS) File Specs & Data Dictionary, p. 52 (October 2012; Release 4), available at https://www.cms.gov/files/document/msisddv4-2012pdf (last accessed Jul. 22, 2025).

§ 433.119(a). If it is determined that a system is disapproved, CMS will notify the Medicaid agency and require the state to submit a corrective action plan. If the Medicaid agency remains out of compliance at the end of the agreed-upon corrective action plan schedule, CMS will issue a letter reducing FFP from 75% to 50% for expenditures related to the operations of non-compliant functionality or system components. *See* 42 C.F.R. § 433.120.

19. CMS may also withhold payments for medical assistance for individuals for whom the State does not timely report enrollee encounter data to T-MSIS. *See* 42 U.S.C. § 1396b(i)(25).

### Individuals with Unsatisfactory Immigration Status

20. States are prohibited from claiming FFP for "medical assistance furnished to an alien who is not lawfully admitted for permanent residence or otherwise permanently residing in the United States under color of law." 42 U.S.C. § 1396b(v)(1). The individuals described in this provision are often referred to as having "unsatisfactory immigration status" or "UIS." The exception to this prohibition is that FFP can be paid if the care and services are "necessary for the treatment of an emergency medical condition of the alien," the alien otherwise meets the eligibility requirements for Medicaid, and the care and services are not related to an organ transplant procedure. 42 U.S.C. § 1396b(v)(2).

21. States may extend coverage for medical services for individuals with UIS beyond the services for which the federal government will pay FFP, but only state funds can be used to cover those services.

22. A number of CMS' annual financial management work plans, dating back to at least 2004, have included FMRs for specific states related to emergency services for individuals with UIS. The objective of these FMRs is to determine whether states properly

claimed and reported expenditures for emergency services provided to individuals with UIS. As part of these reviews, CMS typically obtains claims-level data for medical services provided to all individuals with UIS in the period being reviewed.

23.    It also is not unusual for quarterly reviews of CMS-64s to examine whether claims for emergency services for individuals with UIS were proper.

24.    In a March 18, 2025, letter, CMS notified California that it would be reviewing claims for FFP submitted by the state to ensure that only claims for FFP that meet all applicable statutory requirements for individuals without a satisfactory immigration status were included within the state's CMS-64 submissions.

25.    On April 7, 2025, as part of its quarterly financial reviews, CMS requested additional data and information from California, the District of Columbia, Illinois, and Washington so that CMS could review claims for FFP to ensure that only claims for FFP that met all applicable statutory requirements for individuals with UIS were included within the CMS-64 submissions.[4] Among the information CMS requested and received were spreadsheets containing claims-level data for all claims attributable to individuals with UIS as reported in the relevant quarter.[5] This data identified individuals by Medicaid/Recipient ID and included citizenship and/or immigration status, date of birth, and eligibility begin and end dates, among other data elements.

26.    On May 27, 2025, CMS announced that it was increasing federal oversight to

---

[4] For California, the District of Columbia, and Washington, the quarterly review (and the corresponding data requested) was for the quarter ending March 31, 2025. For Illinois, the quarterly review (and the corresponding data requested) was for the quarter ending December 31, 2024.

[5] Illinois initially provided claims-level data for all Medicaid beneficiaries. At CMS' request, Illinois later provided a more targeted response to the data request.

stop states from misusing federal Medicaid dollars to cover health care for individuals who are in the country illegally. As part of increasing federal oversight, CMS announced that it was ramping up financial oversight, including focused evaluations of select state Medicaid spending reports, in-depth reviews of select states' financial management systems, and assessing existing eligibility rules and policies to close loopholes and strengthen enforcement. CMS noted that its increased federal oversight aligned with the *Ending Taxpayer Subsidization of Open Borders* Executive Order, 90 Fed. Reg. 10,581 (Feb. 25, 2025), "reinforcing our commitment to restoring integrity to federal programs, securing the border, and putting Americans first."

### Requests for Medicaid Information

27.     The Federal Government often receives policy directives and guidance in the form of Executive Orders. On January 20, 2025, the President signed Executive Order 14,159 which stated the policy of faithfully executing immigration laws against all inadmissible and removable aliens. 90 Fed. Reg. 8443, 8443 (Jan. 29, 2025). This policy statement was reinforced with directives for agency leadership at the Department of Homeland Security to prioritize enforcement of the Immigration and Nationality Act and other Federal immigration laws related to "illegal entry and unlawful presence of aliens in the United States." *Id*. A number of statutes specifically address the sharing of information with immigration authorities, including 8 U.S.C. § 1360(b), 8 U.S.C. § 1373, and 6 U.S.C. § 122.

28.     On March 20, 2025, the President issued Executive Order 14,243 *Stopping Waste, Fraud, and Abuse by Eliminating Information Silos*. 90 Fed. Reg. 13,681 (Mar. 25, 2025). The stated purpose of the order is to remove unnecessary barriers to Federal

employees accessing government data and to promote interagency data sharing to eliminate inefficiencies and to detect overpayments and fraud. As part of the order, Agency heads were directed to, consistent with law, ensure the "Federal Government has unfettered access to comprehensive data from all State programs that receive Federal funding." *Id*.

29. The clearly established policy direction of the Federal government demonstrated in these Executive Orders was to decrease data silos, increase data access and sharing, and enforce immigration laws in accordance with the law. In light of these policies, and in consultation with DHS/ICE officials, HHS/CMS determined that it was in possession of information relevant to DHS and ICE's immigration enforcement priorities, and that it should, if feasible, work to provide ICE this information.

30. On or about June 10, 2025, HHS/CMS provided to DHS/ICE the information it had received from California, the District of Columbia, Illinois, and Washington pursuant to CMS' financial oversight review of CMS-64s related to individuals with UIS. HHS/CMS' understanding is that ICE was not able to use this data for immigration enforcement purposes due to the limitations of the data.

31. On or about June 14, 2025, ICE shared three spreadsheets with HHS/CMS that identified individuals. HHS/CMS searched for these individuals in T-MSIS and provided ICE with a spreadsheet containing contact and identifying information about the matches. HHS/CMS provided the spreadsheet to ICE on or about June 18, 2025.

32. On or about July 15, 2025, CMS and ICE entered into an information exchange agreement. The agreement is effective July 9, 2025, and expires on September 9, 2025. The purpose of the agreement is to "allow ICE to receive information concerning the identity and location of aliens in the United States." To achieve this, ICE will be given

access to T-MSIS data in CMS' Integrated Data Repository after completing the necessary training and documentation. As of the date of this declaration, these steps have not yet been completed.

EXECUTED this July 25, 2025.

_____
KIMBERLY BRANDT
Deputy Administrator and Chief Operating Officer
Centers for Medicare & Medicaid Services