ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, <br><br> Defendants. | 3:25-cv-05536-VC <br><br> **SUPPLEMENTAL DECLARATION OF JUDITH CASH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date:        August 28, 2025 <br> Time:        10:00 a.m. <br> Courtroom:  Courtroom 4 <br> Judge:      Hon. Vince Chhabria <br> Trial Date:  Not set <br> Action Filed: July 1, 2025 |

## SUPPLEMENTAL DECLARATION OF JUDITH CASH

I, Judith Cash, declare as follows:

1.      I am a resident of the State of California. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      On July 16, 2025, I read the Information Exchange Agreement between the Centers for Medicare & Medicaid Services and the Department of Homeland Security U.S. Immigration and Customs Enforcement for Disclosure of Identity and Location Information of Aliens, CMS Information Exchange Agreement No. 2025-80, effective date: July 9, 2025 (IEA).

3.      Frankly, I was shocked to read the IEA.

4.      CMS appears to have given ICE direct and unfettered access to T-MSIS, which contains personally identifiable information and protected health information of millions of people across the United States.  To my knowledge, this has never been done before.

5.      During my time with the CMS, CMS continually assured States and Medicaid applicants (and the general public) that their data would be used for administration of the program and would not be used beyond this purpose.  CMS explicitly stated that data collected would not be used for immigration enforcement purposes.

6.      Now, it appears that that CMS is giving ICE access to that data for the express purpose of identifying and locating noncitizens in the United States.

7.      This IEA flies in the face of those assurances and CMS's longstanding practices ensuring data privacy and protection.

8.      The IEA severely undermines the Medicaid program.  First, the Federal-State

partnership is required to effectively administer the Medicaid program.  However, States can no

longer rely on CMS's assurances on how it will use data States submit about their residents.

States can no longer rely on CMS's statements about how it will act in general.  Second,

applicants will be impeded from applying for Medicaid and getting critical services (if eligible) if

they are concerned that CMS is not going to protect their data.

I declare under the penalty of perjury under the laws of California and the United States

the foregoing is true and correct.

Executed this 29th day of July, 2025 in Napa, California.

Judith Cash