BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>   Defendants. | 3:25-cv-05536-VC<br><br>**STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE**<br><br>**Date:**       August 15, 2025<br>**Time:**      10:00 AM<br>**Courtroom:** via videoconference<br>**Judge:**     Hon. Vince Chhabria<br>**Trial Date:** Not set<br>**Action Filed:** July 1, 2025 |

Pursuant to Local Rules 6-2 and 7-12, the parties in the above captioned case jointly request that the Court reschedule the status conference set for August 15, 2025 at 10:00 AM. The parties stipulate and agree as follows:

1. This Court issued an order granting in part, and denying in part, Plaintiffs' motion for a preliminary injunction on August 12, 2025. ECF No. 98.

2. On August 13, 2025, the Court entered an order setting a status conference for Friday, August 15, 2025, at 10 AM. ECF No. 99. The Court's order requests that "the parties should be prepared to discuss whether the Court should set a prompt summary judgment schedule on the states' APA claim, or hold off pending the completion of a reasoned decisionmaking process by the agencies." *Id.*

3. Undersigned counsel for Defendants will be traveling by plane from Virginia to California with his family for annual leave at the time specified for the conference, and is therefore unavailable to meet at that time. He will be on preplanned leave the week of August 18-22, and traveling back home by plane on August 22.

4. In response to the Court's inquiry, Defendants report that they are still in the process of deliberating over next steps to be taken in light of the Court's order regarding the preliminary injunction motion. In deference to those ongoing deliberations, Defendants respectfully request that the Court hold off setting a summary judgment schedule at this time.

5. In light of both Defendants' counsel's schedule and the importance of the issues at stake, Plaintiff States respectfully request that the case management conference be rescheduled for the week of August 25.

6. Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this stipulation. It appears after the signature blocks for the plaintiff States.

A proposed order is attached.

Dated: August 14, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel (DC Bar No. 1017949)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*

Rob Bonta
Attorney General for the State of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Deputy Attorneys General


/s/ *Anna Rich*
Anna Rich
Deputy Attorney General

*Attorneys for Plaintiff State of California*

*Additional Counsel for Plaintiffs*

KRISTIN K. MAYES
Attorney General for the State of Arizona
ALEXA G. SALAS
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

PHILIP J. WEISER
Attorney General for the State of Colorado
RYAN LORCH
Senior Assistant Attorney General
SAM WOLTER
Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Ryan.lorch@coag.gov
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

KWAME RAOUL
Attorney General for the State of Illinois
HARPREET KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7127
sherief.gaber@ilag.gov
harpreet.khera@ilag.gov

*Attorneys for the State of Illinois*

AARON M. FREY
 Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

WILLIAM TONG
Attorney General of Connecticut
JANELLE MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov

*Attorneys for Plaintiff State of Connecticut*

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for Plaintiff State of Maine*

KATHLEEN JENNINGS
Attorney General for the State of Delaware
IAN R. LISTON
Director of Impact Litigation
JENNIFER KATE AARONSON
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
DAVID D. DAY
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Maine*

ANTHONY G. BROWN
Attorney General for the State of Maryland
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorneys for the State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for the State of Massachusetts
KATHERINE DIRKS
Chief State Trial Counsel
ETHAN W. MARKS
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

DANA NESSEL
Attorney General for the State of Michigan
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV
Special Counsel
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
ZOE LEVINE
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR
Special Counsel
28 Liberty St. New York, NY 10005
(212) 416-8240

*Attorneys for the State of Hawaiʻi*

KEITH ELLISON
Attorney General for the State of Minnesota
KATHERINE J. BIES (CA Bar No. 316749)
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
Attorney General for the State of Nevada
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
ESTEFANIA PUGLIESE-SAVILLE
ELIZABETH R. WALSH
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
elizabeth.walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General for the State of Rhode Island
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorneys for the State of Rhode Island*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802)828-3171
Ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

DAN RAYFIELD
Attorney General State of Oregon
BRIAN S. MARSHALL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Attorney(s) for Plaintiff State of Oregon*

NICHOLAS W. BROWN
Attorney General of Washington
ZANE MULLER
WILLIAM MCGINTY
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

*Attorneys for Plaintiff State of Washington*

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel