IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>  Defendants. | 3:25-cv-05536-VC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE STATUS CONFERENCE** |

Upon consideration of the parties' stipulation submitted August 14, 2025, and for good cause shown, the Court hereby **ORDERS** that the scheduling conference set for August 15, 2025, is rescheduled to _____;

**IT IS SO ORDERED**

DATED: _____, 2025    _____

HON. VINCE CHHABRIA
United States District Judge