UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California et al.                    ,

Plaintiff(s),

v.

U.S. Dept. of Health and Huma    ,

Defendant(s).

Case No. 3:25-cv-05536

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Harpreet Khera_____, an active member in good standing of the bar of
Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: State of Illinois_____ in the above-entitled action. My local co-counsel in this case is Anna Rich_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 230195_____.

115 S. LaSalle St., 35th Fl.
_____
MY ADDRESS OF RECORD

(773) 590-7127
_____
MY TELEPHONE # OF RECORD

harpreet.khera@ilag.gov
_____
MY EMAIL ADDRESS OF RECORD

1515 Clay St., Oakland, CA 94612-1499
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 879-0296
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Anna.Rich@doj.ca.gov
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6283235_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: <u>August 18, 2025</u>                    <u>Harpreet Khera</u>
                                                     APPLICANT

5

6

7

8                          ORDER GRANTING APPLICATION

9                   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of <u>Harpreet Khera</u>          is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: <u>   August 19, 2025   </u>

16

17  _____
                                                UNITED STATES DISTRICT/MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*