UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of California, et al.          ,

Plaintiff(s),

v.

U.S. Dep't of Health and Human          ,

Defendant(s).

Case No. 3:25-cv-05536-VC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Steven Travis Mayo          , an active member in good standing of the bar of Commonwealth of Kentucky          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Office of Kentucky Governor Andy Beshear above-entitled action. My local co-counsel in this case is Anna Rich          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 230195          .

501 High St., Frankfort, KY 40601
MY ADDRESS OF RECORD

(502)564-2611
MY TELEPHONE # OF RECORD

travis.mayo@ky.gov
MY EMAIL ADDRESS OF RECORD

1515 Clay St., Oakland, CA 94612
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(510) 879-1499
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Anna.Rich@doj.ca.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 92628          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1          times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2    the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4    Dated: 9/3/2025 _____                    Steven Travis Mayo _____
                                                       APPLICANT
5

6

7

8                        ORDER GRANTING APPLICATION

9                FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Steven Travis Mayo _____ is

12    granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13    must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14    counsel designated in the application will constitute notice to the party.

15    Dated:   September 4, 2025 _____

16

17    _____

18                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California