ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KEVIN G. REYES
ANNA RICH
STEPHANIE T. YU
KATHERINE MILTON (State Bar No. 284803)
Deputy Attorneys General
  455 Golden Gate Avenue, #11000
  San Francisco, CA 94102-7004
  Telephone: (415) 229-0118
  E-mail: Katherine.milton@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>                        Plaintiffs,<br>v.<br>**U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>                        Defendants. | Case No.: 3:25-cv-05536-VC<br><br>**DECLARATION OF DEBRA STANDRIDGE IN SUPPORT OF PLAINTIFFS' MOTION FOR AMENDED PRELIMINARY INJUNCTION**<br><br>Date:         September 23, 2025<br>Time:        2:00 p.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

**DECLARATION OF DEBRA STANDRIDGE**

I, Debra Standridge, declare as follows:

1. I am a resident of the State of Wisconsin. I am over the age of 18 and have personal knowledge of all the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

2. I am the Deputy Secretary of the Wisconsin Department of Health Services (WI-DHS). I am familiar with the information in the statements set forth below either through personal knowledge or in consultation with the staff from our Division of Medicaid Services.

3. WI-DHS is the single state agency responsible for administering Medicaid programs in Wisconsin. Wisconsin Medicaid programs include, but are not limited to: BadgerCare Plus, Care4Kids, Children's Long-Term Support Program, Katie Beckett, ForwardHealth Medicaid Emergency Services, SeniorCare, PACE, SSI-Related, IRIS, Family Care, and Family Care Partnership.[1]

4. Wisconsin Medicaid provides low-income individuals with comprehensive healthcare coverage and access to affordable, integrated, high-quality healthcare at no or low cost. Wisconsin Medicaid's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. WI-DHS' mission is to improve the overall health and well-being of all Wisconsinites.

5. WI-DHS is the largest purchaser of healthcare in Wisconsin. Wisconsin Medicaid and related programs cover approximately twenty percent of the state's population. In total,

---

[1] Full list of Wisconsin Medicaid Programs: Medicaid in Wisconsin: A to Z

1

Medicaid insures approximately 1.26 million people, half of which are children and over a quarter of a million are seniors and people with disabilities. More than one out of every three births in Wisconsin are funded by Medicaid.

6. Wisconsin Medicaid is authorized and funded in part through a Medicaid federal-state partnership. WI-DHS administers Wisconsin Medicaid pursuant to broad federal requirements as well as the terms of its "plan for medical assistance," also known as a State Plan, approved by the U.S. Centers for Medicare and Medicaid Services (CMS). WI-DHS receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Wisconsin's expenditures on eligible enrollees.

7. Most Wisconsin Medicaid enrollees are eligible for coverage paid for by joint federal and state funding. WI-DHS uses FFP funding to pay for a significant portion of Wisconsin Medicaid's insurance coverage, while Wisconsin covers the remaining costs. To qualify for FFP, the enrollee must, among other eligibility requirements, either be a citizen of the United States or have some other qualifying immigration status, for example lawful permanent residency. These individuals may qualify for what is referred to as "full-benefit" Medicaid.

8. For Wisconsin Medicaid applicants who do not have a qualifying immigration status, federal law authorizes the use of federal funding to treat life threatening emergencies. Emergency Medicaid covers life-threatening medical emergencies, including labor and delivery for pregnant individuals.

**Data Sharing Between WI-DHS and CMS**

9. Pursuant to federal law, and as a condition of receiving federal Medicaid funding, Wisconsin routinely shares certain categories of personal information regarding Wisconsin Medicaid enrollees with the federal government, including CMS.

2

10. WI-DHS submits monthly files to CMS through the Transformed Medicaid Statistical Information System (T-MSIS). These files include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Wisconsin Medicaid member enrolled in a federally authorized plan. These plans include enrollees who receive only emergency Medicaid or state-only Wisconsin Medicaid. WI-DHS' most recent transfer of data to T-MSIS occurred on 7/30/2025 and included demographic data for the month of June 2025.

11. WI-DHS also submits a Medicare Modernization Act (MMA) file, which includes demographic information on Medicaid members who are also eligible for Medicare. The file includes beneficiary name, address, date of birth, and Medicaid ID. The file is sent weekly and the last file was sent on 8/1/2025.

12. WI-DHS sends beneficiary demographic information to the Federally Facilitated Marketplace (FFM) including name, Social Security Number, date of birth, household size and composition, and Medicaid eligibility results. When someone applies for Medicaid through the FFM, the application is sent to the state. The state returns an eligibility decision back to the FFM. If someone applies directly to the state and is found not eligible for Medicaid, the state sends the denial file to the FFM so the person can be reviewed for eligibility for subsidies through the FFM.

