Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Kevin G. Reyes
Anna Rich
Stephanie T. Yu
Katherine Milton (State Bar No. 284803)
Deputy Attorneys General
  455 Golden Gate Avenue, #11000
  San Francisco, CA 94102-7004
  Telephone: (415) 229-0118
  E-mail: Katherine.milton@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>                            Plaintiffs,<br><br>    v.<br><br>**U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>                            Defendants. | Case No.: 3:25-cv-05536-VC<br><br>**DECLARATION OF LISA LEE IN SUPPORT OF PLAINTIFFS' MOTION FOR AMENDED PRELIMINARY INJUNCTION**<br><br>Date:          September 23, 2025<br>Time:         2:00 p.m.<br>Courtroom:  Courtroom 4<br>Judge:        Hon. Vince Chhabria<br>Trial Date:   Not set<br>Action Filed: July 1, 2025 |

\*\*\*\*\*
**DECLARATION OF LISA LEE**
\*\*\*\*\*

I, Lisa Lee, hereby declare:

I am a resident of the Commonwealth of Kentucky, I am over the age of 18 and have personal knowledge of all of the facts stated herein, except to those matters stated upon information and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

**Professional and Agency Background**

1. I am the Commissioner of the Kentucky Department for Medicaid Services ("DMS"), as appointed by Governor Andy Beshear. I have been employed as Commissioner since January 2020. I have a total of 21 years of experience working with DMS, including six years serving as Commissioner.

2. As Commissioner of DMS, I have personal knowledge of the matters set forth below or have knowledge of the matters based on my review of information and records gathered by my staff.

Kentucky Medicaid

3. DMS administers several programs that allow qualifying Kentucky residents to access free healthcare coverage.

4. The Kentucky Medicaid Program and Kentucky Children's Health Insurance Program ("KCHIP"), hereinafter referred jointly as Kentucky Medicaid, are state-federal partnerships that are partially federally funded and partially state funded. As of August 11, 2025, 1,436,949 Kentucky residents were enrolled in Kentucky Medicaid, of which 616,797 were children. Of the more than 600,000 children, approximately 109,000 were enrolled in

KCHIP.

5. Kentucky Medicaid provides comprehensive healthcare coverage for a wide range of services, including, but not limited to: primary care; hospitalization; laboratory tests; x-rays; prescriptions; mental health care, including substance use disorder or addiction treatment; dental care; hearing care; vision care; and preventive screenings.

6. Healthcare coverage provided through Kentucky Medicaid is primarily administered through managed care organizations ("MCOs") that receive a monthly capitation payment from the Commonwealth for each member enrolled in a particular MCO plan. About 90% of the population in Kentucky is served by MCOs.

### Federal Funding

7. Kentucky Medicaid is authorized and funded, in part, through a Medicaid federal-state partnership. DMS administers Kentucky Medicaid pursuant to broad federal requirements, as well at the terms of its state plan, which is approved by the U.S. Centers for Medicare and Medicaid Services ("CMS"). DMS receives the federal Medicaid funding contribution known as the "Federal Financial Participation" ("FFP"), which covers a percentage of Kentucky's expenditures on eligible enrollees. The current blended FFP across all populations for Kentucky is approximately 80% federal and 20% state.

**Data Sharing Between DMS and CMS**

8. Pursuant to federal law, specifically, 42 U.S.C. § 1396(a)(6), and as a condition of receiving federal Medicaid funding, Kentucky routinely shares certain categories of personal information regarding Kentucky Medicaid to CMS. For example, Kentucky uses the CMS Portal, Transformed Medicaid Statistical Information System ("T-MSIS"), through its DMS Medicaid Management Information System to submit and verify Medicaid data, such as data

related to enrollment, claims, and demographics. DMS submits monthly T-MSIS files to CMS that include demographic and eligibility information, such as name, address, date of birth, Medicaid ID, Social Security number (if provided), and eligibility status, for every Kentucky Medicaid enrollee, including those receiving Emergency Time-Limited Medicaid. DMS's most recent transfer of data to T-MSIS occurred on August 11, 2025.

9. Kentucky Medicaid also routinely provides CMS with data in response to Medicaid supplemental reviews and audits for federal oversight purposes.

10. CMS is required to protect the confidentiality and security of the Medicaid data that DMS shared, and to follow federal laws and regulations regarding disclosure of that data, including 42 U.S.C. § 1396a(a)(7) and 45 C.F.R. § 205.50, which "restrict the use or disclosure of information concerning applicants or recipients to purposes directly connected with the administration of the plan." *See* 45 C.F.R. § 205.50(a)(1)(i). DMS enforces strict state-level confidentiality rules: Medicaid client data cannot be shared outside authorized uses and only under defined conditions, and employees are prohibited from sharing individually identifiable information without authorization. If DMS staff shared Medicaid data with the knowledge that it will be used for a purpose that is unrelated to the agency they would violate KRS 61.931-.934.

11. Relying on CMS's representations, DMS operates its Medicaid program under the good-faith belief that data submitted to the T-MSIS and other federal systems will be used solely for Medicaid program administration and oversight. Kentucky depends on CMS to maintain data integrity, privacy, and security safeguards under Health Insurance Portability and Accountability Act ("HIPAA") (42 U.S.C. §§ 1320d-2-1320d-8; 45 C.F.R. Parts 160 and 164, as amended) and the Privacy Act of 1974 (5 U.S.C. § 552a, as amended and 45 C.F.R.

