Rob Bonta
Attorney General of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Kevin G. Reyes
Anna Rich
Stephanie T. Yu
Katherine Milton (State Bar No. 284803)
Deputy Attorneys General
  455 Golden Gate Avenue, #11000
  San Francisco, CA 94102-7004
  Telephone: (415) 229-0118
  E-mail: Katherine.milton@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>                      Defendants. | Case No.: 3:25-cv-05536-VC<br><br>**DECLARATION OF ANNA RICH IN SUPPORT OF PLAINTIFFS' MOTION FOR AMENDED PRELIMINARY INJUNCTION**<br><br>Date:         September 23, 2025<br>Time:        2:00 p.m.<br>Courtroom:  Courtroom 4<br>Judge:       Hon. Vince Chhabria<br>Trial Date:  Not set<br>Action Filed: July 1, 2025 |

## DECLARATION OF ANNA RICH

I, Anna Rich, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California. I make this declaration in support of Plaintiffs' Motion to Amend the Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. As explained in the accompanying motion papers, Plaintiffs are seeking to include the two newly named Plaintiffs' jurisdictions, Kentucky and Wisconsin, in the Court's prior preliminary injunction order (ECF No. 98).

4. Counsel for the Wisconsin Attorney General's Office and the Kentucky Governor's Office initially reached out to our office about joining this lawsuit on or around July 23 and July 25, 2025, respectively.

5. In order to ensure that there would be no need to file multiple amended complaints and/or multiple motions to amend the preliminary injunction in quick succession, Plaintiffs needed several weeks to finalize the Amended Complaint.

6. Counsel for Defendants, Michael Gerardi, was unavailable from August 15-24, 2025. On August 27, 2025, I reached out to Mr. Gerardi to inform Defendants of Plaintiffs' intent to file an Amended Complaint, and to ask whether Defendants would stipulate to an amendment of the preliminary injunction.

7. Plaintiffs filed the Amended Complaint on August 28, 2025. On August 29, 2025, Mr. Gerardi informed Plaintiffs that Defendants would not stipulate to amendment of the preliminary injunction.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on September 4, 2025 in Oakland, California.

Anna Rich
Deputy Attorney General