BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | 3:25-cv-05536-VC |
| Plaintiffs, | **STIPULATION REGARDING ANSWER** |
| v. | **Judge:** Hon. Vince Chhabria |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | **Trial Date:** Not set |
| Defendants. | **Action Filed:** July 1, 2025 |

Pursuant to Local Rules 6-1, the parties in the above captioned case stipulate that the answer to Plaintiffs' amended complaint, ECF No. 108, be extended to October 27, 2025. In support of this stipulation, the parties state as follows:

1. This Court issued an order granting in part, and denying in part, Plaintiffs' motion for a preliminary injunction on August 12, 2025. ECF No. 98.

2. Plaintiffs filed an amended complaint on August 28, 2025. Pursuant to Federal Rule of Civil Procedure 15(a)(3), an answer or other responsive pleading is due on September 11, 2025.

3. In light of the Court's ruling on the preliminary injunction motion, and as discussed at the status conference held on August 29, 2025, Defendants are pursuing a decision-making process regarding the data sharing policies at issue in this case. The parties agree that it is appropriate to defer an answer to the complaint until Defendants complete this process and the administrative record supporting Defendants' decision is available for review.

4. The agreed-upon extension does not "alter the date of any event or any deadline already fixed by Court order," N.D. Cal. L.R. 6-1, and therefore does not require the approval of the Court. The parties further understand that this extension also delays requirements of the Local Rules that are linked to the answer deadline, including the requirements of Local Rule 16-5 regarding actions for review of an administrative record.

Dated: September 11, 2025            Respectfully submitted,

                                                                                  BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/Michael J. Gerardi
Michael J. Gerardi

Senior Trial Counsel (DC Bar No. 1017949)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*

ROB BONTA
Attorney General for the State of California
Neli Palma
Senior Assistant Attorney General
Kathleen Boergers
Supervising Deputy Attorney General
William Bellamy
Maria F. Buxton
Katherine Milton
Kevin G. Reyes
Stephanie T. Yu
Anna Rich
Deputy Attorneys General


/s/ *Anna Rich*
Anna Rich
Deputy Attorney General

*Attorneys for Plaintiff State of California*

*Additional Counsel for Plaintiffs*

KRISTIN K. MAYES
Attorney General for the State of Arizona
ALEXA G. SALAS
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
Alexa.Salas@azag.gov
ACL@azag.gov

*Attorneys for the State of Arizona*

PHILIP J. WEISER
Attorney General for the State of Colorado
RYAN LORCH
Senior Assistant Attorney General
SAM WOLTER
Assistant Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
Ryan.lorch@coag.gov
samuel.wolter@coag.gov

*Attorneys for the State of Colorado*

KWAME RAOUL
Attorney General for the State of Illinois
HARPREET KHERA
Bureau Chief, Special Litigation
SHERIEF GABER
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St.
Chicago, IL 60603
(773) 590-7127
sherief.gaber@ilag.gov
harpreet.khera@ilag.gov

*Attorneys for the State of Illinois*

S. TRAVIS MAYO
General Counsel
Office of the Governor of Kentucky
S. Travis Mayo
General Counsel
Taylor Payne
Chief Deputy General Counsel
Laura C. Tipton

WILLIAM TONG
Attorney General of Connecticut
JANELLE MEDEIROS
Special Counsel for Civil Rights
165 Capitol Ave
Hartford, CT 06106
(860) 808-5450
Janelle.Medeiros@ct.gov

*Attorneys for Plaintiff State of Connecticut*

AARON M. FREY
Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for Plaintiff State of Maine*

KATHLEEN JENNINGS
Attorney General for the State of Delaware
IAN R. LISTON
Director of Impact Litigation
JENNIFER KATE AARONSON
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

ANNE E. LOPEZ
Attorney General for the State of Hawaiʻi
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
DAVID D. DAY
Special Assistant to the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360

Deputy General Counsel
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Attorneys for Plaintiff Governor of Kentucky, Andy Beshear*

AARON M. FREY
 Attorney General for the State of Maine
BRENDAN KRECKEL
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
Tel.: 207-626-8800
brendan.d.kreckel@maine.gov

*Attorneys for the State of Maine*

ANTHONY G. BROWN
 Attorney General for the State of Maryland
MICHAEL DREZNER
Senior Assistant Attorney General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-6959
Mdrezner@oag.state.md.us

*Attorneys for the State of Maryland*

ANDREA JOY CAMPBELL
Attorney General for the State of Massachusetts
KATHERINE DIRKS
Chief State Trial Counsel
ETHAN W. MARKS
Assistant Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

DANA NESSEL

david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

KEITH ELLISON
Attorney General for the State of Minnesota
KATHERINE J. BIES (CA Bar No. 316749)
Special Counsel, Rule of Law
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 300-0917
Katherine.Bies@ag.state.mn.us

*Attorneys for the State of Minnesota*

AARON D. FORD
Attorney General for the State of Nevada
HEIDI PARRY STERN
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Attorneys for the State of Nevada*

MATTHEW J. PLATKIN
Attorney General of New Jersey
ESTEFANIA PUGLIESE-SAVILLE
ELIZABETH R. WALSH
Deputy Attorneys General
Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-5289
elizabeth.walsh@law.njoag.gov

*Attorneys for the State of New Jersey*

RAÚL TORREZ
Attorney General of New Mexico
AMY SENIER
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
asenier@nmdoj.gov

Attorney General for the State of Michigan
NEIL GIOVANATTI
BRYAN BEACH
Assistant Attorneys General
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
BeachB@michigan.gov

*Attorneys for the State of Michigan*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV
Special Counsel
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
ZOE LEVINE
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR
Special Counsel
28 Liberty St. New York, NY 10005
(212) 416-8240
mark.ladov@ag.ny.gov

*Attorneys for the State of New York*

PETER F. NERONHA
Attorney General for the State of Rhode Island
LEE B. STALEY
Chief, Health Care Unit
150 South Main Street
Providence, RI 02903
Phone: (401) 274-4400
Fax: (401) 222-2995
lstaley@riag.ri.gov

*Attorneys for the State of Rhode Island*

DAN RAYFIELD
Attorney General State of Oregon
BRIAN S. MARSHALL
Senior Assistant Attorney General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.oregon.gov

*Attorney(s) for Plaintiff State of Oregon*

*Attorneys for the State of New Mexico*

CHARITY R. CLARK
Attorney General for the State of Vermont
RYAN P. KANE
Deputy Solicitor General
109 State Street
Montpelier, VT 05609
(802)828-3171
Ryan.kane@vermont.gov

*Attorneys for the State of Vermont*

NICHOLAS W. BROWN
Attorney General of Washington
ZANE MULLER
WILLIAM MCGINTY
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

*Attorneys for Plaintiff State of Washington*

JOSHUA L. KAUL
Attorney General for the State of Wisconsin
KARLA Z. KECKHAVER
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
karla.keckhaver@wisdoj.gov

*Attorneys for Plaintiff State of Wisconsin*

## **DECLARATION**

I declare, under penalty of perjury, that the factual assertions contained in this stipulation are true and correct to the best of my knowledge.

/s/*Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel