IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF MICHAEL J. GERARDI** |

I, Michael J. Gerardi, declare as follows:

1. I am a Senior Trial Counsel in the Civil Division of the Department of Justice.

2. Attached as Exhibit A to this declaration is a list of cases in which the State of Wisconsin has been a co-plaintiff along with other states in litigation against the United States government since January 1, 2025. To generate this list, I searched PACER's database for civil cases filed in the District of Rhode Island, District of Massachusetts, Northern District of California, and the Western District of Washington in which the State of Wisconsin was a party. The list contains twenty-six entries, including the above-captioned matter.

***

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing declaration as is true and correct to the best of my knowledge, information, and belief.

Executed on September 15, 2025, in Washington, D.C.

*/s/Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel