# Exhibit A

Case 3:25-cv-05536-VC   Document 121-2   Filed 09/15/25   Page 2 of 2

State of California, et al. v. HHS, et al. No. 3:25-cv-5536-VC

| Court | Party | Role | Case Number | Case Title | Type | Date | URL |
|---|---|---|---|---|---|---|---|
| ridc | State of Wisconsin | pla | 1:2025cv00404 | State of New Jersey et al v. United States Department of Justice et al | cv | 8/18/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?60243 |
| madc | State of Wisconsin | pla | 1:2025cv12162 | Commonwealth of Massachusetts et al v. Trump et al | cv | 8/1/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?287522 |
| madc | State of Wisconsin | pla | 1:2025cv12118 | State of California et al v. U.S. Department of Health and Human Services (HHS) et al | cv | 7/29/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?287401 |
| candc | State of Wisconsin | pla | 3:2025cv06310 | State of California et al v. United States Department of Agriculture et al | cv | 7/28/2025 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?453513 |
| ridc | State of Wisconsin | pla | 1:2025cv00345 | State of New York et al v. U.S. Department of Justice et al | cv | 7/21/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?60060 |
| madc | State of Wisconsin | pla | 1:2025cv12006 | State of Washington et al v. Federal Emergency Management Agency et al | cv | 7/16/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?286918 |
| ridc | State of Wisconsin | pla | 1:2025cv00329 | State of California et al v. McMahon et al | cv | 7/14/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?60020 |
| candc | State of Wisconsin | pla | 3:2025cv05536 | State of California et al v. U.S. Department of Health and Human Services et al | cv | 7/1/2025 | https://ecf.cand.uscourts.gov/cgi-bin/iqquerymenu.pl?452203 |
| wawdc | State of Wisconsin | pla | 2:2025cv01228 | State of Washington et al v. United States Department of Education et al | cv | 6/30/2025 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?349885 |
| madc | State of Wisconsin | pla | 1:2025cv11816 | State of New Jersey et al v. U.S. Office of Management and Budget et al | cv | 6/24/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?286247 |
| ridc | State of Wisconsin | pla | 1:2025cv00208 | State of California et al v. United States Department of Transportation et al | cv | 5/13/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?59601 |
| ridc | State of Wisconsin | pla | 1:2025cv00206 | State of Illinois et al v. Federal Emergency Management Agency et al | cv | 5/13/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?59597 |
| wawdc | State of Wisconsin | pla | 2:2025cv00869 | State of Washington et al v. Trump et al | cv | 5/9/2025 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?348016 |
| wawdc | State of Wisconsin | pla | 2:2025cv00848 | State of Washington et al v. United States Department of Transportation et al | cv | 5/7/2025 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?347944 |
| ridc | State of Wisconsin | pla | 1:2025cv00196 | State of New York et al v. Kennedy et al | cv | 5/5/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?59507 |
| madc | State of Wisconsin | pla | 1:2025cv11116 | State of New York et al v. Department of Education et al | cv | 4/25/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?283921 |
| madc | State of Wisconsin | pla | 1:2025cv10814 | Commonwealth of Massachusetts et al v. Kennedy, Jr. et al | cv | 4/4/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?282917 |
| ridc | State of Wisconsin | pla | 1:2025cv00128 | State of Rhode Island, et al. v. Trump et al | cv | 4/4/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?59257 |
| madc | State of Wisconsin | pla | 1:2025cv10810 | State of California et al v. Trump et al | cv | 4/3/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?282905 |
| ridc | State of Wisconsin | pla | 1:2025cv00121 | State of Colorado et al v. U.S. Department of Health and Human Services, et al. | cv | 4/1/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?59214 |
| madc | State of Wisconsin | pla | 1:2025cv10601 | State of New York, et al. v. McMahon, et al. | cv | 3/13/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?281941 |
| madc | State of Wisconsin | pla | 1:2025cv10548 | State of California et al v. U.S Department of Education et al | cv | 3/6/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?281668 |
| madc | State of Wisconsin | pla | 1:2025cv10338 | Commonwealth of Massachusetts, et al. v. National Institutes of Health, et al | cv | 2/10/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?280590 |
| wawdc | State of Wisconsin | am | 2:2025cv00241 | Shilling et al v. United States of America et al | cv | 2/6/2025 | https://ecf.wawd.uscourts.gov/cgi-bin/iqquerymenu.pl?344431 |
| ridc | State of Wisconsin | pla | 1:2025cv00039 | State of New York et al v. Trump et al | cv | 1/28/2025 | https://ecf.rid.uscourts.gov/cgi-bin/iqquerymenu.pl?58912 |
| madc | State of Wisconsin | pla | 1:2025cv10139 | State of New Jersey et al v. Trump et al | cv | 1/21/2025 | https://ecf.mad.uscourts.gov/cgi-bin/iqquerymenu.pl?279895 |