UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Case No. 25-cv-05536-VC<br><br>**ORDER RE MOTION TO AMEND PRELIMINARY INJUNCTION TO ADD KENTUCKY AND WISCONSIN**<br><br>Re: Dkt. Nos. 118, 122, 124 |

The defendants are not wrong to assert that delay in joining a lawsuit until after a preliminary injunction issues could be indicative of tactical gamesmanship and could warrant denial of a motion to expand the scope of the preliminary injunction. But there's no reason to think that this occurred here, for the reasons discussed in the states' reply brief. Accordingly, the motion to amend the preliminary injunction to add Kentucky and Wisconsin is granted.

**IT IS SO ORDERED.**

Dated: September 22, 2025

VINCE CHHABRIA
United States District Judge