BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>    Defendants. | 3:25-cv-05536-VC<br><br>**NOTICE OF COMPLETION OF DECISIONMAKING PROCESS BY DEFENDANTS**<br><br>**Judge:**    Hon. Vince Chhabria<br>**Trial Date:**    Not set<br>**Action Filed:** July 1, 2025 |

Defendants hereby give notice of the completion of the decision-making process discussed in the Court's order granting a preliminary injunction, ECF No. 98. The relevant decision documents from U.S. Department of Health and Human Services and U.S. Immigration and Customs Enforcement (a subagency of U.S. Department of Homeland Security) are attached as exhibits to this notice. Defendants also give notice that ICE will be issuing a formal letter to HHS requesting information. That letter will be signed and transmitted to HHS on or before the publication of HHS's Federal Register notice on November 25, 2025. A copy of the letter will be lodged with the Court and transmitted to Plaintiffs as soon as it is signed.

Under the terms of the Court's order, the preliminary injunction currently in effect will begin tolling on November 25, 2025, and expire on December 9, 2025.

Dated: November 21, 2025                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel (DC Bar No. 1017949)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*