BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 616-0680
E-mail: michael.j.gerardi@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　Defendants. | 3:25-cv-05536-VC<br><br>**SUPPLEMENT TO NOTICE OF COMPLETION OF DECISIONMAKING PROCESS BY DEFENDANTS**<br><br>**Judge:**　　Hon. Vince Chhabria<br>**Trial Date:**　Not set<br>**Action Filed:** July 1, 2025 |

In their notice filed November 21, 2025, Defendants stated that "[U.S. Immigration and Customs Enforcement] will be issuing a formal letter to [U.S. Department of Health and Human Services] requesting information" about Medicaid recipients with unsatisfactory immigration status. That letter was transmitted on November 24, 2025, and is attached to this notice.

Dated: November 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/Michael J. Gerardi*
Michael J. Gerardi
Senior Trial Counsel (DC Bar No. 1017949)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-0680
Fax: (202) 616-8460
E-mail: Michael.J.Gerardi@usdoj.gov

*Counsel for Defendants*