# EXHIBIT A



*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street, NW
Washington, DC 20536

**U.S. Immigration and Customs Enforcement**

November 24, 2025

Leslie Nettles
Senior Official for Privacy
Director, Division of Security, Privacy Policy & Oversight
Information Security & Privacy Group
Office of Information Technology
Centers for Medicare & Medicaid Services
Department of Health and Human Services

Re:   Request for Information

Dear Ms. Nettles:

This letter is to request information from the Department of Health and Human Services (HHS), Center for Medicare and Medicaid Services (CMS), in support of U.S. Immigration and Customs Enforcement (ICE) immigration enforcement priorities in accordance with the President's Executive Order 14,159. I am requesting this information pursuant to section (b)(7) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(7), 8 U.S.C. § 1360(b), 8 U.S.C. § 1373, 6 U.S.C. § 122, and have delegated authority to do so from the ICE Director.

ICE is requesting HHS provide CMS Medicaid data from June 2025 to the present pertaining to the biographical, contact, and location information of individuals with unsatisfactory immigration status (aliens not lawfully admitted for permanent residence or otherwise permanently residing in the United States under color of law). This request includes citizenship and immigration status, address, phone number, date of birth, and Medicaid ID.

This requested information is necessary to ensure that the primary mission of ICE, to enforce provisions of the Immigration and Naturalization Act and other Federal laws relating to the unlawful presence of aliens in the United States, including using civil enforcement authorities, are met.

Please let me know if you have any questions.

Sincerely,

Marcos D. Charles
Acting Executive Associate Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

**FOR OFFICIAL USE ONLY**

Classified as HHS Proprietary - Label applied by: Tamara.Clark@hhs.gov