ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay St., Floor 20
  Oakland, CA 94612-1499
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,** <br>                            Plaintiffs, <br>v. <br>**U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security, <br>                            Defendants. | Case No. 3:25-cv-05536-VC <br><br>**DECLARATION OF ANNA RICH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>Date:      December 9, 2025 <br>Time:     2:00 p.m. <br>Dept:      Courtroom 4 <br>Judge:    Hon. Vince Chhabria <br>Trial Date: Not set <br>Action Filed: July 1, 2025 |

## **DECLARATION OF ANNA RICH**

I, Anna Rich, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California. I make this declaration in support to Plaintiffs' Motion for Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. A true and correct copy of the policy statement issued by U.S. Immigration and Customs Enforcement ICE dated October 25, 2013, titled "Clarification of Existing Practices Related to Certain Health Care Information," and located at https://www.ice.gov/doclib/ero-outreach/pdf/ice-aca-memo.pdf is attached hereto as **Exhibit A**.

4. A true and correct copy of the guidance letter from Acting Deputy Administrator and Director Caprice Knapp to State Medicaid Director dated September 30, 2025, titled "Re: Medicaid Managed Care Payments and Emergency Medical Condition Coverage for Aliens Ineligible for Full Medicaid Benefits," and located at https://www.medicaid.gov/federal-policy-guidance/downloads/smd25003.pdf is attached hereto as **Exhibit B**.

I declare under penalty and perjury that the foregoing is true and correct. Executed on December 2, 2025 in Oakland, California.

__/s/ *Anna Rich*_____

Anna Rich
Deputy Attorney General