Martha Jane Perkins (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Tel.: (919) 968-6308
perkins@healthlaw.org

Joanna Elise Cuevas Ingram (SBN 290011)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
Tel.: (202) 216-0261
cuevasingram@nilc.org

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | 3:25-cv-05536-VC |
| Plaintiffs, | **UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY NATIONAL HEALTH LAW PROGRAM, COLORADO CENTER ON LAW AND POLICY, COMMUNITY LEGAL SERVICES, ESPERANZA HEALTH CENTERS, HEALTH LAW ADVOCATES, MICHIGAN POVERTY LAW PROGRAM, NEW HAVEN LEGAL ASSISTANCE ASSOCIATION, INC., NEW YORK LAWYERS FOR THE PUBLIC INTEREST, OREGON LAW CENTER, TENNESSEE JUSTICE CENTER, VIRGINIA POVERTY LAW CENTER, AND UNIDOSUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |
| | Date: December 9, 2025
Time: 2pm
Courtroom: Via videoconference
Judge: Hon. Vince Chhabria
Trial Date: Not set
Action Filed: July 1, 2025 |

The National Health Law Program, Colorado Center on Law and Policy, Community Legal Services, Esperanza Health Centers, Health Law Advocates, Michigan Poverty Law Program, New Haven Legal Assistance Association, Inc., New York Lawyers for the Public Interest, Oregon Law Center, Tennessee Justice Center, Virginia Poverty Law Center, and UnidosUS move for leave to file the attached brief as *amicus curiae* in the above-captioned matter, in support of Plaintiffs' pending Motion for Preliminary Injunction (ECF 134).

Proposed *Amici* are non-profit legal, advocacy, and health organizations who serve and advocate on behalf of low-income immigrants who seek health care. Their proposed brief explains the serious harm and unacknowledged reliance interests of their clients and patients and highlights questions and concerns that *Amici* would have raised during a comment period.

On December 1, 2025, counsel for *Amici* contacted counsel for all parties to seek their position on *Amici*'s filing. All parties consent to the Court's allowing filing of the brief.

A proposed order is attached.

Dated: December 3, 2025              Respectfully submitted

/s/ *Martha Jane Perkins*

NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Tel.: (919) 968-6308
perkins@healthlaw.org

*Counsel of Record for Amici*

Joanna Elise Cuevas Ingram (SBN 290011)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
Tel.: (202) 216-0261
cuevasingram@nilc.org