Martha Jane Perkins (SBN 104784)
NATIONAL HEALTH LAW PROGRAM
1512 E. Franklin Street, Suite 110
Chapel Hill, NC 27514
Tel.: (919) 968-6308
perkins@healthlaw.org

Joanna Elise Cuevas Ingram (SBN 290011)
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, DC 20043
Tel.: (202) 216-0261
cuevasingram@nilc.org

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | 3:25-cv-05536-VC <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF BY NATIONAL HEALTH LAW PROGRAM, COLORADO CENTER ON LAW AND POLICY, COMMUNITY LEGAL SERVICES, ESPERANZA HEALTH CENTERS, HEALTH LAW ADVOCATES, MICHIGAN POVERTY LAW PROGRAM, NEW HAVEN LEGAL ASSISTANCE ASSOCIATION, INC., NEW YORK LAWYERS FOR THE PUBLIC INTEREST, OREGON LAW CENTER, TENNESSEE JUSTICE CENTER, VIRGINIA POVERTY LAW CENTER, AND UNIDOSUS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: December 9, 2025 <br> Time: 2pm <br> Courtroom: Via videoconference <br> Judge: Hon. Vince Chhabria <br> Trial Date: Not set <br> Action Filed: July 1, 2025 |

      The motion of the National Health Law Program, Colorado Center on Law and Policy, Community Legal Services, Esperanza Health Centers, Health Law Advocates, Michigan Poverty Law Program, New Haven Legal Assistance Association, Inc., New York Lawyers for the Public Interest, Oregon Law Center, Tennessee Justice Center, Virginia Poverty Law Center, and UnidosUS to file an amicus curiae brief in support of Plaintiffs' Motion for a Preliminary Injunction is **GRANTED**.

      **SO ORDERED.**

      _____

      Hon. Vince Chabbria
      U.S. District Court Judge