UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | Case No.  25-cv-05536-VC |
| Plaintiffs, | |
| v. | **ORDER EXTENDING PRELIMINARY INJUNCTION** |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | Re: Dkt. Nos. 98, 127 |
| Defendants. | |

Pursuant to the Court's prior orders, Dkt. Nos. 98, 127, DHS is preliminarily enjoined from using any Medicaid data obtained from the plaintiff states (California, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, Washington, and Wisconsin) for immigration enforcement purposes. That includes data already acquired from CMS. Furthermore, HHS is preliminarily enjoined from sharing any Medicaid data obtained from the plaintiff states with DHS for immigration enforcement purposes.

For the administrative purpose of allowing the Court to consider the issues presented in the states' renewed motion for preliminary injunction, as well as those issues to be further briefed in the wake of today's hearing, the preliminary injunction is extended until January 5, 2026. Furthermore, because the new policy applies not only to data from the Medicaid program, but also to data from programs relating to the Affordable Care Act and the "insurance affordability programs" enumerated on page 3 of the ICE Memorandum, Dkt. No. 131-2, the preliminary injunction is extended to data from those programs as well.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____

VINCE CHHABRIA
United States District Judge