| | |
|---|---|
| **From:** | Anna Rich |
| **To:** | Gerardi, Michael J. (CIV) |
| **Cc:** | Ladov, Mark; Kathleen Boergers |
| **Subject:** | RE: CA v. HHS, Next Steps |
| **Date:** | Friday, January 30, 2026 9:54:00 AM |

Dear Michael—

Plaintiffs appreciate the information you provided.  After consulting with co-counsel, we have some additional requests for confirmation and questions, so that we may provide clear and accurate information to State Medicaid agencies and public healthcare stakeholders.

First, we have drafted a message for stakeholders based on Defendants' representations and the Court's most recent order.  Please let us know if Defendants can confirm that these statements are accurate (with respect to the Plaintiff States).

> HHS (including the Centers for Medicare and Medicaid Services (CMS), the federal agency that administers [insert name of State Medicaid program], and DHS (including the Immigrations and Customs Enforcement agency (ICE)), have confirmed to the States that they are complying with the Court's injunction.  This means:

> HHS will not share, and DHS will not use, any federal healthcare data from any program other than Medicaid.

> HHS will not share, and DHS will not use, Medicaid data from individuals who have permission to live and/or work in the United States, or are otherwise lawfully present.  This includes, for example: lawful permanent residents ("LPRs," also known as "green card holders") and those with pending applications for adjustment to LPR status, people with valid visas (immigrant and non-immigrant), refugees and asylees, applicants for asylum or withholding or deferral of removal, people who have been granted withholding or deferral of removal, recipients of deferred action (including Deferred Action for Childhood Arrivals (DACA)), recipients of deferred enforced departure (DED) status, special immigrant juveniles, holders of Temporary Protected Status, and anyone otherwise permanently residing under color of law (PRUCOL).

> HHS and DHS will only share Medicaid data for individuals who have been identified by DHS (based on non-Medicaid records) as not lawfully present in the United States.  Medicaid data often does not include comprehensive or up-to-date information about patients' immigration status.  Therefore, DHS will ask HHS for information about specific individuals known to not be lawfully present, but DHS will not ask HHS to identify whether someone is unlawfully present based on their eligibility for Medicaid benefits.

> HHS will share, and DHS will use, limited Medicaid information only from individuals who are not lawfully present in the United States.  The only Medicaid information about individuals who are not residing lawfully that may be shared (if CMS has that information and it can be separated from other confidential information) is:  citizenship and immigration status,

address, phone number, date of birth, and Medicaid ID.  Any other information that HHS may have, including but not limited to the names and addresses of a recipients' doctors, or their medical diagnosis or treatment, cannot be shared by HHS, or used by DHS.

Plaintiffs also have some related follow up questions:

1. Can CMS explain which Medicaid data sources are being shared with ICE?
2. Can CMS confirm that it is not planning to provide an addendum for state Medicaid applications clarifying its Medicaid data sharing policies as a result of its new data sharing policies until after the final resolution of this litigation?
3. Does DHS plan to request and use the data that Plaintiff States already provide to CMS in the normal course of Medicaid administration, or will it make targeted and periodic requests for the allowable data?
4. Would CMS be willing to provide the Plaintiff States any data shared with ICE pursuant to the Court's order?

We're looking forward to Defendants' responses as well as production of the administrative record.  Thanks, Anna

---

**From:** Anna Rich
**Sent:** Friday, January 23, 2026 10:55 AM
**To:** 'Gerardi, Michael J. (CIV)' <Michael.J.Gerardi@usdoj.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** RE: CA v. HHS, Next Steps

Michael—

Thank you for this update.  We will look forward to receiving a draft administrative record on or around February 6, and will plan a meet and confer to discuss a proposed briefing schedule (including if needed resolution of any questions we have about the record) after we've had opportunity to review.

In terms of our questions about how Defendants are implementing and communicating about the preliminary injunction, if the federal government is not planning any of its own interim public communication, then Plaintiffs or State agencies will likely want to provide their own plain-English, contextualized information about the PI order to our residents.   I will get back to you with more specific questions for Defendants' next week, after we've had a chance to gather input from our co-counsel, etc.   --Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Thursday, January 22, 2026 8:21 AM

**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** RE: CA v. HHS, Next Steps

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Anna, thanks for your patience.

