
Play Live Radio


MY PLAYLIST

why    ➕ JOIN NPR+                                                    DONATE

HEALTH

# Medicaid can share data with ICE. Here's how that 180-degree change spreads fear

MARCH 13, 2026 · 5:00 AM ET

HEARD ON MORNING EDITION

By Alex Olgin

**3-Minute Listen**                                      PLAYLIST    TRANSCRIPT

Dr. Acklema Mohammad checks a patient at El Nuevo San Juan Health Center in the Bronx in New York City in 2024. Community health clinics, like this one, are often located in immigrant communities and rely on Medicaid.

*Eduardo Munoz Alvarez/AP*

For decades, people applying for Medicaid were told their personal information — including their names, addresses and immigration status — would not be used for immigration enforcement.

But a December court ruling changed that. And that change has sent ripples of fear through families and communities.

"My daughter's life depends on Medicaid," says P., who asked that NPR identify her by her first initial only.

P. and her family have legal immigration status, but she fears that the health insurance keeping her medically fragile daughter alive could also put her family at risk of being detained or deported by immigration authorities.

Sponsor Message

For decades Medicaid promised eligible immigrants they wouldn't share information with immigration authorities. It was even explicitly written on government websites. Those commitments are no longer on the Medicaid website.

The promise was meant to assure eligible immigrants "to feel comfortable that they can access their care without fear of putting their immigration status into jeopardy," says Cindy Mann, who oversaw Medicaid during the Obama administration and now works at the legal and consulting firm Manatt Health.

Mann calls the change, which the Trump administration began quietly last year, a "180-degree reversal of longstanding policy."

**"Anxiety every day"**

P.'s 11-year-old daughter has Rett Syndrome, a rare neurological condition that makes it hard for her to eat, breathe, walk and talk.

"She receives in-home support," P. says, along with frequent visits to cardiologists, pulmonologists and other specialists. "She also receives [physical therapy], [occupational therapy], speech, aquatic therapy on a weekly basis."



HEALTH REPORTING IN THE STATES

**When ICE came, Minneapolis created underground health networks. Should other cities?**

All this care would cost tens of thousands of dollars without Medicaid — the joint state and federal health insurance program for more than 70 million people with low-incomes or disabilities.

P. says she and her husband are allowed to work in the U.S. legally and have private health insurance through their jobs. They have two children who qualify for Medicaid coverage because of disabilities.

"It brings us an amount of anxiety every day," P. says. She's had friends detained by immigration authorities and she worries about her family's safety. This is the case even though everyone in P.'s family has legal status, including two of their children who are citizens.

**Sponsor Message**

## Unusual requests

Twenty-two states have sued to stop federal health agencies from sharing Medicaid data with the Department of Homeland Security, including Arizona, Michigan and New Jersey. At the moment, following the December ruling in federal court in San Francisco, Medicaid can share names, addresses and other identifying information for people who are in the country unlawfully with immigration officials. In the remaining 28 states including Texas, Kentucky and Utah, there are no limits on what Medicaid data can be shared with Immigration and Customs Enforcement and other entities.

Some other recent federal actions are raising new alarms.



An employee in Rayito de Sol Spanish Immersion preschool in Chicago was taken into federal custody on Nov. 5, 2025. Immigration enforcement at schools and hospitals was against policy under previous presidents. Here, two parents console each other.

*Erin Hooley/AP*

One former state Medicaid director told NPR they received what they described as a highly unusual request from the federal government in summer 2025 — a list of mostly Latino-looking last names, with instructions to check only immigration status.

The director, who spoke on condition of anonymity because they were not authorized to discuss federal communications, said that's not how these reviews typically work. Usually, states are asked to review all criteria — income, disability and immigration status — to determine eligibility for the program, not single out one factor.

**IMMIGRATION**

**Immigration detention on track for deadliest fiscal year since 2004**

The director says they were floored. After reviewing the cases, they found everyone on the list remained eligible to continue with Medicaid.

Last August, the federal agency that oversees Medicaid, the Centers for Medicare & Medicaid Services (CMS), started a new initiative to review immigration status

of Medicaid enrollees. The agency said in a press release it would start sending monthly enrollment reports with names of people it needed states to verify.

