BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-05536-VC <br><br> **DECLARATION OF CHRISTIAN DIBBLEE** |

I, Christian Dibblee, declare as follows:

1.      I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I make this declaration in support of the Defendants' Opposition to Plaintiffs' Motion to Enforce, ECF No. 155.  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.      Attached as Exhibit 1 is a true and correct copy of email correspondence between

Plaintiffs' counsel and Defendants' counsel between February 6 and March 27, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C. on April 9, 2026.

By:   /s/  *Christian Dibblee*
Christian Dibblee
Trial Attorney