# Exhibit 1 to the Dibblee Declaration

| | |
|---|---|
| **From:** | Anna Rich |
| **To:** | Dibblee, Christian R (CIV); Gerardi, Michael J. (CIV); Ladov, Mark; Kathleen Boergers; Dona, Julie |
| **Cc:** | Shapiro, Elizabeth (CIV); Stephanie Yu |
| **Subject:** | [EXTERNAL] RE: CA v HHS: AR and response to questions |
| **Date:** | Friday, March 27, 2026 2:06:52 AM |
| **Attachments:** | 151 Pls Mot to Enforce.pdf |

Dear Christian--

Plaintiffs appreciated this update, however, we determined that the information provided was insufficient to answer our questions or allay our serious concerns.
In light of the repeated communication delays, Plaintiffs decided to proceed with filing the attached motion to enforce today.

Plaintiffs remain open to discussion regarding the issues raised in the motion.  –Anna

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Thursday, March 26, 2026 2:46 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Stephanie Yu <Stephanie.Yu@doj.ca.gov>
**Subject:** RE: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Anna –

Thank you again for your patience.  I am able to pass along the following information at this time:

To avoid any imminent dispute before the Court, ICE will delete the data received from CMS after issuance of the PI.  As a reminder, none of that information has been ingested into ICE's enforcement databases.  This deletion will return the parties to the status quo that existed right after the Court issued its PI.

I also have an answer to your question about CMS.  In compliance with the PI and in response to a data request from ICE identifying specific individuals, CMS has provided the following data fields to ICE for those individuals shown in the T-MSIS database as non-citizens: Citizenship and immigration status, address, phone number, date of birth, and Medicaid ID.

I am hopeful the above at least heads off any imminent filing by Plaintiffs before Judge Chhabria.  Please let me know if it doesn't.

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Dibblee, Christian R (CIV)
**Sent:** Thursday, March 26, 2026 1:50 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>;
Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona,
Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Stephanie Yu
<Stephanie.Yu@doj.ca.gov>
**Subject:** RE: CA v HHS: AR and response to questions

Anna –

I continue to actively confer with my client about this, and I am very optimistic about more
information being disclosed today.  They are aware of your deadline and plans to file today.

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Monday, March 23, 2026 9:01 PM
**To:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Gerardi, Michael J. (CIV)
<Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers
<Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Stephanie Yu
<Stephanie.Yu@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Christian—

I am checking again whether Defendants are able provide additional information in response
to Plaintiffs' questions and concerns.  If not, Plaintiffs intend to file a motion to enforce the

court's December 29 PI Order this Thursday, March 26.

As a reminder, we have been seeking information regarding Defendants' implementation of the PI for more than two months, without a clear response.  Key questions are:

- How is ICE determining which individuals "are not lawfully present in the United States," such that it may seek information from CMS about them?
- How is ICE conveying that determination to CMS?
- What data is CMS producing to ICE in response to such requests?  Specifically, which data elements are CMS producing to ICE, and for which Medicaid beneficiaries?

My contact information is below if needed; please let us know if you .  –Anna

Anna Rich | Deputy Attorney General
She/her/hers
California Department of Justice
Healthcare Rights & Access Section
1515 Clay St.
Oakland, CA 94612-1499
Office: (510) 879-0296
Anna.Rich@doj.ca.gov

---

**From:** Anna Rich
**Sent:** Wednesday, March 18, 2026 4:48 PM
**To:** 'Dibblee, Christian R (CIV)' <Christian.R.Dibblee@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

Christian—

Thank you for this update.  Please advise your clients that without additional information clarifying and confirming Defendants' implementation of the PI order, Plaintiffs will go forward with a motion to the court.  --Anna

---

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Wednesday, March 18, 2026 4:23 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>;

Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** Re: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna -

I wanted to let you know that I am actively conferring with my clients. I am trying extremely hard to get an answer this week, but I cannot guarantee it at this point. It might not be until early next week. I understand you have dealt with delays, but I assure you this is at the top of my list.

