UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-01275 |

**SECOND DECLARATION OF KIMBERLY BRANDT**

Pursuant to 28 U.S.C. § 1746, I, Kimberly Brandt, declare as follows:

1.     I am the Deputy Administrator and Chief Operating Officer of the Centers for Medicare & Medicaid Services (CMS), within the U.S. Department of Health and Human Services (HHS).

2.     In this role, I am responsible for facilitating the coordination, integration, and execution of CMS policies and activities across CMS components.  I am also responsible for promoting and facilitating cooperative corporate decision-making among CMS senior leadership on management, operational, and cross-cutting issues.

3.     This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records and systems of CMS to which I have access in the course of my duties, and information conveyed to me by other knowledgeable

1

CMS employees with whom I work on a regular basis.

### Transformed-Medicaid Statistical Informational System

4.      The Transformed Medicaid Statistical Information System (T-MSIS) is the IT system that houses the national Medicaid dataset. The system of records notice for T-MSIS can be found at 84 Fed. Reg. 2230, 2231 (2019).

5.      The T-MSIS data set contains beneficiary eligibility and enrollment data, utilization and cost data, payment data, provider participation, provider qualifications and affiliations, service delivery network and managed care plan data, and third-party liability data.

6.      T-MSIS data regarding an individual's citizenship and immigration status is not the most reliable source for determinations regarding whether an individual is lawfully residing in the United States at a particular point in time.[1]

7.      T-MSIS data can be accessed through the Integrated Data Repository (IDR), an enterprise resource that provides an integrated view of CMS data to administer the Medicare and Medicaid programs.

### Requests for Plaintiff-State Medicaid Information

8.      As explained in my previous declaration, HHS/CMS previously provided to DHS/ICE on or about June 10, 2025, information CMS had received from California, the District of Columbia, Illinois, and Washington pursuant to

---

[1] States should report information into T-MSIS by the end of the month following the reporting month, but states can continue to make updates to information for a reporting period in subsequent monthly T-MSIS submissions. *See See* https://www.medicaid.gov/resources-for-states/downloads/data-sources-and-definitions.pdf.

CMS's financial oversight review of individuals with unsatisfactory immigration status.[2]  *See* ECF 83.1.

9.      On or about June 14, 2025, ICE shared three spreadsheets with HHS/CMS that identified individuals. HHS/CMS searched for these individuals in T-MSIS and provided ICE with a spreadsheet containing contact and identifying information about the matches.  HHS/CMS provided the spreadsheet to ICE on or about June 18, 2025.

10.     In July 2025, CMS and ICE entered into a data-sharing agreement allowing for trained ICE employees to access the T-MSIS database.  That data-sharing agreement expired on September 9, 2025, without ICE employees receiving training required under the agreement or accessing T-MSIS.

11.     On August 12, 2025, the court preliminarily enjoined HHS from sharing Medicaid data obtained from the plaintiff states with DHS for immigration enforcement purposes.  At the time, these plaintiff states included: California, Arizona, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington. *See* ECF 98.

12.     On September 22, 2025, the court amended the preliminary

---

[2] States are prohibited from claiming federal financial participation [in Medicaid] for "medical assistance furnished to an alien who is not lawfully admitted for permanent residence or otherwise permanently residing in the United States under color of law." 42 U.S.C. § 1396b(v)(1).  Individuals described in this provision are often referred to as having "unsatisfactory immigration status."

injunction to add the states of Kentucky and Wisconsin.  *See* ECF 127.

13.    On December 9, 2025, the court extended the preliminary injunction to January 5, 2026. *See* ECF 143.

14.    On December 29, 2025, the court granted in part and denied in part plaintiffs' third motion for preliminary injunction.  *See* ECF 148.  With respect to HHS entities, the court preliminary enjoined HHS and CMS "from sharing any information received from the plaintiff states with DHS or ICE, unless it (1) is from the Medicaid program, (2) pertains only to aliens who are not lawfully residing in the United States, and (3) divulges only those aliens' citizenship and immigration status, address, phone number, date of birth, and Medicaid ID."

15.    Between August 12, 2025, and January 6, 2026, CMS did not provide Medicaid data obtained from plaintiff states to DHS/ICE for immigration enforcement purposes.

16.    On December 10, 2025, DHS/ICE sent to the CMS Senior Official for Privacy a request for information pursuant to section (b)(7) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(7), 8 U.S.C. § 1360(b), 8 U.S.C. § 1373, and 6 U.S.C. § 122. In this letter, DHS/ICE requested HHS provide Medicaid data from those states not enjoined in this case from June 2025 to the present.  The letter asked for data such as full name, addresses, Social Security Numbers, date of birth, citizenship and/or immigration status, and Medicaid ID of individuals with unsatisfactory immigration status (aliens not lawfully admitted for permanent residence or otherwise permanently residing in the

4

United States under color of law).

17.    On or about that same date, DHS/ICE also sent a spreadsheet with approximately 7.6 million entries that included individuals from both plaintiff and non-plaintiff states. HHS/CMS understood this spreadsheet to contain names and information of individuals with final orders of removal.  HHS/CMS, therefore, worked under the assumption that the individuals included on the spreadsheet received from DHS/ICE were not lawfully residing in the United States.

