ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay St., Floor 20
  Oakland, CA 94612-1499
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,** | 3:25-cv-05536-VC<br><br>**SUPPLEMENTAL DECLARATION OF ANNA RICH IN SUPPORT OF MOTION TO ENFORCE THE THIRD PRELIMINARY INJUNCTION**<br><br>Date:      April 30, 2026<br>Time:      10 a.m.<br>Dept:      4<br>Judge:     The Honorable Vince Chhabria<br>Trial Date:  Not Set<br>Action Filed:  July 1, 2025 |
| Plaintiffs, | |
| v. | |
| **U.S. DEP'T OF HEALTH AND HUMAN SERVICES**; **ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security**,** | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF ANNA RICH

I, Anna Rich, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California. I make this declaration in support of Plaintiffs' Motion to Enforce the Third Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. On April 13, 2026, I emailed counsel for Defendants, Christian Dibblee, with two requests: (a) a request for documents and communications referred in, but not attached to, the declarations supporting Defendants' opposition to the motion to enforce; and (b) a request for preservation of relevant documents and communications. A true and correct copy of this email is attached hereto as **Exhibit 1**.

4. On April 15, 2026, Mr. Dibblee responded by email stating in part that "Defendants do not believe that Plaintiffs are entitled at this time to the documents you currently seek," but nonetheless attaching one such communication, a letter sent by ICE to HHS on January 6, 2026. A true and correct copy of this email, including the attached letter, is attached hereto as **Exhibit 2**.

5. On April 14, 2026, Rachel Posner, Emily Bazelon, and Matthew Purdy of The New York Times published an article titled, "The View from Trump's DHS." A true and correct copy of the article is attached hereto as **Exhibit 3**.

6. On January 15, 2026, Joseph Cox of 404 Media published an article online titled "'ELITE': The Palantir App ICE Uses to Find Neighborhoods to Raid." A true and correct copy of the article is attached hereto as **Exhibit 4**.

7. On January 9, 2026, U.S. Citizenship and Immigration Services, a subagency of Defendant Department of Homeland Security, posted a news release on its website titled "DHS Launches Landmark USCIS Fraud Investigation in Minnesota." A true and correct copy of this news release is attached hereto as **Exhibit 5**.

8.    On March 24, 2026, United States Representatives Franke Pallone, Jr., and Yvette Clark, members of the Energy and Commerce Committee's Subcommittee on Oversight and Investigations, sent a letter to CMS Deputy Administrator Kimberly Brandt; the accompanying press release was issued on March 25, 2026, and was titled, "Pallone and Clarke: CMS Official Appears to Have Misled Congress Under Oath."  A true and correct copy of Reps. Pallone and Clark's March 24 letter to Ms. Brandt is attached hereto as **Exhibit 6**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 16, 2026, in Oakland, California.

_/s/ Anna Rich_____
Anna Rich
Deputy Attorney General

SUPPLEMENTAL DECLARATION OF ANNA RICH IN SUPPORT OF MOTION TO ENFORCE
PRELIMINARY INJUNCTION