

**U.S. Citizenship and Immigration Services**

MENU

Home  >  Newsroom  >  All News  >  News Releases  >  DHS Launches Landmark USCIS Fraud Investigation in Minnesota

# DHS Launches Landmark USCIS Fraud Investigation in Minnesota

Release Date : 01/09/2026

*Operation PARRIS Targets Fraudulent Refugee Applications in Minnesota*

WASHINGTON — The Department of Homeland Security and U.S. Citizenship and Immigration Services have launched Operation PARRIS in Minnesota, a sweeping initiative reexamining thousands of refugee cases through new background checks and intensive verification of refugee claims. They have now begun referring cases of fraud and other crimes to Immigration and Customs Enforcement (ICE).

The initial focus is on Minnesota's 5,600 refugees who have not yet been given lawful permanent resident status (Green Cards). USCIS' newly established vetting center is leading Operation PARRIS (Post-Admission Refugee Reverification and Integrity Strengthening), with adjudicators conducting thorough background checks, reinterviews, and merit reviews of refugee claims.

"Minnesota is ground zero for the war on fraud," said a DHS spokesperson. "This operation in Minnesota demonstrates that the Trump administration will not stand idly by as the U.S. immigration system is weaponized by those seeking to defraud the American people. American citizens and the rule of law come first, always."

Begun in mid-December and now referring cases to ICE, Operation PARRIS is part of a broader strategy to implement enhanced screening standards under Executive Order 14161 and Presidential Proclamation 10949. These directives require federal agencies to identify and implement new vetting enhancements to safeguard the nation from foreign terrorists and other public safety threats.

USCIS' efforts in Minnesota build on the success of Operation Twin Shield, a recent investigation that uncovered widespread immigration fraud in the Minneapolis-Saint Paul area. The agency remains committed to conducting maximum vetting of all aliens, rooting out fraud, and ensuring the safety of all Americans.

Last Reviewed/Updated: 01/09/2026



Need Help?
Chat with Emma™