BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>                    *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>                    *Defendants*. | Case No. 3:25-cv-05536-VC<br><br>**DECLARATION RE STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF DISCOVERY PLANS AND STIPULATION** |

I, Christian Dibblee, declare as follows:

1.    I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I submit this declaration in support of the Stipulation to Extend the Deadline for Submission of Discovery Plans and Stipulation, pursuant to Local Rule 6-2(a).  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.    The parties have agreed to an additional two business days to submit the stipulation and

discovery plans previously ordered by the Court at the hearing held on April 30, 2026.  This additional time will allow more time for Defendants to prepare proposals to Plaintiffs and for both sides to meet and confer in a productive manner about those proposals with adequate time to address relevant issues and resolve areas of potential concern.

3.      The parties previously stipulated to an extension of time for Defendants to respond to Plaintiffs' amended complaint.  *See* ECF Nos. 120, 128.  There have been no other time modifications in this case, whether by stipulation or Court order.

4.      The requested extension time should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C. on May 6, 2026.

By:      /s/  *Christian Dibblee*
Christian Dibblee
Trial Attorney