## [PROPOSED] ORDER

Pursuant to stipulation, the parties shall submit by May 11, 2026, the stipulation and proposed order on data sharing previously ordered by the Court as explained on the record on April 30, 2026. The parties shall also submit by May 11, 2026, joint or competing proposals regarding the discovery ordered by the Court at that same hearing.

**SO ORDERED.**


DATED: May __, 2026

_____
HON. VINCE CHHABRIA
United States District Judge

Case No. 3:25-cv-5536-VC                4                Stipulation and [Proposed] Order to Extend
Deadline for Submission of Discovery Plans and
Stipulation