BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-05536-VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMISSION OF DISCOVERY PLANS AND STIPULATION** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

Pursuant to the Civil Local Rules 6-2 and 7-12, the parties hereby file this Stipulation to extend time for them to file joint or competing discovery proposals and a stipulation regarding data sharing by a period of two business days, up to and including May 11, 2026. The parties state the following in support of the stipulated request:

1.     At a hearing held on April 30, 2026, the Court ordered the parties, by May 7, 2026, to "stipulate to language that [the parties] could submit to [the Court] as a proposed order" regarding data sharing between DHS and HHS during the pendency of the current dispute regarding the terms of the

Case No. 3:25-cv-5536-VC                    Stipulation and [Proposed] Order to Extend
                                                         Deadline for Submission of Discovery Plans and
                                                                                                 Stipulation

Court's preliminary injunction, entered on December 29, 2025.  ECF No. 161 at 7:12-13.  The Court also directed the parties to file, on the same day, a joint discovery plan or, in the alternative, competing positions regarding discovery.  *See* ECF No. 163 (minute entry).

2.      The parties have agreed to, and respectfully request the Court to permit, an additional two business days, up to and including May 11, 2026, to submit both the discovery plan and the stipulation regarding data sharing during the pendency of briefing regarding clarification of the terms of the December 29, 2025 preliminary injunction.  Undersigned counsel for the Defendants represents that more time is needed to allow Defendants to prepare proposals to Plaintiffs and for both sides to meet and confer in a productive manner with adequate time to address relevant issues and resolve areas of potential concern.

3.      This stipulation does not alter the date of any other event or deadline already fixed by Court order.

Accordingly, the parties request that the Court enter an order extending the deadline (1) to submit a stipulation and proposed order regarding data sharing during the pendency of the current dispute regarding the terms of the Court's preliminary injunction and (2) to submit either a joint discovery plan or competing discovery proposals to May 11, 2026.

IT IS SO STIPULATED.

DATED: May 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

MICHAEL J. GERARDI
Senior Trial Counsel
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
Federal Programs Branch
U.S. Department of Justice

Case No. 3:25-cv-5536-VC                          1                          Stipulation and [~~Proposed~~] Order to Extend
Deadline for Submission of Discovery Plans and
Stipulation

1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov
*Counsel for Defendants*

DATED: May 6, 2026

ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

*/s/Anna Rich*
ANNA RICH
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General
1515 Clay St., Floor 20
Oakland, CA 94612
(510) 879-0296
Anna.Rich@doj.ca.gov

*Counsel for Plaintiff State of California*

## **<u>ATTORNEY ATTESTATION</u>**

Pursuant to Civil Local Rule 5-1(i)(3), I, Christian Dibblee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 6, 2026                                          */s/ Christian Dibblee*
                                                                  Christian Dibblee

Case No. 3:25-cv-5536-VC                    3                    Stipulation and ~~[Proposed]~~ Order to Extend
Deadline for Submission of Discovery Plans and
Stipulation

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-05536-VC <br><br> **DECLARATION RE STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF DISCOVERY PLANS AND STIPULATION** |

I, Christian Dibblee, declare as follows:

1.     I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I submit this declaration in support of the Stipulation to Extend the Deadline for Submission of Discovery Plans and Stipulation, pursuant to Local Rule 6-2(a).  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.     The parties have agreed to an additional two business days to submit the stipulation and

Case No. 3:25-cv-5536-VC                                                    Declaration of Christian Dibblee

discovery plans previously ordered by the Court at the hearing held on April 30, 2026.  This additional time will allow more time for Defendants to prepare proposals to Plaintiffs and for both sides to meet and confer in a productive manner about those proposals with adequate time to address relevant issues and resolve areas of potential concern.

3.      The parties previously stipulated to an extension of time for Defendants to respond to Plaintiffs' amended complaint.  *See* ECF Nos. 120, 128.  There have been no other time modifications in this case, whether by stipulation or Court order.

4.      The requested extension time should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C. on May 6, 2026.


By:     /s/  *Christian Dibblee*
        Christian Dibblee
        Trial Attorney

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, the parties shall submit by May 11, 2026, the stipulation and proposed order on data sharing previously ordered by the Court as explained on the record on April 30, 2026. The parties shall also submit by May 11, 2026, joint or competing proposals regarding the discovery ordered by the Court at that same hearing.

**SO ORDERED.**

DATED: May _7_, 2026

_____
HON. VINCE CHHABRIA
United States District Judge