BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-05536-VC |
| *Plaintiffs*, | |
| v. | **NOTICE OF ADMINISTRATIVE RECORD** |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| *Defendants*. | |

Pursuant to Local Civil Rule 16-5, Defendants are filing the certified list of the contents of the administrative record in the above-captioned case.

Dated: May 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPRIO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)

Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
christian.r.dibblee@usdoj.gov

BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street NW,
Washington, D.C. 20005
Phone: (202) 353-5980
Christian.r.dibblee@usdoj.gob

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-05536-VC |

## DEFENDANT U.S. IMMIGRATION & CUSTOMS ENFORCEMENT CERTIFICATION OF ADMINISTRATIVE RECORD

I, Sharon Hageman, state as follows:

1.    I am the Acting Assistant Director for the Office of Policy for U.S. Immigration

and Customs Enforcement ("ICE").  I have held this position since January 25, 2026.

2.      In this capacity, I lead the Office of Policy in establishing polices impacting ICE through coordination with departmental and interagency partners; collaborating with internal and external stakeholders to identify, develop, and effectively communicate ICE's strategic and organization policies; and overseeing ICE's strategic planning functions.  Prior to this current position, I was the Deputy Assistant Director for the Regulatory Affairs Division in the former Office of Regulatory Affairs and Policy since August 14, 2022. In total, I have over 13 years of regulation and policy experience with the Department of Homeland Security.

3.      To the best of my knowledge, information, and belief, the documents listed on the attached index constitute a true and complete copy of all non-privileged documents and materials considered by ICE in its decision to issue ICE Policy Memorandum 11066.2, *Use of HHS Information and Recission of ICE Policy Memorandum 11066.1* (Oct. 27, 2025).

4.      I certify, to the best of my knowledge, under penalty of perjury, that the foregoing is true and correct.


Executed this 13th day of May, 2026, in Washington, D.C.

SHARON E
HAGEMAN

Digitally signed by SHARON
E HAGEMAN
Date: 2026.05.13 16:29:32
-04'00'

Sharon Hageman
Acting Assistant Director, Office of Policy
U.S. Immigration and Customs Enforcement

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES, ET. AL

Defendants.

Case No. 3:25-cv-05536

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Kimberly Brandt, Deputy Administrator and Chief Operating Officer of the Centers for

Medicare & Medicaid Services within the U.S. Department of Health and Human Services

(HHS) certify to the best of my knowledge that the materials listed in the attached index at Bates

numbers AR0520 to AR0619 constitute the non-privileged documents that were considered,

either directly or indirectly, in connection with the HHS actions challenged in the above-

captioned matter.

Executed this 13th day of May 2026, in Washington, D.C.

KIMBERLY L.
BRANDT -S

Digitally signed by
KIMBERLY L. BRANDT -S
Date: 2026.05.13 16:34:15
-04'00'

_____
Kimberly Brandt

**Index of Administrative Record**
*California, et al. v. U.S. Dep't of Health and Human Servs., et al.*, No. 3:25-cv-05536-RFL
**(VC)**

| Date | Description | Bates Numbers |
|---|---|---|
| **Department of Homeland Security** | | |
| Oct. 2006 | NIST 800-30r1, Guide for Conducting Risk Assessments | AR0001-AR0095 |
| Oct. 2006 | NIST 800-100, Information Security Handbook: A Guide for Managers | AR0096-AR0273 |
| Jul. 28, 2016 | Revision of OMB Circular No. A-130, "Managing Information as a Strategic Resource" | AR0274 |
| Feb. 13, 2023 | DHS Policy Directive No 4300A, Information Technology System Security Program, Sensitive Systems | AR0275-AR0370 |
| Dec. 23, 2016 | OMB Circular No. A-108, "Federal Agency Responsibilities for Review, Reporting and Publication Under the Privacy Act" | AR0371-AR0415 |
| Jan. 3, 2017 | OMB M-17-12, Memorandum for Heads of Executive Departments and Agencies, "Preparing for and Responding to a Breach of Personally Identifiable Information" | AR0416-AR0462 |
| Apr. 24, 2019 | OMB M-19-15, Memorandum for Heads of Executive Departments and Agencies, "Improving Implementation of the Information Quality Act" | AR0463-AR0473 |
| May 22, 2006 | OMB M-06-15, Memorandum for the Heads of Departments and Agencies, "Safeguarding Personally Identifiable Information" | AR0474-AR0475 |
| Jul. 9, 2025 | Information Exchange Agreement Between the Centers for Medicare & Medicaid Services and the Department of Homeland Security U.S. Immigration and Customs Enforcement for Disclosure of Identity and Location Information of Aliens, CMS Information Exchange Agreement No. 2025-80 | AR0476-AR0486 |

