UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>U.S. DEPARTMENT OF HEALTH AND<br>HUMAN SERVICES, et al.,<br><br>     Defendants. | Case No.  25-cv-05536-VC<br><br>**ORDER RE: DATA SHARING FOR<br>PENDENCY OF DISPUTE**<br><br>Re: Dkt. No. 168 |

The Court orders that, until it resolves Defendants' forthcoming motion to clarify or modify the preliminary injunction entered on December 29, 2025, (1) HHS and CMS shall not share "any Medicaid information received from plaintiff States with DHS or ICE"; and (2) DHS or ICE shall not use for immigration enforcement purposes "any data obtained from HHS or CMS and received from plaintiff States (including any data already acquired from HHS or CMS received from plaintiff States)." This Order does not prohibit HHS from sharing, or DHS from using, information received from the Plaintiff States for purposes of refugee resettlement or to permit HHS to confirm eligibility for Medicaid benefits.

Defendants will include in their motion for clarification of the December 29, 2025 PI Order the question of whether "immigration enforcement purposes" should be interpreted to refer to criminal investigations into violations of sections 286, 371, 641, 911, 1001, 1015, 1028, 1028A, 1029, 1341, 1343, 1344, 1349, and 1956 of title 18, but shall not share or use data acquired from HHS and received from plaintiff States for such purposes pending the Court's clarification of the scope of the preliminary injunction.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____

VINCE CHHABRIA
United States District Judge