UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Case No.  25-cv-05536-VC <br><br> **ORDER RE DISCOVERY** <br><br> Re: Dkt. No. 167 |

The subject matter of discovery relating to the violations of the preliminary injunction will be limited to what the federal government proposes, but the states are not limited to one document request per topic. They may submit multiple (but still limited and targeted) document requests and interrogatories.

The defendants will produce the communications and documents listed in 2.g. and 2.h. on page 3 of the status report by June 5. *See* Dkt. No. 167. The plaintiffs will serve interrogatories on the defendants by email by June 12. The defendants will respond to these interrogatories or state their objections to the plaintiffs by June 26.

**IT IS SO ORDERED.**

Dated: May 27, 2026

_____
VINCE CHHABRIA
United States District Judge