BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-05536-VC |
| *Plaintiffs*, | |
| v. | **UPDATED DECLARATION OF ALBERTO V. BRISENO RE DISCOVERY AND DELETION OF DATA FILE** |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| *Defendants*. | |

I, Alberto V. Briseno, declare the following, pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

I am a Section Chief for Homeland Security Investigations (HSI) at U.S. Immigration and Customs Enforcement (ICE) within the U.S. Department of Homeland Security (DHS) and have been with the agency since August 22, 2010. In my current role, I am assigned to the HSI Cyber and Operational Technology (COT) office. Within COT, I oversee a section of Operational Systems Development and Management (OSDM) responsible for information technology programs and initiatives that directly support HSI's law enforcement mission and develop major advancements in

technology used to combat crime. Under my direction is the HSI Innovation Lab, the agency's centralized hub for developing next-generation technologies.

1.      I provide this declaration based on my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information maintained and relied upon by DHS in the regular course of business.

2.      On January 6, 2026, ICE requested from the Centers for Medicare & Medicaid Services (CMS) Medicaid data from the Plaintiff States regarding "individuals with unsatisfactory immigration status (aliens not admitted for permanent residence or otherwise permanently residing in the United States under color of law)."

3.      On January 7, 2026, ICE received a list of matches from CMS.

4.      On February 20, 2026, ICE restricted access and quarantined the CMS data upon learning that there was disagreement between the parties in this case as to whether some individuals present in the data set potentially fall within the terms of the Court's December 29, 2025 preliminary injunction. ICE never ingested that data set into any ICE system used by officers or agents and has not used the data for any law enforcement operations.

5.      To resolve ongoing concerns from Plaintiffs, ICE agreed to delete the data set received on January 7, 2026 (hereinafter "January 7, 2026 file" or "the file").

6.      On March 30, 2026, ICE confirmed that the data file had been deleted and reported to the Court via declaration that no other sources of the data were retained within ICE holdings.

7.      On May 27, 2026, this Court ordered ICE to produce certain communications and documents related to its segregation and deletion of the data received on January 7. Consistent with that order, ICE began to locate all documents responsive to the Court's order.

8.      On May 29, 2026, ICE began collecting and reviewing logs and other communications associated with the January 7, 2026 file containing the data that ICE received from HHS/CMS. In addition, beginning on May 29, 2026, the ICE Security Operations Center (SOC) assisted with examining the deletion of the January 7, 2026 file.

9.      As part of this review, ICE conducted a search for any related files stored separately in

Amazon Web Services (AWS) S3. AWS S3 is a storage service that organizes files in virtual containers called "buckets." Services like Databricks access AWS S3 buckets to securely and efficiently read and process data.

10.     AWS S3 also contains both "Development" and "Production" environments. The Development environment is where initial review, data engineering, and testing of datasets take place. The Production environment is where the final, fully tested dataset is stored for integration with other services. These environments are not configured identically and reside in two separate spaces.

11.     During the search on May 29, 2026, ICE confirmed that the January 7, 2026 file had been deleted from the S3 Development bucket. However, ICE discovered a copy of January 7, 2026 file in the AWS S3 Production environment bucket.

12.     It is my understanding that the user who deleted the Databricks table associated with the January 7, 2026 file on March 27, 2026, inadvertently overlooked deleting the file in the AWS S3 Production environment bucket.

13.     Upon discovering a copy of the January 7, 2026 file in the AWS S3 Production bucket, ICE conducted an in-depth search using multiple methods to look for variations of the file name in both the Development and Production environments.  This search showed that the January 7, 2026 file was uploaded or last updated to the AWS S3 Production environment on January 13, 2026.  ICE did not locate any other files during this search.

14.     On May 29, 2026, ICE also immediately took the necessary steps to delete the January 7, 2026 file from the AWS S3 Production environment bucket.

15.     To confirm deletion, the ICE SOC team reviewed system logs from both Databricks and AWS S3, covering both the Development and Production environments. The logs from March 27, 2026 confirmed deletion of the file from Databricks and from the AWS S3 Development environment. Additionally, the logs from March 27, 2026, and the logs from May 29, 2026, confirmed the deletion from Databricks.  In addition, the SOC confirmed that the Production AWS S3 storage location where the file was previously located no longer contained the January 7, 2026 file.

16.     On June 1, 2026, ICE reviewed system and access logs concerning the deletion of the

January 7, 2026 file. In addition, ICE reviewed the access activity logs for the AWS S3 Production bucket. The access logs included two activities after March 30, 2026. The first event occurred on April 2, 2026, which was the result of a search related to data for non-Plaintiff states. The second event occurred on May 29, 2026, which was the result of the search described in this declaration.

17.    ICE's comprehensive search did not identify any additional copies of the data.

Executed on June 4, 2026.

ALBERTO V BRISENO

Digitally signed by ALBERTO V BRISENO
Date: 2026.06.04 12:09:00 -04'00'

By:    /s/ Alberto V. Briseno
ALBERTO V. BRISENO
Section Chief at Operational Systems Development and Management

---

Case No. 3:25-cv-5536-VC    Declaration of Alberto V. Briseno