ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH
Deputy Attorneys General
State Bar No. 230195
 1515 Clay Street Suite 2000, P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone:  (510) 879-0296
 E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,**<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**STIPULATED MOTION FOR AN ORDER CHANGING TIME**<br><br>Judge:  The Honorable Vince Chhabria<br>Trial Date:  Not Set<br>Action Filed: July 1, 2025 |

Pursuant to Civil Local Rules 6-2 and 7-12, the Parties hereby respectfully move for an order granting the Parties' agreed-upon amendments to the briefing and hearing schedule for Defendants' Motion to Clarify/Modify Preliminary Injunction.  The Parties state the following in support of the Stipulated Motion:

1.    On April 30, 2026, the Court issued an order requiring the Defendants to file their Motion to Clarify/Modify Preliminary Injunction by June 5, 2026; Plaintiffs to file their Opposition by June 22, 2026; and Defendants to file their Reply by July 2, 2026.  The Court set a hearing on the Motion to Clarify/Modify Preliminary Injunction for July 16, 2026, at 10:00 a.m.

2.    On June 12, 2026, the Court continued the July 16, 2026, hearing on the Motion to Clarify/Modify Preliminary Injunction to August 6, 2026, at 10:00 a.m.

3.    Undersigned counsel for Plaintiffs will be traveling with her family for vacation and thus will be unavailable at the time specified for the rescheduled hearing on the Motion to Clarify/Modify Preliminary Injunction.

4.    An extension of filing deadlines for Plaintiffs' Opposition and Defendants' Reply will allow for more efficient and comprehensive briefing of the issues while leaving a similar amount of time for the Court's review, given the rescheduling of the hearing to a later date.

5.    In light of both Plaintiffs' counsel's schedule and the importance of the issues at stake, Plaintiffs and Defendants respectfully request that the Court issue an order extending time for Plaintiffs to file their opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction to July 9, 2026 and for Defendants to file their reply in support of their Motion to Clarify/Modify Preliminary Injunction to July 20, 2026; and rescheduling the hearing on Defendants' Motion to Clarify/Modify Preliminary Injunction to August 13, 2026.

6.    Pursuant to Local Rule 6-2(a), undersigned counsel for Plaintiffs has submitted a declaration in support of this Stipulated Motion.

A proposed order is attached.

1

STIPULATED MOTION FOR AN ORDER CHANGING TIME

Dated:  June 16, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General


 /s/ Anna Rich
ANNA RICH
Deputy Attorney General
Counsel for Plaintiff State of California


BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

MICHAEL J. GERARDI
Senior Trial Counsel
Civil Division, Federal Programs Branch


/s/ Christian Dibblee
CHRISTIAN DIBBLEE
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov
Counsel for Defendants

2

STIPULATED MOTION FOR AN ORDER CHANGING TIME