ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH
Deputy Attorneys General
State Bar No. 230195
  1515 Clay Street Suite 2000, P.O. Box 70550
  Oakland, CA 94612-0550
  Telephone:  (510) 879-0296
  E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. ,**<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ANNA RICH IN SUPPORT OF STIPULATED MOTION FOR AN ORDER CHANGING TIME**<br><br>Judge:     The Honorable Vince Chhabria<br>Trial Date:  Not Set<br>Action Filed: July 1, 2025 |

## DECLARATION OF ANNA RICH

I, Anna Rich, declare as follows:

1.    I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California.  I submit this declaration in support of the Stipulated Motion for an Order Changing Time, pursuant to Local Rule 6-2(a).  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.    The Parties have agreed to extend time for Plaintiffs to file their opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction to July 9, 2026 and for Defendants to file their reply in support of their Motion to Clarify/Modify Preliminary Injunction to July 20, 2026; and to reschedule the hearing on Defendants' Motion to Clarify/Modify Preliminary Injunction to August 13, 2026, at 10:00 a.m.

3.    On June 12, 2026, the Court rescheduled the hearing on Defendants' Motion to Clarify/Modify Preliminary Injunction from July 16, 2026, to August 6, 2026, at 10:00 a.m.  I will be traveling with my family at that time.  As such, the proposed rescheduling of the hearing to August 13, 2026, will enable me to attend the hearing.

4.    An extension of filing deadlines for Plaintiffs' Opposition and Defendants' Reply will allow for more efficient and comprehensive briefing of the issues while leaving a similar amount of time for the Court's review, given the prior rescheduling of the hearing to a later date.

5.    The Parties previously stipulated to shorten time for Plaintiffs' Motion for Preliminary Injunction (ECF No. 54); to reschedule a status conference (ECF No. 101); to extend time for Defendants to respond to Plaintiffs' amended complaint (ECF Nos. 120, 128); and to reschedule the deadline on previously ordered filings on discovery and data sharing (ECF No. 165). The Court granted those extensions. The Court has not placed any restrictions on requests for further extensions.

6.    The requested extension of time should have no effect on the schedule for the case other than as stated herein.

1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2026 in Oakland, California.

_/s/ Anna Rich_____
Anna Rich
Deputy Attorney General

DECLARATION OF ANNA RICH IN SUPPORT OF
STIPULATED MOTION FOR AN ORDER CHANGING TIME