ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
MARIA F. BUXTON
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH
Deputy Attorneys General
State Bar No. 230195
 1515 Clay Street Suite 2000, P.O. Box 70550
 Oakland, CA 94612-0550
 Telephone:  (510) 879-0296
 E-mail:  Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. ,**<br><br>Defendants. | Case No. 3:25-cv-05536-VC<br><br>**[PROPOSED] ORDER** |

Before the Court is the Parties' Stipulated Motion for an Order Changing Time.  After reviewing the Stipulated Motion for an Order Changing Time, and good cause having been shown, it is hereby ordered that:

- Plaintiffs' Opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction is due on or before Thursday, July 9, 2026.

- Defendants' Reply in support of Defendants' Motion to Clarify/Modify Preliminary Injunction is due on or before Monday, July 20, 2026.

1

- Oral argument on Defendants' Motion to Clarify/Modify Preliminary Injunction will be heard on Thursday, August 13, 2026, at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June    , 2026

_____

The Honorable Vince Chhabria

2