BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-05536-VC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONSES AND/OR OBJECTIONS TO PLAINTIFFS' INTERROGATORIES AND TO EXTEND OTHER BRIEFING DEADLINES** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

Pursuant to the Civil Local Rules 6-2 and 7-12, the parties hereby file this Stipulation to extend time until July 2, 2026 for Defendants to respond and/or state their objections to Plaintiffs' recently served interrogatories.  The parties also file this Stipulation to respectfully move for an order granting some agreed-upon amendments to the briefing schedule for Defendants' Motion to Clarify/Modify the Preliminary Injunctions.   The parties state the following in support of the stipulated request:

1.     On April 30, 2026, the Court issued an order requiring the Defendants to file their Motion to Clarify/Modify Preliminary Injunction by June 5, 2026; Plaintiffs to file their Opposition by June 22,

Case No. 3:25-cv-5536-VC

Stipulation and [Proposed] Order to Extend
Deadline for Response to Plaintiffs' Interrogatories
and TO Extend Other Briefing Deadlines

2026; and Defendants to file their Reply by July 2, 2026.  The Court set a hearing on the Motion to Clarify/Modify Preliminary Injunction for July 16, 2026, at 10:00 a.m.  The Court subsequently ordered the parties to submit proposals about discovery into Defendants' representations that they had remediated instances of noncompliance with the Court's preliminary injunction.  *See* ECF No. 163.

2.    After the parties submitted their proposals, the Court ordered Defendants to "produce the communications and documents listed in 2.g. and 2.h. on page 3" of ECF No. 167 by June 5.  *See* ECF No. 171.  The Court further ordered Plaintiffs to serve interrogatories by June 12 and Defendants to "respond to these interrogatories or state their objections to the plaintiffs by June 26."  *Id.*

3.    On June 5, Defendants produced documents to Plaintiffs in accordance with the Court's order.  On the same day, Defendants filed their Motion to Clarify/Modify the Preliminary Injunction.  *See* ECF No. 173.  Plaintiffs served their interrogatories by email on June 12 as required by the Court's order.

4.    On June 12, 2026, the Court continued the July 16, 2026, hearing on the Motion to Clarify/Modify Preliminary Injunction to August 6, 2026, at 10:00 a.m.  And on June 17, the Court granted the Parties' stipulated motion seeking an extension of the previously ordered briefing deadlines regarding the Defendants' pending Motion to Clarify/Modify Preliminary Injunction and a one-week continuance of the hearing on that Motion to August 13.  *See* ECF No. 176.

5.    Defendants require more time to respond to the interrogatories served by Plaintiffs on June 12.  An extension of Defendants' deadline to respond will afford more time to track down information needed for those responses.  Further, an extension of filing deadlines for Plaintiffs' Opposition and Defendants' Reply will allow for more efficient and comprehensive briefing of the issues while also accommodating Defendants' forthcoming responses to the interrogatories.  The parties believe that the extensions they request will leave sufficient time for the Court's review of the Motion, given the rescheduling of the hearing to August 13.

6.    In light of Defendants' need for more time and the importance of the issues at stake, the parties respectfully request that the Court issue an order (1) extending time for Defendants to respond or state their objections to Plaintiffs' interrogatories until July 2; (2) extending time for Plaintiffs to file

Case No. 3:25-cv-5536-VC

Stipulation and [Proposed] Order to Extend
Deadline for Response to Plaintiffs' Interrogatories
and Other Briefing Deadlines

their opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction to July 16, 2026; and (3) extending time for Defendants to file their reply in support of their Motion to Clarify/Modify Preliminary Injunction to July 27, 2026.

7.      Pursuant to Local Rule 6-2(a), undersigned counsel for Defendants has submitted a declaration in support of this Stipulated Motion.  It appears after the signature blocks for the parties.

A proposed order is attached.

DATED: June 23, 2026                    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

MICHAEL J. GERARDI
Senior Trial Counsel
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov
*Counsel for Defendants*

DATED: June 23, 2026                    ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

*/s/Anna Rich*
ANNA RICH
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General
1515 Clay St., Floor 20

Case No. 3:25-cv-5536-VC                    Stipulation and [Proposed] Order to Extend
Deadline for Response to Plaintiffs' Interrogatories
and Other Briefing Deadlines

Oakland, CA 94612
(510) 879-0296
Anna.Rich@doj.ca.gov

*Counsel for Plaintiff State of California*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV*
Special Counsel
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
ZOE LEVINE*
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR*
Special Counsel
28 Liberty St. New York, NY 10005
mark.ladov@ag.ny.gov
*Attorneys for the State of New York*
*Admitted pro hac vice

Case No. 3:25-cv-5536-VC                    Stipulation and [Proposed] Order to Extend
Deadline for Response to Plaintiffs' Interrogatories
and Other Briefing Deadlines

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Christian Dibblee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: June 23, 2026                                    */s/ Christian Dibblee*
                                                        Christian Dibblee

Case No. 3:25-cv-5536-VC                          Stipulation and [Proposed] Order to Extend
Deadline for Response to Plaintiffs' Interrogatories
and Other Briefing Deadlines