BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 3:25-cv-05536-VC <br><br> **DECLARATION RE STIPULATION TO EXTEND DEADLINE FOR RESPONSES AND/OR OBJECTIONS TO PLAINTIFFS' INTERROGATORIES AND TO EXTEND OTHER BRIEFING DEADLINES** |

I, Christian Dibblee, declare as follows:

1.      I am a member in good standing of the Bar of the District of Columbia.  I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action.  I am authorized to practice in this Court under Local Rule 11-2.  I submit this declaration in support of the Stipulation to Extend the Deadline for Responses and/or Objections to Plaintiffs' Interrogatories and to Extend Other Briefing Deadlines, pursuant to Local Rule 6-2(a).  I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2.      The parties have agreed to extend time for Defendants to file their responses and/or objections to Plaintiffs' interrogatories to July 2, 2026.  The parties have further agreed to extend time for Plaintiffs to file their opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction to July 16, 2026 and for Defendants to file their reply in support of their Motion to Clarify/Modify Preliminary Injunction to July 27, 2026.

3.      An extension of these deadlines will accommodate Defendants' need for more time to track down the information to provide responses to Plaintiffs' interrogatories, served on June 12, 2026. And an extension of filing deadlines for Plaintiffs' Opposition and Defendants' Reply will allow for more efficient and comprehensive briefing of the issues while considering Defendants' forthcoming responses to the interrogatories while leaving what the parties believe is sufficient time for the Court's review of the Motion to Clarify/Modify.

4.      The parties previously stipulated to shorten time for Plaintiffs' Motion for Preliminary Injunction (ECF No. 54); to reschedule a status conference (ECF No. 101); to extend time for Defendants to respond to Plaintiffs' amended complaint (ECF Nos. 120, 128); to reschedule the deadline on previously ordered filings on discovery and data sharing (ECF No. 165); to extend the time for Plaintiffs' opposition to the Motion to Clarify/Modify Preliminary Injunction and Defendants' reply in support of that Motion (ECF No. 174); and to continue the hearing date on that Motion (ECF No. 174).

5.      The requested extension of time should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C. on June 23, 2026.

By:     /s/ *Christian Dibblee*
Christian Dibblee
Trial Attorney

---