BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*, | Case No. 3:25-cv-05536-VC |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | |
| Defendants. | |

Before the Court is the Parties' Stipulation to Extend Deadline for Responses and/or Objections to Plaintiffs' Interrogatories and to Extend Other Briefing Deadlines. After reviewing the Stipulation, and good cause having been shown, it is hereby ordered that Defendants shall respond to Plaintiffs' interrogatories or state their objections to the Plaintiffs by July 2, 2026. Furthermore, Plaintiffs' Opposition to Defendants' Motion to Clarify/Modify Preliminary Injunction is due on or before July 16, 2026, and Defendants' Reply in support of the Motion to Clarify/Modify Preliminary Injunction is due on or before July 27, 2026.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: June __25__ , 2026




_____
The Honorable Vince Chhabria