BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al., | 3:25-cv-05536-VC |
| Plaintiffs, | **DEFENDANTS' NOTICE TO THE COURT** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | **Date:** August 13, 2026<br>**Time:** 10:00 AM<br>**Courtroom:** Courtroom 4<br>**Judge:** Hon. Vince Chhabria |
| Defendants. | |

Defendants hereby notify the Court that, on June 9, 2026, personnel at the Department of Health and Human Services (HHS) inadvertently included in a Box folder shared with Immigration and Customs Enforcement (ICE) a file of the Medicaid data received from Plaintiff States that HHS had previously transferred to ICE on January 7, 2026.  As explained in the attached declarations, the inadvertent sharing occurred while transmitting Medicaid data about aliens from *non*-Plaintiff States subject to final orders of removal.  *See* Nettles Decl. ¶¶ 9–12; *see also* Third Briseno Decl. ¶¶ 3–5; Smith Decl. ¶¶ 3–5.

Defendants regret this inadvertent transfer and, as discussed in the declarations, have taken remedial measures to delete the file from DHS systems and revoke DHS access to the Box folder. The declarations further attest that "ICE never ingested" data from the offending file "into any ICE system used by officers or agents and has not used the data for any law enforcement purposes." Third Briseno Decl. ¶ 14; Smith Decl. ¶ 14.  Consistent with this Court's discovery order, ECF No. 171, Defendants will produce on July 10, 2026, to Plaintiffs documents showing the deletion of these files from DHS systems.

Dated: July 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
Christian Dibblee
Trial Attorney (DC Bar No. 1017949)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 353-5980

1

Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*