UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-01275 |

**DECLARATION OF LESLIE NETTLES**

Pursuant to 28 U.S.C. § 1746, I, Leslie Nettles, declare as follows:

1.     I am the Senior Official for Privacy, Acting Deputy Chief Information Security Officer, and Acting Deputy Group Director in the Information Security & Privacy Group of the Office of Information Technology of the Centers for Medicare & Medicaid Services (CMS), within the U.S. Department of Health and Human Services (HHS).

2.     In this role, I am responsible for providing executive leadership and oversight of CMS's enterprise privacy, cybersecurity, and information security programs. My responsibilities include serving as the Agency's Senior Official for Privacy; overseeing privacy governance, cybersecurity strategy, risk management, security operations, and compliance; establishing and enforcing agency-wide policies and standards; ensuring compliance with applicable federal statutes, regulations, and government-wide directives; and safeguarding

the confidentiality, integrity, and availability of CMS information systems and the sensitive health and financial information entrusted to the Agency.

3.    This declaration is based upon my personal knowledge, information acquired by me in the course of performing my official duties, information contained in the records and systems of CMS to which I have access in the course of my duties, and information conveyed to me by other knowledgeable CMS employees with whom I work on a regular basis.

4.    On or about April 30, 2026, HHS/CMS collected a copy of the plaintiff-state data that had been transferred to DHS/ICE on or about January 7, 2026, and placed it in a CMS Box folder titled "Data Sharing with ICE," for internal record-keeping purposes.

5.    The file added to the CMS Box folder titled "Data Sharing with ICE" was a zip file containing a single compressed file.

6.    The zip file reflected an updated date of April 30, 2026.  The compressed file contained in the zip file reflected a modified date of January 7, 2026.

7.    As of April 30, 2026, the zip file was the only item contained in the "Data Sharing with ICE" folder.

8.    DHS/ICE did not have permissions to access the "Data Sharing with ICE" Box folder between April 30, 2026, and June 9, 2026.

9.    On or about May 7, 2026, DHS/ICE sent to the CMS Senior Official for Privacy a request for information pursuant to section (b)(7) of the Privacy

Act of 1974, 5 U.S.C. § 552a(b)(7), 8 U.S.C. § 1360(b), 8 U.S.C. § 1373, and 6 U.S.C. § 122.   In the letter DHS/ICE requested Medicaid data from non-plaintiff states from June 2025 to the present, such as full name, addresses, Social Security Numbers, date of birth, and Medicaid ID of aliens with final orders of removal.

10.    After the May 7, 2026 letter, ICE shared with CMS a list of the entire population of aliens with final orders of removal asking CMS to further filter to ensure that the data provided to ICE did not contain information received from plaintiff states.

11.    When returning the filtered data responsive to the May 7, 2026 request from DHS/ICE, CMS mistakenly used the folder titled "Data Sharing with ICE" to transfer the non-plaintiff-state data to DHS/ICE.

12.    The zip file containing the copy of the plaintiff state data transferred to DHS/ICE on or about January 7, 2026, remained in the folder on June 9, 2026, when DHS/ICE was given access to the folder titled "Data Sharing with ICE."

13.    DHS/ICE notified HHS/CMS on June 23, 2026, that a file in the "Data Sharing with ICE" folder appeared to contain the plaintiff-state data that was previously transferred on or about January 7, 2026.

14.    CMS reviewed the compressed file in the zip file, identified it as likely containing the plaintiff-state data transferred to DHS/ICE on or about January 7, 2026, and revoked DHS access to the "Data Sharing with ICE" Box

folder on June 24, 2026.

EXECUTED this 7th day of July 2026, at Baltimore, MD.

_____
LESLIE NETTLES
Senior Official for Privacy
Acting Deputy Chief Information Security Officer
Information Security & Privacy Group of the Office of
Information Technology
Centers for Medicare & Medicaid Services