BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-05536-VC<br><br>**DECLARATION OF CARDELL C. SMITH RE HHS SHARING OF PROHIBITED DATA FILE** |

I, Cardell C. Smith, declare the following, pursuant to 28 U.S.C. § 1746, and state that under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.      I am a Detention and Deportation Officer for Enforcement and Removals at U.S. Immigration and Customs Enforcement (ICE) within the U.S. Department of Homeland Security (DHS) and have been with the agency since August 7, 2005.  In my current role, I am assigned to the National Criminal Analysis and Targeting Center (NCATC). I am responsible for providing specialized law enforcement work products through research and analysis to field operation teams containing information and characteristics of the removable alien population.  I provide this declaration based on

my personal knowledge, belief, reasonable inquiry, and information obtained from various records, systems, databases, other DHS employees, and information maintained and relied upon by DHS in the regular course of business. I make this declaration based on the best of my knowledge as of this day.

2.    It is my understanding that on May 7, 2026, ICE issued a Privacy Act (b)(7) letter to the Department of Health and Human Services (HHS), Centers for Medicare & Medicaid Services (CMS), requesting Medicaid data from non-Plaintiff states for aliens with final orders of removal.

3.    ICE's May 7, 2026, Privacy Act (b)(7) letter expressly states, in part: "ICE is requesting HHS to provide Medicaid data from those states not enjoined in the matter of *State of California et al. v. U.S. Department of Health and Human Services et al.*, No. 3:25-cv- 05536 (N.D. Cal.), from June 2025 to the present, such as full name, addresses, Social Security Numbers, date of birth, and Medicaid ID of aliens with final orders of removal. ICE will provide HHS with a list of the entire population of aliens with final orders of removal for further filtering by HHS to ensure that the data provided to ICE does not contain information received from Plaintiff States."

4.    In response to the May 7, 2026, Privacy Act (b)(7) request, on June 9, 2026, HHS-CMS returned data to ICE by sharing a link to box.com. The link provided access to a folder named "Data Sharing with ICE."

5.    The "Data Sharing with ICE" folder contained three items, including a zipped folder named "DHS Noncitizen.csv.zip".  The "DHS Noncitizen.csv.zip" folder was identified as last updated on April 30, 2026, by HHS and contained a single file: "DHS Noncitizen.csv".

6.    It is my understanding that within ICE, only two users, including myself, had access to the box.com link shared by HHS on June 9, 2026.

7.    I downloaded the files received from HHS-CMS, including "DHS Noncitizen.csv", to my assigned ICE Microsoft OneDrive. On June 10, 2026, I shared the files identified in paragraph 5 with three other ICE users by sharing a link to box.com. It is my understanding that among those who had access to the box.com link, only Section Chief at Operation Systems Development and Management Alberto Briseno and I downloaded the "DHS Noncitizen.csv" file.

8.    In the initial days after the data sharing, my focus was on reviewing and working with

one of the other files, and I did not access the "DHS Noncitizen.csv" file after June 10, 2026.

9.      I understand that on June 22, 2026, when the ICE Security Operations Center (SOC) was conducting a search of the expanded ICE environment in an effort to locate any additional copies of the January 7, 2026 data file with variations of the file name, it alerted the HSI Innovation Lab to the presence of the "DHS Noncitizen.csv" file. I understand that the SOC identified the "DHS Noncitizen.csv" file as potentially containing data from Plaintiff states.

10.      In addition, on further review, information in the box.com link shared by HHS showed that the "DHS Noncitizen.csv" file was last modified on January 7, 2026, raising further concerns that it contained more than the limited data requested by ICE on May 7, 2026.

11.      On June 23, 2026, ICE informed HHS-CMS of its concerns that the "DHS Noncitizen.csv" file may contain data that ICE was prohibited from using and took steps to ensure there was no further use of the file by the ICE users with access to the file.

12.      On June 24, 2026, HHS-CMS confirmed that the "DHS Noncitizen.csv" file contained data from the Plaintiff states. I then contacted the ICE SOC and requested that the file be deleted.

13.      On June 25, 2026, the ICE SOC confirmed that the "DHS Noncitizen.csv" file I downloaded was deleted.

14.      ICE never ingested that data set into any ICE system used by officers or agents and has not used the data for any law enforcement purposes.


        Executed on July 7, 2026,



                    By:      /s/ Cardell C. Smith
                             CARDELL C. SMITH
                             Detention and Deportation Officer at National Criminal
                             Analysis and Targeting Center