ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
ANNA RICH (State Bar No. 230195)
Deputy Attorneys General
  1515 Clay St., Floor 20
  Oakland, CA 94612-1499
  Telephone: (510) 879-0296
  E-mail: Anna.Rich@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky**; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,** | 3:25-cv-05536-VC |
| Plaintiffs, | **DECLARATION OF ANNA RICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO CLARIFY/MODIFY THE PRELIMINARY INJUNCTION** |
| v. | Date:        August 13, 2026<br>Time:       10 a.m.<br>Dept:       4<br>Judge:      The Honorable Vince Chhabria<br>Trial Date:  Not Set<br>Action Filed:  July 1, 2025 |
| **U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; MARKWAYNE MULLIN,** in his official capacity as Secretary of Homeland Security**,** | |
| Defendants. | |

**DECLARATION OF ANNA RICH**

I, Anna Rich, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Deputy Attorney General in the California Office of the Attorney General, and lead counsel to Plaintiff the State of California. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Clarify/Modify the Preliminary Injunction.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. On June 5, 2026, Plaintiffs received from Defendants documents produced in response to the Court's order regarding confirmatory discovery. A true and correct copy of DHS_PI0002, produced as part of the Department of Homeland Security's confirmatory discovery, is attached hereto as **Exhibit A**.

4. On July 2, 2026, Plaintiffs received from Defendants objections and responses to Plaintiffs' first set of interrogatories. In response to Interrogatory No. 9, which asked about steps Defendants took to ensure that data provided to Palantir and other federal contractors was purged, Defendants responded, in part: "The January 7, 2026, data were shared by Homeland Security Investigation (HSI) with the ELITE Team and Palantir via a Microsoft Teams chat. The shared data were subsequently deleted from Microsoft Teams chat."

5. On July 10, 2026, counsel for Defendants, Christian Dibblee, provided by email a pdf document purporting to contain "documents showing the deletion of the files" pursuant to Defendants' July 7, 2026 Notice to the Court, ECF No. 180. A true and correct copy of that document is attached hereto as **Exhibit B**.

6. On July 10, 2026, I sent an email to Mr. Dibblee asking him whether Defendants intended "to submit a declaration that would attest to the authenticity and significance of these screenshots, as well as the redactions[.]" On July 15, 2026, Mr. Dibblee responded to my inquiry by stating:

> Defendants do not at this time plan to submit a declaration along the lines you have outlined, though I can provide some explanation here if it would be helpful. As you know, the Court's discovery order authorized discovery only to

confirm Defendants' statements that they had deleted the copies of Plaintiff States' data that had been improperly transferred in January.  Consistent with that order, the documents provided on Friday corroborate that ICE has deleted the offending copies of Plaintiff States' data referenced in last week's declarations, both the residual copies originating from previous transfers that DHS recently found, *see* ECF No. 181, and all copies of the file that was inadvertently transferred by HHS, *see* ECF No. 180.  You mention redactions of the names of other "document files," but the names of files that are relevant to Defendants' declarations are not redacted and, again, the documents produced on Friday corroborate the deletion of the relevant files, consistent with the Court's previously authorized discovery.
.

A true and correct copy of this email is included in the email chain attached hereto as

**Exhibit C**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2026 in Oakland, California.

_/s/ Anna Rich_____
Anna Rich
Deputy Attorney General

2