Immigration and Customs Enforcement

◻ Meet now  ⌄   👥9   🔍   ⊞   ⋯

You

👤+ ▸  _____ added _____    and 3 others to the chat.

**2/24 10:04 AM**

_____ sorry for the duplication Chris, just adding in Cardell and Doug:
Due to pending litigation, can you please delete the various copies of HHS-CMS data that exist in the various chat over teams.
We need to reduce the number of copies of that data.

**2/24 10:05 AM**

Thx.. yes... saw your IM... was going to say... I probably need a directive from management to move forward with this...

👤+ ▸  _____ added _____    and 2 others to the chat and shared all chat history.

**2/24 10:06 AM**

We are deleting duplicate copies, including copies in chats to ensure we have only one or two "master copies".

**2/24 10:06 AM**

_____ are we talking the plaintiff states data that was in the ELITE -I-LAB chat, or all HHS-CMS data?

**(CTR)  2/24 10:06 AM**

If there are specific links you want deleted, please drop them here

And with mgmt. approval I can delete them!

**2/24 10:13 AM**

I would suggest we do everything for now (regardless of plaintiff states, to ease tracking on the ICE side).... if one person on Palantir keeps one copy... as long as we can document who that is, who has it, and what they have... that's ok. (Let's share between ERO/HSI who that person is and what they have.)

For reference, HSI is holding a copy, but it has not been loaded into any systems.

Duncan's team deleted the link that were in our ERO/HSI chats, but please delete on you chats and computers that you have kept. Does that help?

**2/24 10:17 AM**

> **2/24/2026 10:13 AM**
> I would suggest we do everything for now (regardless of plaintiff states, to ease tracking on the ICE side).... if one person on Palantir...

Not particularly. Too vague. This dialogue opened with copies that existed over chat. So as such, please send specific links you'd want deleted. Thanks!!!

**2/24 10:23 AM**

Meaning, if there is a chat we (the I-lab) sent to ERO or Palantir, it should already be deleted. Any HHS data (regardless of if it's plaintiff state or not), that data should be deleted, except one copy with one person on the (ERO) side. No HHS data should be saved on ERO or Palantir computers. If ERO employees or Palantir employees have chats with this HHS data (between Palantir themselves or ERO themselves or Palantir/ERO), that data should be deleted.

I will send an email for follow up, please let me know if you have anymore questions or need more clarification.

👍  😊

**(CTR)  2/24 10:28 AM**

> **2/24/2026 10:23 AM**
> Meaning, if there is a chat we (the I-lab) sent to ERO or Palantir, it should already be deleted. Any HHS data (regardless of if it's plaintiff...

Sounds good. I'll look for that!

👤+  _____ added _____    to the chat and shared all chat history.

_____ is out of office and may not respond    ✕

Type a message    ✎  😊  ⌨  ＋  ▷

👥 Add people
👥 Add agents
👤 Leave

**DHS_PI0002**