







Delete  Restore

Recycle bin

| | | Name ∨ | Date deleted ↓ ∨ | Deleted by ∨ | Created by ∨ | Original location |
|---|---|---|---|---|---|---|
| ✓ | | DHS Noncitizen.csv | 6/25/2026 2:18 PM | | | |
| | | | 6/24/2026 8:40 PM | | | |
| | | | 6/24/2026 8:40 PM | | | |
| | | | 6/24/2026 8:40 PM | | | |

**Delete?**  ✕

Are you sure you want to delete this item "DHS Noncitizen.csv" from the Recycle Bin?

Delete   Cancel



Noncitizen                    0/0

Edit navigation

☆ Not following    ↗ Share

🗑 Delete    ↺ Restore                                                                      1 selected  ✕

## Second stage recycle bin

| | Name | Date deleted ↓ | Deleted by | Created by | Original location |
|---|---|---|---|---|---|
| 📁 | HHS CMS Data 01.07.2026 | 6/19/2026 8:49 AM | | | Documents/Innovation Lab-LIVKNICE243183-2 |
| ☑ | DHS Noncitizen.csv | 6/19/2026 8:49 AM | | | Documents/Innovation Lab-LIVKNICE243183-2/HHS CMS Data 01.07.2026 |



Noncitizen    1/1

Edit navigation

Delete    Restore

DHS **Noncitizen** 1.csv    6/9/2026 9:40 AM    Documents/Microsoft Teams Chat Files







Not following

Edit navigation

🗑 Delete   ↺ Restore

## Recycle bin

| Name | Date deleted ↓ | Deleted by | Created by | Original location |
|---|---|---|---|---|
| DHS Noncitizen.xlsx | 6/22/2026 1:58 PM | | | Documents/Desktop |

### Delete?

Are you sure you want to delete this item "DHS Noncitizen.xlsx" from the Recycle Bin?

Delete    Cancel











Edit navigation

🗑 Delete   ↩ Restore

Second stage recycle bin

| | Name ∨ | Date deleted ↓ ∨ | Deleted by ∨ | Created by ∨ | Original location |
|---|---|---|---|---|---|
| ✓ | DHS Noncitizen.csv.zip | 6/25/2026 7:07 AM | ▇▇▇ | ▇▇▇ | Documents/ELITE/HHS-CMS |

**Permanently delete?** ✕

If you permanently delete "DHS Noncitizen.csv.zip", you won't be able to restore it.

Delete    Cancel

Empty recycle bin

View options

Deleted 1 item from Second stage recycle bin

Second stage recycle bin



| | Name | Date deleted ↓ | Deleted by | Created by | Original location |
|---|---|---|---|---|---|
| | 48D2B997-E2CE-4C82-B199-495C7E6212CA_B6E12571-DBC6- | 5/6/2026 8:30 AM | System Account | | PreservationHoldLibrary |

