| | |
|---|---|
| **From:** | Dibblee, Christian R (CIV) |
| **To:** | Anna Rich; mark.ladov@ag.ny.gov |
| **Cc:** | Shapiro, Elizabeth (CIV) |
| **Subject:** | RE: CA v. HHS \| Supplemental Document Production |
| **Date:** | Wednesday, July 15, 2026 9:02:14 AM |

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna –

Defendants do not at this time plan to submit a declaration along the lines you have outlined, though I can provide some explanation here if it would be helpful.  As you know, the Court's discovery order authorized discovery only to confirm Defendants' statements that they had deleted the copies of Plaintiff States' data that had been improperly transferred in January.  Consistent with that order, the documents provided on Friday corroborate that ICE has deleted the offending copies of Plaintiff States' data referenced in last week's declarations, both the residual copies originating from previous transfers that DHS recently found, *see* ECF No. 181, and all copies of the file that was inadvertently transferred by HHS, *see* ECF No. 180.  You mention redactions of the names of other "document files," but the names of files that are relevant to Defendants' declarations are not redacted and, again, the documents produced on Friday corroborate the deletion of the relevant files, consistent with the Court's previously authorized discovery.

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, July 10, 2026 6:19 PM
**To:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>; mark.ladov@ag.ny.gov
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v. HHS \| Supplemental Document Production

Christian—

I received and was able to open a 17 page pdf document entitled "ICE Supplemental Production 07.10.2026." Much of the contents seem to be screenshots that are blacked out, including the names of document files.

Do Defendants plan to submit a declaration that would attest to the authenticity and significance of these screenshots, as well as the redactions?

Thanks, and have a good weekend.  --Anna

---

**From:** Dibblee, Christian R (CIV) <Christian.R.Dibblee@usdoj.gov>
**Sent:** Friday, July 10, 2026 2:45 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; mark.ladov@ag.ny.gov
**Cc:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** CA v. HHS | Supplemental Document Production

> **EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Dear Anna and Mark –

In *California v. HHS*, please find attached the documents that Defendants said in ECF Nos. 180 and 181 would be provided today to Plaintiffs.  Please confirm receipt.  And have a good weekend!

Christian

**Christian Dibblee**
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street NW
Washington, DC 20005
(202) 353-5980

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.