BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-05536-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR SUBMISSION OF PI CLARIFICATION PROPOSAL** |

Pursuant to the Civil Local Rules 6-2 and 7-12, the parties hereby file this Stipulation to extend time for them to meet and confer to "present a more granular proposal" to the Court regarding the "categories of immigrants whose data may be shared and those whose data may not be shared." ECF No. 196 at 1. The parties stipulate to extend that deadline by one week, up to and including October 16, 2026. The parties state the following in support of the stipulated request:

1. In an order issued on September 8, 2026, the Court ordered the parties, by October 6, to meet and confer and "present a more granular proposal for approval," in light of guidance expressed by the Court on the record during a hearing on September 3, regarding the "categories of immigrants whose

data may be shared and those whose data may not be shared." ECF No. 196 at 1.

2. The parties have agreed to, and respectfully request the Court to permit, an additional ten days, up to and including October 16, 2026, to submit the requested proposal. Undersigned counsel for the Defendants represents that more time is needed to allow Defendants to prepare their position on the exact details of a proposal and for both sides to meet and confer in a productive manner with adequate time to address relevant issues and resolve areas of potential concern. This additional time will also assist the parties to work through the "ambiguities and nuances" surrounding these issues. ECF No. 196 at 1–2.

3. This stipulation does not alter the date of any other event or deadline already fixed by Court order.

Accordingly, the parties request that the Court enter an order extending the deadline to submit a proposal to clarify the language of the preliminary injunction to October 16, 2026.

IT IS SO STIPULATED.

DATED: October 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov
*Counsel for Defendants*

DATED: October 2, 2026

ROB BONTA
Attorney General for the State of California

NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General

*/s/Anna Rich*
ANNA RICH
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
Deputy Attorneys General
1515 Clay St., Floor 20
Oakland, CA 94612
(510) 879-0296
Anna.Rich@doj.ca.gov

*Counsel for Plaintiff State of California*

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV*
Special Counsel
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
ZOE LEVINE*
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR*
Special Counsel
28 Liberty St. New York, NY 10005
mark.ladov@ag.ny.gov
Attorneys for the State of New York
*Admitted pro hac vice

*Counsel for Plaintiff State of New York*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Christian Dibblee, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 2, 2026

*/s/ Christian Dibblee*
Christian Dibblee

**[PROPOSED] ORDER**

Pursuant to stipulation, the parties shall submit by October 16, 2026, their proposal for clarification of the preliminary injunction regarding the categories of immigrants whose data may and may not be shared, as previously ordered by the Court on September 8, 2026.

**SO ORDERED.**

DATED: October __, 2026

______________________________
HON. VINCE CHHABRIA
United States District Judge