BRETT A. SHUMATE
Assistant Attorney General
Civil Division
ELIZABETH J. SHAPIRO
Deputy Director
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 3:25-cv-05536-VC<br><br>**DECLARATION RE STIPULATION TO EXTEND DEADLINE FOR SUBMISSION OF PI CLARIFICATION PROPOSAL** |

I, Christian Dibblee, declare as follows:

1. I am a member in good standing of the Bar of the District of Columbia. I am a Trial Attorney in the United States Department of Justice, Civil Division, Federal Programs Branch, and an attorney of record for Defendants in this action. I am authorized to practice in this Court under Local Rule 11-2. I submit this declaration in support of the Stipulation to Extend the Deadline for Submission of Discovery Plans and Stipulation, pursuant to Local Rule 6-2(a). I have personal knowledge of the matters set forth below and, if called upon to do so, could and would testify competently thereto.

2. The parties have agreed to an additional ten days to submit proposed language to clarify the Court's preliminary injunction regarding the "categories of immigrants whose data may be shared

and those whose data may not be shared." ECF No. 196 at 1. This additional time will allow more time for Defendants to prepare proposals to Plaintiffs and for both sides to meet and confer in a productive manner about those proposals with adequate time to address relevant issues and resolve areas of potential concern.

3. The parties have stipulated to an extension of time for five previous deadlines in this case. *First*, the parties stipulated to extend the time for Defendants to respond to Plaintiffs' amended complaint. *See* ECF Nos. 120, 128. *Second*, they stipulated to extend the time for submissions of their positions on discovery related to the preliminary injunction and on language for the order governing sharing during the pendency of this dispute. *See* ECF Nos. 165, 166. *Third*, they stipulated to extend the filing deadlines for Plaintiffs' opposition to Defendants' motion to clarify and Defendants' reply in support of that motion. *See* ECF Nos. 175, 176. *Fourth*, they stipulated to extend the deadline for Defendants to respond to interrogatories served by Plaintiffs. *See* ECF Nos. 177, 178. There have been no other time modifications in this case, whether by stipulation or Court order.

4. The requested extension time should have no effect on the schedule for the case other than as stated herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C. on October 2, 2026.

By: /s/ *Christian Dibblee*
Christian Dibblee
Trial Attorney