**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Case No. 3:25-cv-05536-VC<br><br>**JOINT STATUS REPORT ON STIPULATION REGARDING MOTION TO CLARIFY THE PRELIMINARY INJUNCTION** |

Pursuant to the Court's September 8, 2026 Order (ECF 196, hereinafter "Order"), the parties have met and conferred about a stipulation, consistent with the Court's guidance, governing data sharing for the pendency of the current dispute, but they were largely unable to reach agreement. The parties do agree, however, that Temporary Assistance for Needy Families (TANF) data is not at issue in this lawsuit or covered by the Court's preliminary injunction. Defendants intend to notice another hearing to provide the Court with briefing on the contested issues.

The parties acknowledge that the Court's "prior restrictions remain in place pending the final approval of any language clarifying the scope of the preliminary injunction." Order at 3.

DATED: October 16, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Christian Dibblee*
CHRISTIAN DIBBLEE

Trial Attorney
Federal Programs Branch
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-5980
Christian.r.dibblee@usdoj.gov
*Counsel for Defendants*

Dated: October 16, 2026

Respectfully submitted,

LETITIA JAMES
Attorney General for the State of New York
MARK LADOV*
Special Counsel
RABIA MUQADDAM*
Chief Counsel for Federal Initiatives
ZOE LEVINE*
Special Counsel for Immigrant Justice
NATASHA KORGAONKAR*
Special Counsel
28 Liberty St. New York, NY 10005
mark.ladov@ag.ny.gov

s/_*Mark Ladov*________________
MARK LADOV
Special Counsel
*Attorneys for the State of New York*
*Admitted pro hac vice

ROB BONTA
Attorney General for the State of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
Supervising Deputy Attorney General
WILLIAM BELLAMY
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU

/s/_*Anna Rich*________________
ANNA RICH
Deputy Attorneys General
*Attorneys for the State of California*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Anna Rich, hereby attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 16, 2026

*/s/ Anna Rich*

Anna Rich