BRETT A. SHUMATE
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Director
CHRISTIAN DIBBLEE (D.C. Bar No. 90002557)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW,
Washington, DC 20005
Phone: (202) 353-5980
E-mail: christian.r.dibblee@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

STATE OF CALIFORNIA, *et al.*,

Plaintiffs,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

Defendants.

3:25-cv-05536-VC

**[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED MOTION TO CLARIFY PRELIMINARY INJUNCTION AND MOTION FOR CASE SCHEDULE**

**Date:** December 10, 2026
**Time:** 10:00 AM
**Courtroom:** Courtroom 4
**Judge:** Hon. Vince Chhabria

Upon consideration of Defendants' Renewed Motion to Clarify Preliminary Injunction and Motion for Case Schedule, it is hereby **ORDERED** that:

While this litigation is pending, HHS and CMS are preliminarily enjoined from sharing with DHS or ICE for immigration enforcement purposes any CMS data that CMS has received from the plaintiff States regarding applicants for or enrollees in qualified health plans (with or without advanced payments of the premium tax credit or cost-sharing reductions), the Children's Health Insurance Program, or the

Basic Health Program, or applicants for or beneficiaries of Medicaid, whether or not the plan is offered on, or the eligibility for coverage determination is made through, an American Health Benefit Exchange about U.S. citizens, lawful permanent residents, holders of valid, unexpired nonimmigrant status, asylees, and refugees (except those who have been present for more than one year in the United States and have not presented themselves for adjustment of status as required by 8 U.S.C. § 1159(a)(1)). Collectively, these categories are referred to herein as the Sharing Prohibited Categories. HHS and CMS may share the information described above if (1) it is from the Medicaid program; (2) it pertains to aliens subject to a final order of removal, including when removal has been withheld or deferred; unlawfully present aliens who were released from detention pending removal unless they qualify in the interim for a Sharing Prohibited Category; aliens who entered the United States pursuant to a valid, lawful visa and are deportable for any ground listed in 8 U.S.C. § 1227; applicants (and derivative applicants) for an immigration benefit or protections who do not fall into a Sharing Prohibited Category; and refugees who have not presented themselves for adjustment and (3) it divulges only those aliens' citizenship and immigration status, address, phone number, date of birth, and Medicaid ID. To the extent that such basic biographical, contact, or location information is not severable from other information that DHS and ICE are not entitled to obtain (*e.g.*, information about citizens or lawful permanent residents, health records), HHS or CMS may not share it for immigration enforcement purposes.

DHS and ICE are also preliminary enjoined from using any of the information described above for immigration enforcement purposes, unless the information satisfies the aforementioned requirements. This Order should be construed to permit data sharing for legitimate criminal law enforcement objectives, such as facilitating investigations into suspects based on individualized suspicion, but not data sharing en masse for those objectives.

The Court further orders the parties to, within 14 days, meet and confer and submit a proposed schedule for summary-judgment proceedings in this matter.

**SO ORDERED.**

DATED:

HON. VINCE CHHABRIA
United States District Judge