ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
ANNA RICH
Supervising Deputy Attorneys General
KATHERINE MILTON
KEVIN G. REYES
STEPHANIE T. YU
WILLIAM BELLAMY
Deputy Attorneys General
State Bar No. 347029
1300 I Street
Sacramento, CA 95816
Telephone: (510) 879-0296
E-mail: William.Bellamy@doj.ca.gov
*Attorneys for Plaintiff State of California*
*Additional Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR EX REL. ANDY BESHEAR,** in his official capacity as Governor of the Commonwealth of Kentucky; **STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,**<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. DEP'T OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY JR.,** in his official capacity as Secretary of Health and Human Services; **U.S. DEP'T OF HOMELAND SECURITY; KRISTI NOEM,** in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | 3:25-cv-05536-VC<br><br>**DECLARATION OF ANNA RICH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' RENEWED MOTION TO CLARIFY PRELIMINARY INJUNCTION AND MOTION FOR A CASE SCHEDULE**<br><br>Date: December 10, 2026<br>Time: 10:00 a.m.<br>Dept: 4<br>Judge: The Honorable Vince Chhabria<br>Trial Date: Not Set<br>Action Filed: July 1, 2025 |

## DECLARATION OF ANNA RICH

I, Anna Rich, declare as follows:

1. I am a member of the California State Bar, admitted to practice before this Court, employed as a Supervising Deputy Attorney General in the California Office of the Attorney General, and counsel to Plaintiff the State of California. I make this declaration in support of Plaintiffs' Opposition to Defendants' Renewed Motion to Clarify Preliminary Injunction and Motion for a Case Schedule.

2. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

3. On November 21, 2025, I received an email from former counsel for Defendants, Michael Girardi, attaching two documents "Use of HHS Information and Rescission of ICE Policy Memorandum 11066.1, *Clarification of Existing Practices Related to Certain Health Care Informatio*n (Oct. 25, 2013)" and "Notice of Medicaid Information Sharing Between the Centers for Medicare & Medicaid Services and the Department of Homeland Security." Copies of these documents are available at ECF No. 133. In his email, Michael Girardi represented that "the agencies completed the decision-making process required by the Court's order this morning by publishing both a new memorandum from ICE regarding data sharing, and releasing for review on the Federal Register website a new notice from HHS regarding data sharing." A true and correct copy of the email chain containing Mr. Girardi's email is attached hereto as **Exhibit 1**.

4. On May 12, 2026, Joseph Cox of 404 Media published an article online titled "ICE Agents Have List of 20 Million People on Their iPhones Thanks to Palantir." A true and correct copy of the article is attached hereto as **Exhibit 2**.

5. On June 12, 2026, Madeleine Ngo and Zach Montague of the New York Times published an article online titled "Trump Administration Says It Will Restart Asylum and Immigration Processing." A true and correct copy of the article is attached hereto as **Exhibit 3**.

6. On October 23, 2026, counsel for Defendants, Christian Dibblee, emailed me a proffer in response to a prior request for clarification of Defendants' response to Plaintiffs'

Interrogatory No. 8. A true and correct copy of the email chain containing Mr. Dibblee's October 23, 2026, email is attached hereto as **Exhibit 4**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2026, in Oakland, California.

_*/s/ Anna Rich*______________________
Anna Rich
Supervising Deputy Attorney General