# Rich Decl.

# Ex. 1

**From:** Gerardi, Michael J. (CIV)
**To:** Anna Rich; Shapiro, Elizabeth (CIV)
**Cc:** Stephanie Yu; Katherine Milton; Kathleen Boergers; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Decision-Making Process Documents
**Date:** Friday, November 21, 2025 10:26:57 AM
**Attachments:** 2025-20911 (HHS FR Notice re Data Sharing Pre-Pub Version).pdf
11066.2 (ICE Memorandum Re Helath Care Info Sharing).pdf

---

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi everyone,

With apologies for the late notice (as I did not receive confirmation of what follows until shortly before the motion call began and did not believe I would have time to send you written guidance prior to the hearing), the agencies completed the decision-making process required by the Court's order this morning by publishing both a new memorandum from ICE regarding data sharing, and releasing for review on the Federal Register website a new notice from HHS regarding data sharing. The agencies concluded that notice and comment rulemaking was not required to engage in data-sharing, so we consider the fourteen-day clock to begin running today. (Although the ICE memorandum was signed in October, the HHS notice was not ready for publication until today, and our understanding is that both had to be complete in order for the clock on the preliminary injunction to begin running. The ICE Memo was not public until today.) I plan on filing a notice on the docket with the decisional documents to provide them to the Court, and will let the Court know all of this in our status conference today.

I appreciate you'll need time to review and assess next steps on your end, but I hope we can nonetheless have a productive discussion with the Court today about where we go from here, as I don't doubt you've already given thought to these issues at a high level. Thanks, and looking forward to speaking to you soon.

Regards, MJG

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, October 31, 2025 6:12 PM
**To:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** [EXTERNAL] RE: CA v HHS: Scheduling Issue

Betsy—

Thank you. Please find attached the filed joint statement. --Anna

**From:** Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Sent:** Friday, October 31, 2025 1:30 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>; Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Scheduling Issue

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna,
Attached is the draft statement, which incorporates minor edits to our section and the signature block. This version is ready to go from our perspective, so if fine with you feel free to file.
Thanks,
Betsy

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, October 31, 2025 11:56 AM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: Scheduling Issue

Michael and Betsy—

Thanks for the update. If needed, Plaintiffs could file a non-joint statement and cite the parties' recent stipulation (ECF 128) regarding Defendants' schedule as explanation for lack of joint statement. I would prefer to get something on file before 5 pm PST. --Anna

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Friday, October 31, 2025 8:41 AM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov; Shapiro, Elizabeth (CIV) <Elizabeth.Shapiro@usdoj.gov>
**Subject:** Re: CA v HHS: Scheduling Issue

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Thank you, Anna. I'm doing my best to run this up the chain. Please copy Betsy Shapiro on further communications as she's not in trial today.

MJG

Get Outlook for iOS

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Thursday, October 30, 2025 5:36:24 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov <mark.ladov@ag.ny.gov>
**Subject:** [EXTERNAL] RE: CA v HHS: Scheduling Issue

Michael—

Following up on my prior email, I'm attaching for Defendants' consideration a short draft joint statement setting forth the parties' positions on the Nov. 7 conference statement, based on our email exchange and Monday's stipulation. I realize you are in trial, and I am available to make edits and file as needed tomorrow. I would need some time to run any significant edits or new developments by our co-plaintiffs.

Best—Anna

---

**From:** Anna Rich
**Sent:** Wednesday, October 29, 2025 3:31 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Scheduling Issue

Michael—
With respect to Defendants' request to extend the joint statement and status conference deadlines, Plaintiffs would agree to this, provided Defendants can confirm that the expected effective date for any policies resulting from the forthcoming decisionmaking process will allow for time to for production and review of the administrative record and summary adjudication of Plaintiffs' APA claims on a timeline consistent with ND Cal. LR 16-5.
We would like to avoid, if possible, another round of emergency briefing.
I realize you are tied up, but if you would like to schedule a meet and confer, we can be available for a call at your convenience. --Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>

**Sent:** Monday, October 27, 2025 9:47 AM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Scheduling Issue

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna,

Thanks again for your understanding on the answer. I'm attaching a draft stipulation for your review.

As to the joint statement and status conference deadlines, would your clients be open to a stipulation of a two-week extension of those deadlines? Because I am supposed to be in trial this week, I just don't have the bandwidth right now to have a meaningful discussion about it. In any event, I think the plan the Court contemplated (to move to summary judgment once the agencies complete their process) is basically reasonable so off the top of my head, I'm not sure what the JCMP will say. If events overtake the schedule and the decision documents are finalized and published in that window, we'll of course reach out to you immediately to figure out how to proceed.

