# Rich Decl.

# Ex. 2

Case 3:25-cv-05536-VC Document 204-3 Filed 11/19/26 Page 2 of 10 PageID #: 1896

LISTEN TO THE 404 MEDIA PODCAST

PALANTIR

# ICE Agents Have List of 20 Million People on Their iPhones Thanks to Palantir



JOSEPH COX · MAY 12, 2026 AT 9:00 AM

The comments made by a senior ICE official at a trade show highlight how Palantir is increasing the speed at which ICE operates. Most people detained by ICE have no criminal conviction.



IMAGE: U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, VIA FLICKR.

Upgrade to an annual subscription for a 17% discount.



means agency officials effectively have a list of 20 million people readily accessible on their iPhones, increasing the speed at which ICE can find houses to raid and people to arrest, according to comments made by a senior ICE official last week during a border security conference.

While ICE and the Department of Homeland Security (DHS) generally won't answer questions from journalists about how the agency is using Palantir's technology, senior officials were much more talkative during the Border Security Expo which took place in Phoenix, Arizona, last week. 404 Media spoke to four people who attended the conference. Here companies looking to sell their technology to ICE or other agencies gathered for two days of speeches, Q&As, and product pitches.

💡 **Do you work for Palantir or ICE? Did you used to? I would love to hear from you. Using a non-work device, you can message me securely on Signal at joseph.404 or send me an email at joseph@404media.co.**

The officials' comments may need to be taken with a pinch of salt, but still reflect ICE's position that Palantir is allowing the agency to identify people to arrest and locations to raid faster. Although the Trump administration has attempted to step back from its mass deportation rhetoric and city wide raids, especially in the wake of killing multiple people, ICE continues to violently and

wrongfully detain people. Data from April showed that 70.8 percent, or 42,722, of people held in ICE detention have no criminal conviction.

The four people who attended the Border Security Expo saw Matthew Elliston, assistant director of Law Enforcement Systems & Analysis at ICE, and other DHS officials speak.

At one point, Elliston made the comment about ICE agents having 20 million targets, or potential people to detain, on their iPhones. This list can lead ICE agents to an individual and a house; they can then see if another target might be next door. This target may be a lower priority, but ICE can now use that information to arrest more people.

The 404 Media Podcast
The Confessions of an AI Fraud Kingpin
SAVE TO SPOTIFY SHARE SUBSCRIBE DESCRIPTION

At another point, Elliston said that Palantir's technology has increased ICE's rate of successfully locating a target from around 27 percent to just under 80 percent.

Two of the attendees were Kenny Morris, a campaigns strategist within the American Friends Service Committee (AFSC) Action Center for Corporate Accountability, and Dov Baum, director of AFSC's Action Center for Corporate Accountability. 404 Media is not naming the other two attendees to protect them from professional repercussions.

Investigative work that used to take hours now takes 10 to 15 minutes, Elliston said. Elliston added Palantir gives the agency access to between 30 and 40 datasets.

Palantir generally doesn't generate its own datasets; instead, its tools are broadly used to bring usually disparate datasets together and let them be queried as one.

In January, 404 Media revealed Palantir was working on a tool for ICE called ELITE, or Enhanced Leads Identification & Targeting for Enforcement. This tool populates a map with potential deportation targets, brings up a dossier on each person including their personal information, and provides a "confidence score" on that person's current address. Those addresses came from various sources including the Department of Health and Human Service (HHS) and Thomson Reuters' CLEAR product, according to an ELITE user guide 404 Media obtained.

Palantir has worked with DHS, and specifically Homeland Security Investigations (HSI), for years. This work was previously focused on the Investigative Case Management (ICM) system, which HSI used. In the second Trump administration, Palantir became a "more mature partner to ICE," the company said in a leaked Palantir wiki obtained by 404 Media.

Palantir's closer work with ICE has triggered some protests around the country, including one in April outside Palantir's offices in New York City.

Palantir did not respond to a request for comment for this article. The company previously wrote a blog post after 404 Media first revealed the existence of ELITE, writing, "The ELITE tool is used for prioritized enforcement to surface the likely addresses of specific individuals, such as those with final orders of removal or with high severity criminal charges."

A DHS spokesperson told 404 Media in an email: “U.S. Immigration and Customs Enforcement is committed to achieving the nation’s mandate to clear the backlog of illegal aliens who pose a threat to the security of our communities. Like other law enforcement agencies, ICE employs various forms of technology while respecting civil liberties and privacy interests.”

Elliston also discussed Mobile Fortify, ICE and CBP’s facial recognition app. Elliston claimed the app has been used 200,000 times with a 0 percent mismatch rate. 404 Media reported in January that Mobile Fortify misidentified a woman, twice.

At one point, Elliston said that the agency has a lot of money and he’s open for business. If you want to show me something, send me a LinkedIn message, he said. After the session, one attendee said they watched as a huge line of people waited for their chance to speak to Elliston.

Upgrade to an annual subscription for a 17% discount.

ABOUT THE AUTHOR



Joseph is an award-winning investigative journalist focused on generating impact. His work has triggered hundreds of millions of dollars worth of fines, shut down tech companies, and much more.

MORE FROM JOSEPH COX

MORE LIKE THIS

Case 3:25-cv-05536-VC Document 204-3 Filed 11/19/26 Page 7 of 10 PageID #: 1901




## Here is the Contract for Palantir's Super API for the IRS

The API would make IRS data available to any app the agency wishes. The Criminal Investigation arm of the IRS is also modernizing its own systems.

JOSEPH COX · JUN 2, 2026




## Palantir, Which Is Powering ICE, Says Immigration Crackdown May Hurt Hiring

Regulation of immigration or work visas means "it could be more difficult to staff our personnel on customer engagements and could increase our costs," Palantir wrote.

JOSEPH COX · FEB 18, 2026

# Unparalleled access to hidden worlds both online and IRL.

404 Media is an independent media company founded by technology journalists Jason Koebler, Emanuel Maiberg, Samantha Cole, and Joseph Cox.

About

RSS

Support/FAQ

Podcast

FOIA Forum Archive

Merch

Advertise

Privacy

Contact Us/Tips

Twitter

Bluesky

Mastodon

Instagram

TikTok

Facebook

RSS

Join the newsletter to get the latest updates.

Your email →

© 2026 404 MEDIA. PUBLISHED WITH GHOST.