13. WI-DHS submits data to SAVE (Systematic Alien Verification for Entitlements). Data is sent to SAVE to query a person's immigration status during the Medicaid eligibility determination process. SAVE is operated by the U.S. Citizenship and Immigration Services (USCIS) within the Department of Homeland Security. Data sent to the SAVE web service

includes an applicant's name, DOB, or Alien Registration Number. SAVE provides a verification response that confirms the applicant's immigration status.

14. WI-DHS also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes, such as the Payment Error Rate Measurement (PERM) program. Wisconsin provides access to eligibility, claims, and encounter data to CMS contractors every three years. The most recent access occurred on 06/2024-07/2025. PERM files include a beneficiary's name, Medicaid ID, date of birth, and eligibility category and general information in CARES Worker Web.

15. WI-DHS relies on CMS to protect the confidentially and security of Wisconsin's Medicaid data and to follow federal laws and regulations regarding redisclosure of that data, such as HHS's own prohibition on disclosure except as required for the purposes of administering the Medicaid program. The Wisconsin Legislature, in creating Wisconsin Statutes s. 49.81, a "Public assistance recipients' bill of rights," required confidentiality of all records.

16. CMS's representations created a substantial reliance interest in the federal government's well-established rules, policies, and norms regarding the privacy, security, and confidentiality of personally identifying information collected as part of Medicaid programs. For decades, WI-DHS has fostered trust with state residents by representing to them that their applications for public benefits are confidential and will not be used to facilitate immigration enforcement actions against them.

17. In the administration of Wisconsin Medicaid, WI-DHS clearly communicates to Wisconsin Medicaid enrollees the confidentiality and security provisions WI-DHS follows to safeguard Medicaid data.

18. WI-DHS communicates clearly to Medicaid enrollees that their personal information will be kept confidential and secure, and used only to determine eligibility and administer benefits. This is reinforced through enrollment materials and consent forms stating that information is protected under federal and state law; notices on the WI-DHS website and paper applications referencing privacy protections under HIPAA and Privacy statements and public assurances during Medicaid redetermination and renewal outreach efforts, particularly in 2023–2024 during the unwinding of continuous coverage. Enrollees are not advised that their information may be shared with immigration enforcement authorities or for purposes unrelated to Medicaid administration.

19. Public-facing materials produced and distributed by WI-DHS and partners consistently state: "Your information will not be shared with U.S. Citizenship and Immigration Services (USCIS) or U.S. Immigration Customs Enforcement (ICE) for purposes of immigration enforcement."

20. On July 17, 2025, an article published by the Associated Press reported that CMS had entered into an agreement with the U.S. Department of Homeland Security (DHS) that will give ICE officials access to the personally identifiable information (PII) of millions of Medicaid beneficiaries, for the purpose of finding "the location of aliens" across the country.[2]

**Harm from Disclosure of Wisconsin Medicaid PII Data to DHS**

21. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, WI-DHS's local administering agencies have received phone calls and questions from applicants and members about the safety and security of their information. WI-DHS has also fielded multiple inquiries from community-based advocates,

---

[2] Trump administration hands over nation's Medicaid enrollee data to ICE | AP News

providers, and entities that assist with Medicaid enrollment, with concerns about the sharing of member data and the effect it will have on members' willingness to stay enrolled in the program.

22. CMS' disclosure will likely result in a significant chilling effect for immigrants and their family members discouraging them from seeking medically necessary healthcare and Medicaid enrollment.

23. This chilling effect will result in individuals forgoing benefits for which they are eligible or seeking to disenroll themselves and their families from Wisconsin Medicaid. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury. This will ultimately unwind years of investment in expanding health coverage and access.

24. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Wisconsin. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal case will lead to increased rates of premature births, low birth weight infants, and congenital defects.

25. To the extent previously covered treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

26. These poor health outcomes will also harm the overall health of all residents, by both straining Wisconsin's healthcare delivery system as well as increasing the potential risks of the spread of infection and illness.

27. Over the last several months, WI-DHS' local administering agencies have described a significant uptick in the number of members who have called to disenroll from benefits that they are eligible for and entitled to – and in some cases, the benefits that their

children are eligible for and entitled to – because of fears around family separation and deportation if their data is shared.

28. Overall, CMS's disclosure interfere with Wisconsin's "Public assistance recipients' bill of rights," Wis. Stat. § 49.81(2), which guarantees recipients of public assistance the "right to confidentiality of agency records and files on the recipient," and undermine the assurances Wisconsin makes to its public benefits applicants, recipients, and household members that their data, including immigration status, will not be disclosed for purposes outside of administering the Medicaid program.

29. If CMS shared confidential Medicaid data with DHS for the purposes of immigration enforcement, such a disclosure would represent an unprecedented and grave betrayal of public trust. If true, this disclosure has likely already caused significant harm to Wisconsin's ability to operate and will cause further irreparable harm if not mitigated and repaired.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of August, 2025, in New Berlin, WI.

_____
DEBRA STANDRIDGE
Deputy Secretary
Wisconsin Department of Health Services

7