Part 5b); to limit redisclosure of personally identifiable information to only those uses authorized under federal law; and accurately allocate federal Medicaid funding based on enrollment and claims data submitted via T-MSIS.

12. DMS communicates clearly to Medicaid enrollees that their personal information will be kept confidential and secure, and used only to determine eligibility and administer benefits. This is reinforced through enrollment materials and consent forms stating that information is protected under federal and state law; in notices; on the DMS website; and in paper applications referencing privacy protections under HIPAA. Enrollees are not advised that their information may be shared with immigration enforcement authorities or for purposes unrelated to Medicaid administration.

**Harm from Disclosure of Kentucky Medicaid PII Data to DHS**

13. On June 13, 2025, an article published by the Associated Press reported that CMS had shared confidential Medicaid data with the Department of Homeland Security ("DHS"), including the personally identifiable information ("PII") of millions of Medicaid beneficiaries from California, Illinois, Washington, and the District of Columbia. The reporting stated that two top advisers to the Secretary of Health and Human Services, Robert F. Kennedy Jr., ordered CMS staff to provide this data to DHS over the objections of those staff members.[1]

14. Since the publishing of the Associated Press article covering the disclosure of Medicaid personal data to DHS, DMS has received multiple inquiries from advocacy groups (e.g., Kentucky Voices of Health and ThriveKY) and civil-rights organizations seeking clarification about what data was shared and under what authority. As far as DMS is aware, CMS has not disclosed Medicaid PII data for Kentucky enrollees, to date.

---

[1] "Trump administration gives personal data of immigrant Medicaid Enrollees to deportation officials." Kimberly Kindy and Amanda Seitaz, June 13, 2025, Associated Press.

15. However, based on my professional experience, I believe that the unauthorized disclosure of confidential data from other states by CMS to DHS has already harmed the Commonwealth of Kentucky by creating a significant chilling effect that will result in individuals foregoing benefits for which they are eligible or seeking to disenroll themselves and their families from Kentucky Medicaid. Some people will also avoid critical preventative care and necessary medical treatment, and in some cases may even avoid emergency medical services, possibly resulting in death or serious injury.

16. The chilling effect from this disclosure will also likely increase the risk of adverse health impacts for people in Kentucky. Deferring care can result in late-stage disease detection, unintended pregnancy, adverse health effects during pregnancy and childbirth, overdose, and increased morbidity and mortality for late-stage disease. Decreased access to prenatal care will lead to increased rates of premature births, low birth weight infants, and congenital defects.

17. These adverse health impacts will further strain scarce resources, negatively impact the budgeting assumptions underlying a managed care-dominant Medicaid program, and create worse health outcomes for Kentucky Medicaid members. For example, effective prenatal care lowers risks of premature births and NICU stays—each more expensive per capita. Managing chronic conditions (e.g., diabetes, hypertension) early and providing high quality preventive care can prevent expensive hospitalizations and more expensive episodes of care. Without Medicaid coverage, these costs fall on state healthcare systems, community health centers, and local public health funds, undermining the cost-savings that Medicaid normally delivers. To the extent the treatment is left uncompensated, the cost of which will ultimately be shifted to the broader healthcare delivery system and the state.

18. These negative health outcomes will also harm the overall health of all residents, by both straining Kentucky's healthcare delivery system as well as by increasing the potential risks of the spread of infection and illness.

19. Community-wide health suffers when individuals avoid care. The healthcare system will be overload in emergency departments and public clinics. There will be a rising disease transmission risks, particularly for conditions detectable via routine screening as well as delays in addressing infectious outbreaks, due to underutilized testing and treatment services.

20. Hospitals are legally obligated to treat patients regardless of their ability to pay for emergency medical care. When individuals receive care at hospitals and cannot pay or refuse to enroll in Medicaid given the chilling effect of federal policies, the uncompensated care costs are pushed onto hospitals already operating on slim margins, potentially impacting service capacity and resulting in budget cuts, staffing reductions, and increased service costs for all individuals receiving care at the facility.

21. The concerns of DMS were confirmed when it became publicly known that CMS would give Immigration and Customs Enforcement within the Department of Homeland Security access to the personal data of the nation's 79 million Medicaid enrollees.[2]

22. Overall, CMS's disclosure undermines the Kentucky Medicaid program. Breaches in confidentiality erode trust, undermining the willingness of eligible individuals to enroll or stay covered. Without that trust, Medicaid's core objectives—community health, cost containment, data-driven care, and equitable access—are severely compromised. As a result, there will be lower uptake, higher uncompensated care costs, and weaker public health outcomes.

---

[2] "Trump administration hands over Medicaid recipients' personal data, including addresses, to ICE." Kimberly Kindy and Amanda Seitz,, July 17, 2025, Associated Press.

23. Reports of this disclosure, and the public concern about it, have likely already caused significant harm to Kentucky's ability to operate an effective and efficient healthcare system and will cause further irreparable harm if not mitigated and repaired by this litigation.

24. I declare under penalty of perjury that I am authorized to sign this certification, that there is no single official or employee of DMS who has personal knowledge of all such matters; that the facts stated above have been assembled by employees of DMS as well as provided by experts outside of DMS, and I am informed that the information set forth above are in accordance with the information available to me and records maintained by DMS and are true and accurate. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed this 2nd day of September, 2025, in Frankfort, Kentucky.

_____
Lisa Lee, Commissioner