First, we are at work on a first pass of compiling a draft of the certified record now. I have penciled in February 6 as a deadline to get you a first draft; I have three briefs due next week, and I will need some time to take a look at their work when I am done getting those put to bed to provide edits and ask questions. From there, I anticipate that you might have questions about contents or supplementation. I'm hopeful we can just reach agreement, but depending on how it goes, we can either tee the record issue up for the Court, or give him a schedule for summary judgment proceedings. Let me know if that works for you.

Second, I have conferred with the agencies and they have confirmed that they are in compliance with the injunction. CMS/HHS shares information (in compliance with the injunction and to the extent they possess it) in response to requests from ICE for information about individuals who are not lawfully present in the United States.

Third, CMS is still in the process of working through the various changes and updates that might need to be made to public-facing materials in light of the policy change regarding Medicaid data. Obviously, the most significant aspect of that change is CMS's Federal Register notice, which formally puts the public on notice of the change in policy moving forward. As the court authorized CMS to share Medicaid data less than a month ago, and that authorization could be subject to change after final judgment or appeal in this case, it will take time to complete implementation of any contemplated changes.

MJG

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Tuesday, January 20, 2026 12:25 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA v. HHS, Next Steps

Michael—

Checking in on next steps:  have you heard back from your clients regarding these questions?  --Anna

---

**From:** Anna Rich
**Sent:** Monday, January 12, 2026 12:00 PM
**To:** 'Gerardi, Michael J. (CIV)' <Michael.J.Gerardi@usdoj.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** RE: CA v. HHS, Next Steps

Michael-- Thank you for your time today.  Confirming that you will check with your clients about the following questions:

- When do Defendants expect to produce the certified administrative record for their new agency policies (both those challenged in the original complaint and prior motion, and those challenged in Plaintiffs' most recent motion for a preliminary injunction)?

- How are Defendants planning to implement the most recent PI order, in particular the Court's requirement that HHS and CMS share only information pertaining to noncitizens not lawfully residing in the U.S.?

- What are CMS's plans for modification of its public communications regarding their data sharing and data collection policies, and changes to any requirements or guidance for State agencies?

You stated you hoped to have initial answers to these questions later this week, and we will plan to discuss a possible briefing schedule to propose to the Court after we get more details.   –Anna

Anna Rich | Deputy Attorney General
She/her/hers
California Department of Justice
Healthcare Rights & Access Section
1515 Clay St.
Oakland, CA 94612-1499
Office: (510) 879-0296
Anna.Rich@doj.ca.gov

-----Original Appointment-----
**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Wednesday, January 7, 2026 12:15 PM
**To:** Gerardi, Michael J. (CIV); Anna Rich
**Cc:** Ladov, Mark
**Subject:** CA v. HHS, Next Steps
**When:** Monday, January 12, 2026 2:00 PM-2:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Let's meet Monday at 2 PM ET / 11 AM PT. I've included a Teams link below. ~MJG
_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 992 826 013 457

Passcode: y34rG6rW

---

### Dial in by phone

+1 202-235-7900,,489213507# United States, Washington

Find a local number

Phone conference ID: 489 213 507#

For organizers: Meeting options | Reset dial-in PIN

_____

_____

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Wednesday, January 7, 2026 12:16 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>
**Subject:** [EXTERNAL] RE: CA v. HHS, Next Steps

Yes—the best times this week would be Friday 10-11 or 12:30-1:30 PST, or if that doesn't work, Monday at 11-12 or 1-2 PST. Let us know if there is a good time in there for you. --Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Wednesday, January 7, 2026 7:28 AM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Ladov, Mark <mark.ladov@ag.ny.gov>
**Subject:** RE: CA v. HHS, Next Steps

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna & Mark,

Could we schedule a call this week or early next week to discuss next steps in this case? I would like to reach out to the Court soon to let it know how we wish to proceed and to put together a schedule for next steps, as appropriate.

Regards,

Michael J. Gerardi
Senior Trial Counsel, Federal Programs Branch

Civil Division, US DOJ
1100 L St. NW, Washington DC 20005

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.