The Department of Homeland Security did not respond to NPR's questions about whether the data has been used for immigration enforcement. In the Federal Register and in a memo issued in October 2025, ICE says that it is rescinding a 2013 policy that said CMS and HHS data would not be used for immigration enforcement. The Associated Press first reported on the Trump administration's change in July 2025.

Sponsor Message



Another price increase from your provider?
Switch to Spectrum and get peace of mind with a 3-year price guarantee.

Learn more

Spectrum▸

Restrictions apply

**Choosing between care and fear**

At Venice Family Clinic in Los Angeles, staff say patients are increasingly asking whether it's safe to remain on Medicaid.

Pattie Lopez manages the clinic's health insurance department. She says one patient became so worried about the policy change that she dropped her coverage — only to return after struggling without it.

"She found it incredibly hard to go without health coverage," Lopez says. "Now she's here taking a risk because she needs her medication."

Venice Family Clinic is qualified to receive special federal funding to take care of vulnerable communities, and 80% of its 45,000 patients rely on Medicaid. If people drop coverage but still need care, the clinic could face financial strain. It has already frozen hiring and is looking for other ways to cut costs.



HEALTH

**Some Public Health Service officers deployed in detention centers suffer 'moral distress'**

Andrew Cohen, an attorney with Health Law Advocates in Massachusetts, said that for people already enrolled in Medicaid or other programs, the federal government likely has their information already.

"So remaining on coverage may be no additional risk," he said. "But there are instances where it may not be safe for everybody."



ICE agents detain a person on January 13, 2026 in Minneapolis. Arrests, detainments and deportations in Minnesota, Illinois and other states have engendered fear in immigrant communities, including among people with legal status.

*Stephen Maturen/Getty Images*

Some immigrants may be weighing whether to sign up or continue coverage. For P., though, walking away from Medicaid isn't possible.

"We don't have any other option," she says about dropping coverage for her severely disabled daughter. "We will have to risk that."

Without the coverage, she says, it's her daughter's life that would be at risk.

medicaid    immigration policy



## The news you need to start your day

Our journalists summarize the biggest stories in the Up First newsletter so you can stay informed, not overwhelmed.

| Email address | SIGN UP |

See more subscription options

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

**More Stories From NPR**



**The Pentagon orders troops from the 82nd Airborne Division to deploy to the Middle East**



NATIONAL
**A professional cornhole player and quadruple amputee is arrested for murder**



NATIONAL

**Appeals court overturns former UCLA gynecologist's sex abuse conviction**



POLITICS

**Trump approval is low, a new poll shows. Here's who's pulling away**



TRUMP'S TERMS

**The Trump gold coin is not normal : Trump's Terms**

**Are you sure you know what 'gaslighting' is?**

**Popular on NPR.org**



MIDDLE EAST CONFLICT

**Iran rejects Trump's proposal to end the war and lays out 5 conditions, state TV says**



NATIONAL

**A professional cornhole player and quadruple amputee is arrested for murder**



TECHNOLOGY

**Your data is everywhere. The government is buying it without a warrant**



NATIONAL

**An air traffic controller was juggling extra roles during the LaGuardia plane crash**



WORD OF THE WEEK

**Are you sure you know what 'gaslighting' is?**



BUSINESS

**They gave her business a lifeline, then froze all her money**

**NPR Editors' Picks**



POLITICS

**DHS funding deal on shaky ground as Trump and Democrats both decline to embrace it**



LAW

**A 92-year-old judge will take on the Maduro case. What do we know about him?**



TINY DESK

**Mumford & Sons: Tiny Desk Concert**



NATIONAL

**A shelter village provides a bridge to permanent housing**



NEWS

**How Trump's Iran war objectives have shifted over time**



THE INDICATOR FROM PLANET MONEY

**Your next flight doesn't have to be so expensive. Here's why**

| READ & LISTEN | CONNECT |
|---|---|
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Culture** | **Instagram** |
| **Music** | **Press** |
| **Podcasts & Shows** | **Public Editor** |
| | **Corrections** |
| | **Transcripts** |
| | **Contact & Help** |

| ABOUT NPR | GET INVOLVED |
|---|---|
| **Overview** | **Support Public Radio** |
| **Diversity** | **Sponsor NPR** |
| **NPR Network** | **NPR Careers** |
| **Accessibility** | **NPR Shop** |
| **Ethics** | **NPR Extra** |
| **Finances** | |

terms of use

privacy

your privacy choices

text only

© 2026 npr