Christian

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Monday, March 16, 2026 7:18 PM
**To:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Dear Christian—

Plaintiffs are concerned, based on your statement, that CMS shared a large data set of the States' Medicaid information with ICE, and now ICE is filtering from that data set to find individuals it believes have a final order of removal.  Is that correct?  This indicates that the data shared with ICE included individuals who do not have a final order of removal.  However, the Court's current PI order explicitly prohibited CMS from sharing data, and ICE from using data, with information other than that for individuals unlawfully present.  Assuming that our understanding is accurate, we do not agree that Defendants' actions are in compliance with the Court's order; CMS shared information on information including individuals lawfully present, and ICE is currently filtering/searching through this database.

Please let us know when you are free this week to discuss these issues so we can avoid seeking intervention by the Court.

Separately, Plaintiffs have finished our review of the draft administrative record, and we will send you a letter with our objections soon.  --Anna

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Friday, March 13, 2026 1:32 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thanks Anna. As I said, I really apologize for the delay here.

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, March 13, 2026 4:31 PM
**To:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Christian—

Confirming receipt of your email, thank you. We will get back to you next week regarding next steps, after review with our co-Plaintiff States. --Anna

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Friday, March 13, 2026 1:17 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Anna:

I apologize for my delay.  I have spoken to my clients about the current situation, and I have the following to report.

The situation is largely the same as it was on 02/20 when Michael emailed you.  The State Medicaid data remains outside of ICE enforcement databases, and ICE has not done anything to the data since 02/20.  At this time none of the data has been ingested into ICE enforcement databases. Additionally, ICE has not initiated any requests for new Medicaid data since 02/20.

Furthermore, ICE has authorized me to represent that ICE is capable of filtering the Medicaid data for any individuals who are currently subject to a final order of removal, *i.e.*, an order of removal that is administratively final.  For these limited purposes, ICE will treat as a final order only those removal orders that are administratively final and have not been stayed (although as a matter of law a stay does not render a removal order not final).  That filtering would occur outside of the enforcement databases, meaning the Medicaid data would remain segregated during the filtering process.  Since ICE has determined that it can filter the data to include only aliens with an administratively final order of removal, the next step would be to ingest the data about those individuals into the enforcement databases.  This action has not happened, but nonetheless, this is compliant with the PI—aliens subject to a final order of removal are not "lawfully residing in the United States," and thus ICE is able to use data about those aliens under the PI's terms.

While this process is ongoing, I am not in a position yet to discuss what other aliens are "not lawfully residing in the United States."  But, to reiterate: the Medicaid data remains segregated.  Also, until the parties can clarify these issues, ICE will not initiate any new requests for new Medicaid data from CMS for aliens without administratively final orders of removal that have not been stayed.

I hope the above provides some of the assurances Plaintiffs are seeking and heads off further litigation before the Court.  Please let me know if you have questions, and please also inform me if you nonetheless plan to seek relief from the Court.

Christian

**Christian Dibblee**
Trial Attorney

Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Dibblee, Christian R (CIV)
**Sent:** Wednesday, March 11, 2026 12:48 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>;
Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona,
Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

Anna –

I am confirming receipt here.  I cannot imagine that it affects your plan as of now, but I have
been trying to come to ground on a response.  I'm sorry that one has not been made.  But duly
noted about your schedule, I will keep working to get you a response before Friday COB.

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Wednesday, March 11, 2026 12:33 PM
**To:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Gerardi, Michael J. (CIV)
<Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers
<Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Dear Christian--

We are disappointed not to have received Defendants' response by Monday, as you indicated.  If we
do not receive any substantive response by close of business on Friday, March 13, Plaintiffs intend to
seek relief from the Court.

--Anna

Anna Rich | Deputy Attorney General
She/her/hers
California Department of Justice
Healthcare Rights & Access Section
1515 Clay St.
Oakland, CA 94612-1499
Office: (510) 879-0296
Anna.Rich@doj.ca.gov

---

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Friday, March 6, 2026 8:46 AM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Anna –

I realize you are awaiting a response from us on your question below.  I've been in discussions with the agencies and am working on a more detailed answer to your question.  I am not sure when I will have that answer, but there is a chance that it won't be until Monday.  I very much appreciate your patience, and I apologize for the delay.