18.    HHS/CMS provided data to DHS/ICE from non-plaintiff states.

19.    On January 6, 2026, DHS/ICE sent to the CMS Senior Official for Privacy a request for information pursuant to section (b)(7) of the Privacy Act of 1974, 5 U.S.C. § 552a(b)(7), 8 U.S.C. § 1360(b), 8 U.S.C. § 1373, and 6 U.S.C. § 122.  In this letter, DHS/ICE requested HHS provide Medicaid data from plaintiff states from June 2025 to the present. The letter asked for the following information: citizenship and immigration status, phone number, addresses, date of birth, and Medicaid ID of individuals with unsatisfactory immigration status (aliens not lawfully admitted for permanent residence or otherwise permanently residing in the United States under color of law).

20.    Using the same spreadsheet sent by DHS/ICE on or around December 10, 2025, on or around January 7, 2026, HHS/CMS returned to DHS/ICE a spreadsheet that included plaintiff state data containing the following column headings:  CIVID, LNAME, FNAME, SEX_CODE,

SSN_DIGITS, Citizenship Status, Address 1, Address 2, Address 3, City, State, Phone, DOB, Medicaid ID, MATCH_TYPE.

21.     Fields in the following columns had been completed by DHS/ICE in the spreadsheet sent from DHS/ICE to HHS/CMS:  CIVID, LNAME, FNAME, SEX_CODE, SSN_DIGIT, DOB.

22.     Through the IDR, HHS/CMS searched the T-MSIS database and added information to fields in the following columns: Citizenship Status, Address 1, Address 2, Address 3, City, State, Phone, Medicaid ID, MATCH_TYPE.

23.     The T-MSIS data element used for Citizenship Status was CITIZENSHIP-IND.  This data element identifies whether an individual is an alien, U.S. Citizen, or U.S. National.  *See https://www.medicaid.gov/tmsis/dataguide/data-elements/elg003040/.*

24.     MATCH_TYPE is a field that represents the matching strategy that was used.  This could indicate "SSN" or "F-L-DOB-S."  "SSN" is a match based on 9-digit exact social security number (SSN).  "F-L-DOB-S" is a match based on First Name + Last Name + Date of Birth + Sex, only when SSN is missing or blank in the input and no SSN match exists.

25.     After completing these fields, HHS/CMS identified that the T-MSIS field showing data element CITIZENSHIP-IND included some individuals with either no citizenship status or a status of citizen. As mentioned earlier, T-MSIS data is not reliable with respect to whether an individual is lawfully residing in

6

the United States. Out of an abundance of caution, HHS/CMS further filtered the dataset to retain data related only to those individuals who T-MSIS identified with a status of non-citizen. This filtered dataset that included only individuals shown in T-MSIS with a status of non-citizen was shared with DHS/ICE.

26.    On or around January 9, 2026, DHS sent an additional request to HHS/CMS for information on unadjusted refugees in the state of Minnesota. HHS/CMS understood this to indicate that DHS had determined these individuals were not lawfully residing in the United States.

27.    Again, DHS sent HHS/CMS an Excel spreadsheet. The spreadsheet received from DHS contained approximately 5,948 entries. The following fields were completed to some degree when received by HHS/CMS : date_of_arrival; A_Number; Country_of_Birth; country_of_citizenship; FIRST_NAME; MIDDLE_NAME; LAST_NAME; Applicant_Date_of_Birth; eligible_ind; phone_number; email_address; full_street_apt; city; state; zip; FIN; VIOLENCE_AGAINST_WOMEN_ACT; COA_Code; COA_DESCRIPTION.

28.    HHS/CMS searched T-MSIS data through the IDR  and added the following column headers along with corresponding information, to the extent available: MDCD_ID; MDCD_CITIZENSHIP_STATUS; MDCD_ADDRESS_1; MDCD_ADDRESS_2; MDCD_ADDRESS_3; MDCD_CITY; MDCD_STATE; MDCD_ZIP; MDCD_PHONE; MDCD_ADDRESS_LAST_UPDATED_DT; MDCD_LATEST_CLM_DT; MDCD_MATCH_TYPE.

29. The MDCD_ID field is the state-assigned Medicaid/CHIP recipient ID for the matched individual.

30. The MDCD_LAST_UPDATED_DT field is the effective date for the current contact record – used as the best available proxy for "last time the address was updated" in the source.

31. The logic used for MDCD_LATEST_CLM_DT is most recent non-null date among claim paid date, adjudication date, through date, or IDR insert date, using the latest claim per Medicaid ID. A description of the field is the approximate last date on which a Medicaid claim was observed for this recipient.

32. On or around January 19, 2026, HHS/CMS shared back to DHS the second spreadsheet including, to the extent available, data from T-MSIS in the fields identified in paragraph 27.

33. After this data was shared, it was identified that approximately 50 entries showed the individual's status as U.S. citizen or U.S. national.

34. HHS/CMS understands that DHS has deleted both spreadsheets and did not ingest the information from either spreadsheet into their systems.

EXECUTED this 9th day of April 2026, at Washington, D.C.

KIMBERLY L. BRANDT -S
Digitally signed by KIMBERLY L. BRANDT -S
Date: 2026.04.09 16:50:17 -04'00'

_____

KIMBERLY BRANDT
Deputy Administrator and Chief Operating Officer
Centers for Medicare & Medicaid Services