| Date | Description | Bates Numbers |
|---|---|---|
| Oct. 25, 2013 | ICE Policy Memorandum 11066.1, Clarification of Existing Practices Related to Certain Health Care information (Oct. 25, 2013). | AR0487-AR0488 |
| Undated | More information about the Health Insurance Marketplace® for immigrant families, HealthCare.gov | AR0489-AR0490 |
| Dec. 3, 2014 | Alejandro Mayorkas, Deputy Secretary of Homeland Security, The Facts about the Affordable Care Act and Immigration Enforcement | AR0491-AR0493 |
| Jan. 20, 2025 | Executive Order 14159 of January 20, 2025, Protecting the American People Against Invasion, 90 Fed. Reg. 8443 (Jan. 29, 2025) | AR0494-AR0499 |
| Jan. 20, 2025 | Executive Order 14165 of January 20, 2025, Securing Our Borders, 90 Fed. Reg. 8467 (Jan. 30, 2025) | AR0500-AR0502 |
| Feb. 19, 2025 | Executive Order 14218 of February 19, 2025, Ending Taxpayer Subsidization of Open Borders, 90 Fed. Reg. 10581 (Feb. 25, 2025) | AR0503-AR0504 |
| Mar. 20, 2025 | Executive Order 14243 of March 20, 2025, Stopping Waste, Fraud, and Abuse by Eliminating Information Silos, 90 Fed. Reg. 13681 (Mar. 25, 2025) | AR0505-AR0506 |
| Aug.13, 2025 | U.S. Imm. & Customs Enf't Email Broadcast dated August 13, 2025: Notification to ICE Employees – Preliminary Injunction Order Issued in State of California v. U.S. Department of Health and Human Services, No. 25-05536 (N.D. Cal. filed July 1, 2025) | AR0507-AR0508 |
| Sep. 23, 2025 | U.S. Imm. & Customs Enf't Email Broadcast dated September 23, 2025: Notification to ICE Employees – Second Preliminary Injunction Order Issued in *California v. U.S. Department of Health and Human Services*, No. 25-05536 (N.D. Cal. filed July 1, 2025) | AR0509-AR0510 |

| Date | Description | Bates Numbers |
|---|---|---|
| Oct. 27, 2025 | U.S. Imm. & Customs Enf't, Policy Memo. 11066.2, *Use of HHS Information and Recission of ICE Policy Memorandum 11066.1 (Oct. 27, 2025)* | AR0511-AR0519 |
| **Department of Health and Human Services** | | |
| Oct. 25, 2013 | ICE Policy Memorandum 11066.1, Clarification of Existing Practices Related to Certain Health Care information (Oct. 25, 2013) | AR0520-AR0521 |
| Oct. 27, 2025 | U.S. Imm. & Customs Enf't, Policy Memo. 11066.2, Use of HHS Information and Recission of ICE Policy Memorandum 11066.1 (Oct. 27, 2025) | AR0522-AR0530 |
| Feb. 6, 2019 | Privacy Act of 1974; System of Records, 84 Fed. Reg. 2230 (Feb. 6, 2019) | AR0531-AR0534 |
| Jan. 29, 2025 | Executive Order 14159, Protecting the American People Against Invasion, 90 Fed. Reg. 8443 (Jan. 29, 2025) | AR0535-AR0540 |
| Jan. 20, 2025 | Executive Order 14165, Securing Our Borders, 90 Fed. Reg. 8467 (Jan. 30, 2025) | AR0541-AR0543 |
| Feb. 19, 2025 | Executive Order 14218, Ending Taxpayer Subsidization of Open Borders, 90 Fed. Reg. 10581 (Feb. 25, 2025) | AR0544-AR0545 |
| Mar. 20, 2025 | Executive Order 14243, Stopping Waste, Fraud, and Abuse by Eliminating Information Silos, 90 Fed. Reg. 13681 (Mar. 25, 2025) | AR0546-AR0547 |
| Mar. 29, 2025 (archived version) | CMS privacy homepage | AR0548-AR0549 |
| Feb. 21, 2025 (archived version) | More information about the Health Insurance Marketplace® for immigrant families, HealthCare.gov | AR0550-AR0551 |
| Jan. 28, 2026 (last accessed) | CMS privacy overview | AR0552-AR0555 |

| Date | Description | Bates Numbers |
|---|---|---|
| Jan. 3, 2017 | Memo M-17-12 from the Executive Office of the President, Preparing for and Responding to a Breach of Personally Identifiable Information | AR0556-AR602 |
| July 9, 2025 | Information Exchange Agreement Between the Centers for Medicare & Medicaid Services and the Department of Homeland Security U.S. Immigration and Customs Enforcement for Disclosure of Identity and Location Information of Aliens, CMS Information Exchange Agreement No. 2025-80 | AR0603-AR0613 |
| Nov. 25, 2025 | Notice of Medicaid Information Sharing Between the Centers for Medicare & Medicaid Services and the Department of Homeland Security, 90 Fed. Reg. 53324 (November 25, 2025) | AR0614-AR0616 |
| June 10, 2025 | Email Correspondence dated June 10, 2025 and titled "State data transmission" | AR0617 |
| June 10, 2025 | Email Correspondence dated June 10, 2025 and titled "Data: Time Sensitive" | AR0618 |
| Nov. 24, 2025 | Letter from Marcos D. Charles to Leslie Nettles Re: Request for Information | AR0619 |