MJG

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Friday, October 24, 2025 2:06 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** [EXTERNAL] RE: CA v HHS: Scheduling Issue

Michael--

Thank you for this update. In light of this information, Plaintiffs agree to another temporary extension of Defendants' deadlines for answering and providing the administrative record, with the understanding that the parties will discuss views on scheduling in more depth next week for our Oct. 31 joint status report.

--Anna

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Thursday, October 23, 2025 8:25 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Scheduling Issue

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Anna,

Thanks for your email. I was in deposition all day yesterday (and will be all day tomorrow) so I'm only getting around to responding to you now.

We are following the Court's instructions to complete a reasoned decision-making process regarding the data-sharing policy at issue in this case. Although I think we are close to the finish line, and our clients are very motivated to have the policy in place so that we can have a ruling on the merits and proceed to appeal, if necessary, we are behind where I expected to be in that process for two reasons: the government shutdown, and my competing work obligations. We've now been excepted to work on this matter as to HHS and DOJ, and my trial concludes at the end of next week. So I expect we will be able to wrap this up soon thereafter and get the case on a trajectory to final judgment. I envision us simply moving to summary judgment directly, without answering the complaint, once our process is complete, because unlike standard civil litigation, this case will be decided on an administrative record, and not the agency's admissions to allegations in the complaint.

As far as injunction compliance is concerned, the Court ordered us to comply with the preliminary injunction "for 14 days after both DHS and HHS have completed a reasoned decision-making process (or rulemaking, if necessary) that considers the matters discussed in this ruling, along with any other relevant policy tradeoffs or legal considerations." We continue to comply with that order. We have not internally completed our process and so the order continues to bind us. You will be notified when we believe the clock begins to toll.

I have asked HHS to make inquiries about the pregnancy data collection, but from our initial assessment we have no reason to believe it implicates the data-sharing policy at issue here.

MJG

---

**From:** Anna Rich <Anna.Rich@doj.ca.gov>
**Sent:** Tuesday, October 21, 2025 6:04 PM
**To:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** [EXTERNAL] RE: CA v HHS: Scheduling Issue

Dear Michael—

Plaintiff States need a little bit more time in order to make a decision about Defendants' request to extend the deadlines for answering and producing the administrative record. It would be helpful to know more about how CMS and DHS are planning to move ahead with this case, and compliance with the Court's PI order. What updates can Defendants share at this time?

In addition, some state Medicaid agencies recently received a new round of unusual data demands from CMS for data about the number of pregnant Medicaid recipients. Can CMS confirm that this data demand is not in any way not connected to immigration enforcement purposes?

Thanks, Anna

Anna Rich | Deputy Attorney General
She/her/hers
California Department of Justice
Healthcare Rights & Access Section
1515 Clay St.
Oakland, CA 94612-1499
Office: (510) 879-0296
Anna.Rich@doj.ca.gov

---

**From:** Gerardi, Michael J. (CIV) <Michael.J.Gerardi@usdoj.gov>
**Sent:** Monday, October 20, 2025 7:03 PM
**To:** Anna Rich <Anna.Rich@doj.ca.gov>
**Cc:** Stephanie Yu <Stephanie.Yu@doj.ca.gov>; Katherine Milton <Katherine.Milton@doj.ca.gov>; Kathleen Boergers <Kathleen.Boergers@doj.ca.gov>; mark.ladov@ag.ny.gov
**Subject:** RE: CA v HHS: Scheduling Issue

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Hi Anna,

Hope this finds you well. I need to request another extension to the answer deadline from your clients, of 45 days. Due to the government shutdown, DOJ and HHS have been unable to work on this case until last week, when we got new guidance from our agency leadership that the case was excepted and we could continue work on it. (DHS has not been subject to this restriction, but can't move ahead without the other two agencies.) This has somewhat set back our timeline. In the meantime, I got put on a new excepted matter and am heading to trial next week. I expect, with the exception to finish work on the project in place, that we should be in a position to move ahead before the next extension expires. I'm sorry for the delay, much of which was out of my hands.

Michael J. Gerardi
Senior Trial Counsel
Civil Division, Federal Programs Branch
United States Department of Justice
Tel: 202-616-0680
Cell: 202-598-7613

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.