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Monday, March 2, 2026 8:49 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Dear Michael, Christian, and Betsy—

Following up on this email:  when can we expect to hear a response from Defendants to the States' questions below?   Thanks, Anna

---

**From:** Anna Rich
**Sent:** Monday, February 23, 2026 9:39 AM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

Dear Michael—

Thank you for this detailed response.  We appreciate the offer of more information but remain concerned by the actions of your clients and would like to have some concrete assurances that DHS will not move forward with ingesting this data until this matter is further resolved, either by a common understanding between the parties or through resolution with the Court if we cannot reach a common understanding.  This seems to be what you are suggesting but, to clarify, could DOJ provide assurances that the States' Medicaid data will be quarantined and not accessed by DHS, or any of its components (including, but not limited to, ICE, CBP, and USCIS) until the scope of that access and use is resolved between the parties or, if necessary, by the Court?

We want to give you the space to resolve outstanding questions with your clients while ensuring that Plaintiffs are not prejudiced.

We anticipate continuing this dialogue with Christian and Betsy.  In the meantime, I wish the best for you and your family!  --Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, February 20, 2026 1:31 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** RE: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna, thanks for your e-mail. Because my wife is likely to go into labor before we're able to meet for a further call, I want to go ahead and send you a write-up of what I've learned so far and a proposal to guide next steps. I've copied Christian and Elizabeth Shapiro to this e-mail who would be happy to meet with you, Mark, and Julie next week to discuss.

There are, as we see it, two questions at issue here: a factual one about what criteria the folks on the list ICE sent to CMS had to meet, and an interpretive one about whether those people "are not lawfully residing in the United States." ICE has based its requests to date on its internal data about removal cases it is pursuing. Although that includes many people about whom we are permitted to share information under the Court's injunction, ICE is still trying to wrap its arms around what the edge cases of the data set are and how those cases map onto the language the Court used in the injunction. This is a large and complex data set, and we want to make sure ICE is confident about its position before we respond in full.

As your e-mails point out, we might have disagreements as to whether some individuals with data in that system fall within the terms of the Court's injunction. I appreciate you bringing these issues to our attention. I want to propose a path forward that will allow you to advise your clients and residents as to how we are implementing data sharing pending appeal and ensure our compliance with the Court's instructions.

I learned in making inquiries about this issue that, as of today, ICE has not yet ingested the data requested from HHS/CMS into any ICE system officers use and has not used the data for any law enforcement operations. I have asked ICE to take appropriate measures to ensure the data is quarantined and not used until counsel at ICE and DOJ have cleared them to do so while these concerns are hammered out.

We will circle back to you once we have a complete position on both the factual and interpretive questions so we can have a meaningful conferral on them prior to use of this data. To the extent we disagree, we can then take those questions to the Court either as a separate motion to clarify or modify the injunction, or as part of summary judgment proceedings.

Regards,

MJG

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, February 20, 2026 1:06 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Michael-- I'd like our New York co-counsel to be able to join this call, and unfortunately today does not work for them. I'll get back to you with some proposed times for next week. --Anna

-----Original Appointment-----
**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, February 20, 2026 10:02 AM
**To:** Anna Rich; Ladov, Mark; Kathleen Boergers; Dona, Julie
**Cc:** Dibblee, Christian R (CIV)
**Subject:** CA v HHS: AR and response to questions
**When:** Friday, February 20, 2026 2:30 PM-3:00 PM (UTC-05:00) Eastern Time (US & Canada).

**Where:** See Dial-In Below

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Let's try for 2:30 ET / 11:30 PT. Here's a dial-in we can use:

Call-in: 1-202-600-2533
Access Code: 96407030#

MJG

_____

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, February 20, 2026 10:16 AM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; Dona, Julie <julie.dona@ag.ny.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Subject:** [EXTERNAL] Re: CA v HHS: AR and response to questions

I would be available between 9:30-12 PST/12:30-3 EST for a call.  I am copying Mark Ladov's colleague Julie Dona, if she has availability during that time that would be best.

_____

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, February 20, 2026 5:12:43 AM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Cc:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Subject:** Re: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Anna, I'm copying Christian Dibblee who will be picking up this case while I am on parental leave. Do you have available to discuss this issue this afternoon, East Coast time? I have the kids this morning while my wife visits the doctor but I'm generally free after that. I want to share what I've learned so far and propose a way for us to address the concerns raised in your emails moving forward.

Regards,

MJG

Get Outlook for iOS

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Tuesday, February 17, 2026 7:15:42 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Thank you, we will look forward to Defendants' further response.  --Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Tuesday, February 17, 2026 4:04 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** Re: CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Anna, an update on my end. I've been in discussions with the agencies this afternoon and I'm working on a more detailed answer to your question, but I'll probably need tomorrow to nail things down. I appreciate your patience.

Get Outlook for iOS

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, February 13, 2026 7:00:13 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** Re: CA v HHS: AR and response to questions

Anna, thanks for your email.

I have been tied up today because I was on medical leave all day yesterday and have been playing catch-up today. I confirmed that my clients are available to discuss this Tuesday (some of them are shutdown impacted, Monday is a holiday). I will follow up as soon as I'm able. I agree that a call may make sense rather than a further email but will let you know either way.

Have a nice weekend.

MJG

Get Outlook for iOS

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, February 13, 2026 12:56 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: AR and response to questions

Michael—

Thank you for uploading the draft AR materials via fileshare, we were able to access those on Monday and are in the process of reviewing them.

In the meantime, however, we are very concerned about your most recent representations, and Defendants' compliance with the Court's preliminary injunction.  For example, you state that ICE is only requesting information "about individuals who are not lawfully present in the United States," but at the same time you state that "even a green card holder could be removed from the United States" depending on certain circumstances like the commission of a crime.  We first note that as a matter of basic procedure, residents with permanent status remain so, and are therefore lawfully present, unless and until their removability is adjudicated.

It also appears from your statements regarding Lawful Permanent Residents (LPRs) that ICE is currently requesting, and CMS is providing, Medicaid data for LPRs, and presumably others with lawful status, who are being investigated by ICE, or perhaps merely those who ICE has an interest in.  Please clarify whether this is the case.  And if so, do Defendants believe that these practices are consistent with the Court's order, which repeatedly stated that data on citizens and LPRs was covered by the PI (see, e.g., n.2)?

Regardless, please clarify how ICE is determining which individuals "are not lawfully present in the United States" such that it may seek information about them, and how it would convey that determination to CMS?  We greatly appreciate your dialogue, but the Court's Order has been in place for well over a month and we have yet to understand how ICE and CMS are implementing restrictions on datasharing.

It might help to have a conversation about our questions in the near term, so that we can hopefully avoid Court involvement.  I am generally available next week except for the holiday (Feb. 16).

Thanks, Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, February 6, 2026 2:01 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Ladov, Mark <mark.ladov@ag.ny.gov>; Kathleen Boergers

<Kathleen.Boergers@doj.ca.gov>

**Subject:** CA v HHS: AR and response to questions

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna,

I've sent you an invite to a folder on our file-share service with the draft AR materials for ICE and CMS, as well as indices. Please confirm that you're able to access it.

With regard to the "message to stakeholders," it is not the role of Defendants to sign off on guidance that you provide to others to reflect changes in policy by CMS and ICE. I will reiterate what we've already explained: (1) CMS is only sharing Medicaid information with ICE, not federal healthcare data from the other sources mentioned in the ICE Memorandum; (2) ICE is requesting information about individuals who are not lawfully present in the United States in order to aid with enforcement operations against those individuals, and CMS is able to share information about those individuals with ICE to the extent it is in their possession; (3) CMS is complying with the injunction's limitation on the type of information it is permitted to share with ICE.

With respect to the various categories of immigration status in your note: ICE executes criminal arrest warrants for immigration related crimes and administrative arrests of those it has probable cause to believe are removable from the United States. Please bear in mind that immigration law is subject to various legal and policy changes which may impact the viability of the various immigration benefits listed in your note, and the fact that someone has a legal immigration benefit (a green card, a visa, etc.) is not completely determinative of whether they are legally present in the United States. For instance, even a green card holder could be removed from the United States if they commit a crime or otherwise fail to meet their obligations.

In terms of your four follow-up questions; as to (1) and (3), the only Medicaid data source we're aware is being used to share information is T-MSIS, which is collected in the normal course of administering Medicaid. As to (2), CMS has the discretion to issue further guidance at any time and could change its mind on this approach, but since we have, at this point, only litigated preliminary injunctions, it has no imminent plan to alter its applications. As to (4), I do not understand us to be under any legal obligation to share information with the States that is shared between the agencies pursuant to the Court's order.

I look forward to working with you to finalize the AR and get this case rolling towards merits proceedings. Have a good weekend.

Michael J. Gerardi
Senior Trial Counsel, Federal Programs Branch
Civil Division, US DOJ
1100 L St. NW, Washington DC 20005

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain

confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are

not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.